**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**AT BALTIMORE**

IN RE:                                              *

Mid-Atlantic Rheumatology, LLC      *      Case No.

                                                   *      Chapter 11

                      Debtor.           *

\* * * * * * * * * * * * * * * * * * * *

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE
For legal services, I have agreed to accept............................................................................. $0.00

Prior to the filing of this statement I have received................................................................. $0.00

Balance Due ............................................................................................................................. $0.00

☒ RETAINER
For legal services, I have agreed to accept .................................................................$20,0000.00

The undersigned shall bill against the retainer at an hourly rate of....................................$575.00

2.    The source of the compensation paid to me was:
☒ Debtor        ☐ Other (Specify)

3.    The source of compensation to be paid to me is:
☒ Debtor        ☐ Other (Specify)

4.    ☒I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   The fee agreement is an hourly fee agreement.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    i.   This agreement does not include adversaries, 2004 exams, US Trustee audits, lift stay motions, and non-bankruptcy work.

    I certify that the foregoing is a complete statement of any agreement or arrangement for payments to me for representation of the debtor(s) in this bankruptcy proceeding.

DATE: January 29, 2025

*/s/ Daniel Staeven*
Daniel Staeven, Esq. (27662)
Frost Law
839 Bestgate Rd. Suite 400
Annapolis, MD 21401
410-497-5947 (office)
888-235-8405 (fax)
daniel.staeven@frosttaxlaw.com
Attorney for the Debtor