<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

</div>

**IN RE:**

**MID-ATLANTIC RHEUMATOLOGY, LLC.** | **Case No. 25-10845**
| **Chapter 11, Subchapter V**

**Debtor**

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

    **I HEREBY CERTIFY** that on January 31, 2025, I mailed or caused to be mailed postage prepaid by first class mail to court's mailing matrix the Application to Employ and supporting documents and to the CM/ECF list below:

**25-10845 Notice will be electronically mailed to:**

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
23296@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
uriel.stern@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC

<div style="margin-left:50%;">

*/s/ Daniel Alan Staeven*
Daniel Alan Staeven, Esq,
Bar No: 27662
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
(410) 497-5947
daniel.staeven@frosttaxlaw.com
*Attorney for Debtor*

</div>