**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

**Debtor**

**Case No. 25-10845**
**Chapter 11, Subchapter V**

---

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT A CERTAIN UNEXPIRED LEASE OF NON RESIDENTIAL PROPERTY, NUNC PRO TUNC TO THE PETITION DATE**

---

**NOTICE IS HEREBY GIVEN**, that the Debtor, Mid-Atlantic Rheumatology, LLC, by and through undersigned counsel, has filed a Motion to Reject a Certain Unexpired Lease of Non Residential Property, as of the Petition Date (the "Motion"). The Motion seeks authority for the Debtor to reject the Lease of non residental property of Quarterfield 100, LP.

**YOUR RIGHTS MAY BE AFFECT BY THE COURT RULING ON THIS MOTION.** Please take notice that should you choose to file an Objection to this Motion, then you must do so, in writing to the Court, no later than (21) days after the date of the filing, plus three (3) additional days if the Motion was served to you by mail, unless otherwise ordered by the presiding judge, or by **February 21, 2025.** The objection must be filed with the Clerk of the Court, U.S. Bankruptcy Court, 101 West Lombard Street, Baltimore MD 21201.  Copies of the objection must be served on the Subchapter V Trustee, US Trustee, Debtor, and Attorney for Debtor.

**If you fail to file a timely written response to the Motion, the court may assume you do not oppose the Motion and may grant the Motion, in whole or in part, with or without holding a hearing**. This will result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party, and the entry order against you.

Dated: January 31, 2025        Respectfully Submitted:


        */s/ Daniel A. Staeven*
Daniel A. Staeven
(Fed. Bar No.: 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, Maryland 2140
(410) 497-5964
daniel.staeven@frosttaxlaw.com
*Counsel for Debtor*
*Mid-Atlantic Rheumatology, LLC*

## ERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025 the foregoing Notice was served, via the court's electronic filing system and mailed first class, postage prepaid to the following:

**25-10845 Notice will be electronically mailed to:**

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
23296@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
uriel.stern@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC

Gary W. Koch, Resident Agent
Quarterfield 100, LP
900 Ritchie Highway, Suite 201
Severna Park, Maryland 21146

Quarterfield 100, LP
2410 Evergreen Road, Suite 104
Gambrills, Maryland 21054

_/s/ Daniel A. Staeven_
Daniel A. Staeven