**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

**Case No. 25-10845**
**Chapter 11, Subchapter V**

Debtor

---

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTOR TO REJECT A CERTAIN EXECUTORY CONTRACTS AS OF THE PETITION DATE**

**NOTICE IS HEREBY GIVEN**, that the Debtor, Mid-Atlantic Rheumatology, LLC, by and through undersigned counsel, has filed a Motion to Reject a Certain Executory Contracts, as of the Petition Date (the "Motion"). The Motion seeks authority for the Debtor to reject certain Executory Contracts with OI Infusion Services, LLC.

**YOUR RIGHTS MAY BE AFFECT BY THE COURT RULING ON THIS MOTION.** Please take notice that should you choose to file an Objection to this Motion, then you must do so, in writing to the Court, no later than (21) days after the date of the filing, plus three (3) additional days if the Motion was served to you by mail, unless otherwise ordered by the presiding judge, or by **February 21, 2025.** The objection must be filed with the Clerk of the Court, U.S. Bankruptcy Court, 101 West Lombard Street, Baltimore MD 21201.  Copies of the objection must be served on the Subchapter V Trustee, US Trustee, Debtor, and Attorney for Debtor.

**If you fail to file a timely written response to the Motion, the court may assume you do not oppose the Motion and may grant the Motion, in whole or in part, with or without holding a hearing**. This will result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party, and the entry order against you.

Dated: January 31, 2025                    Respectfully Submitted:


                                           _____*/s/ Daniel A. Staeven*_____
                                           Daniel A. Staeven
                                           (Fed. Bar No.: 27662)
                                           FROST LAW
                                           839 Bestgate Road, Suite 400
                                           Annapolis, Maryland 2140
                                           (410) 497-5964
                                           daniel.staeven@frosttaxlaw.com
                                           *Counsel for Debtor*
                                           *Mid-Atlantic Rheumatology, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2025 the foregoing Notice was served, via the court's electronic filing system and mailed first class, postage prepaid to the following:

**25-10845 Notice will be electronically mailed to:**

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com, 21029@notices.nextchapterbk.com, 23296@notices.nextchapterbk.com, margaret.johnson@frosttaxlaw.com, uriel.stern@frosttaxlaw.com, amy.mckay@frosttaxlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC

OI Infusion Services LLC
111 New Hampshire Avenue, Suite 2
Portsmouth, NH 03801

The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville-Timonium MD 21093-2264

*/s/ Daniel Alan Staeven*