**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **IN RE:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **Case No. 25-10845**<br>**Chapter 11, Subchapter V** |
| **Debtor** | |

---

**CONSENT ORDER GRANTING DEBTOR'S MOTION TO REJECT CONTRACT NUNC PRO TUNC TO THE PETITION DATE**

---

**UPON CONSIDERATION** of the Debtor's Motion to Reject Nunc Pro Tunc to the Petition Date of the Contract of OI Infusion Services, LLC (the "Motion") pursuant to section 365(a) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order authorizing the Debtor to reject that certain contract described therein (the "Contract"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Contract is an executory contract capable of being rejected under section 365 of the Bankruptcy Code; and it is further

**ORDERED** that the rejection of the Contract *nunc pro tunc* to the Petition Date, as set forth herein, (1) constitutes an exercise of sound business judgment by the Debtor, made in good

faith and for legitimate commercial reasons; (2) is appropriate and necessary under the circumstances described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further

**ORDERED** that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Contract is hereby authorized and approved, effective as of the Petition Date;

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Consent Order

cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All Creditors and Parties in Interest

**END OF ORDER**