## Februray 2025 est Budget

**Income**

| | | |
|---|---|---|
| Fee for Service Income | $370,000.00 | |
| Refunds | | |
| Sales of Product Income | | |
| Total Income | $370,000.00 | |

**Cost of Goods Sold**

| | | |
|---|---|---|
| Supplements | | |
| Vaccines and Medicines | $200,000.00 | |
| Cardinal Purchases | | |
| Total Vaccines and Medicines | $200,000.00 | |
| **Total Cost of Goods Sold** | **$200,000.00** | |
| **Gross Profit** | **$170,000.00** | |

**Expenses**

| | | |
|---|---|---|
| Bank Service Charges | $200.00 | |
| Business Licenses and Permits | $100.00 | |
| Besse Payment | $15,000.00 | |
| Computer and Internet Expenses | $300.00 | Verizon internet |
| Continuing Education | $500.00 | |
| Credit Card Fees | $2,000.00 | |
| Dues and Subscriptions | $1,000.00 | |
| Employee Benefits | $4,000.00 | |
| Equipment Rental | $500.00 | |
| Insurance Expense | $2,200.00 | Malpractice and business |
| M&T Payment | $3,500.00 | |
| IT & Web Security Services | $3,000.00 | IT, Phone, security & compliance |
| Legal | $10,000.00 | BK fees and Attry |
| Medical Billing Subscriptions | $8,600.00 | EMR System |
| Medical Records and Supplies | $1,000.00 | |
| Office Supplies | $1,500.00 | |
| Payroll Fees | $250.00 | Payroll vendor |
| Payroll Taxes | $35,000.00 | |
| Professional Fees | $600.00 | Accountant |
| Rent Expense | $15,000.00 | |
| Salary & Wages | $78,000.00 | |
| Small Medical Equipment | $750.00 | |
| Website Maintenance | $150.00 | |
| **Total Expenses** | $183,150.00 | |
| **Net Operating Income** | -$13,150.00 | |