## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–10845 – DER**   Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# NOTICE OF MISSING DOCUMENT

DOCUMENT:   **1 – Chapter 11 Subchapter V Voluntary Petition Non–Individual . Fee Amount $1738 Filed by Mid–Atlantic Rheumatology, LLC. Ch 11 Plan Subch V Due by 05/1/2025. Government Proof of Claim due by 07/30/2025. (Staeven, Daniel)**

PROBLEM:   **The Corporate Ownership Statement has not been filed.**

CURE:   **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 2/14/25.**

CONSEQUENCE:   **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:   **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 1/31/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:   Debtor
Attorney for Debtor – Daniel Alan Staeven
U.S. Trustee
Form ntccrpst (rev. 04/2022)