**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:    Case No.: **25–10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    1 – Chapter 11 Subchapter V Voluntary Petition Non–Individual . Fee Amount $1738 Filed by Mid–Atlantic Rheumatology, LLC. Ch 11 Plan Subch V Due by 05/1/2025. Government Proof of Claim due by 07/30/2025. (Staeven, Daniel)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 2/14/25.**

**– The debtor has not filed a Corporate Resolution.**

CURE:    File a Corporate Resolution by the cure date provided above.

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 1/31/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:   Debtor
Attorney for Debtor – Daniel Alan Staeven

defntc (rev. 12/12/2016)