**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Maryland

In re Mid-Atlantic Rheumatology, LLC

Case No. 25-10845
Chapter 11

(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for Mid-Atlantic Rheumatology, LLC

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

[x] None [check if applicable]

01/31/2025

Date

/s/ Daniel Staeven

Statement of attorney or Litigant