**CORPORATE RESOLUTION**
**TO FILE UNDER CHAPTER 11, SUBCHAPTER V REORGANIZATION FOR**
**<u>MID-ATLANTIC RHEUMATOLOGY, LLC</u>**

WHEREAS the Mid-Atlantic Rheumatology, LLC (the "Company") is insolvent and unable to pay its debt when due, and

WHEREAS, the Company and its creditors would be best served by reorganization of the Company under Chapter 11, Subchapter V of the United States Bankruptcy Code, be it:

RESOLVED, that the Company file as soon as practicable for reorganization pursuant to Chapter 11, Subchapter V of the Bankruptcy Code,

THE UNDERSIGNED hereby certifies that he is the Owner and the custodian of the books and records and seal Mid-Atlantic Rheumatology, LLC, a company duly formed pursuant to the laws of Maryland.

IN WITNESS WHEREOF, I have executed my name as Sole Member and have hereunto affixed my seal of the above-named Company on this 31st day of January 2025.


<u>/s/ Erinn Maury, MD</u>
Erinn Maury, MD, Sole Member