# Mid-Atlantic Rheumatology, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Buy & Bill | 2,649.92 |
| Checking | 17,048.24 |
| **Total Bank Accounts** | **$19,698.16** |
| **Total Current Assets** | **$19,698.16** |
| Fixed Assets | |
| Accumulated Depreciation | -261,660.00 |
| Furniture and Equipment | 101,277.25 |
| Lease hold Improvements | 162,054.56 |
| Medical Equipment | 10,447.24 |
| **Total Fixed Assets** | **$12,119.05** |
| Other Assets | |
| Security Deposits Asset | 13,559.26 |
| **Total Other Assets** | **$13,559.26** |
| **TOTAL ASSETS** | **$45,376.47** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Elan CC | 354.96 |
| M&T Credit Card- New | 16,078.26 |
| **Total Credit Cards** | **$16,433.22** |
| Other Current Liabilities | |
| Accrued Pension Liability | 5,117.56 |
| Accrued Pension Match | 5,230.61 |
| M&T line of credit | 200,000.00 |
| **Total Other Current Liabilities** | **$210,348.17** |
| **Total Current Liabilities** | **$226,781.39** |
| Long-Term Liabilities | |
| SBA EIDL Loan | 150,000.00 |
| **Total Long-Term Liabilities** | **$150,000.00** |
| **Total Liabilities** | **$376,781.39** |
| Equity | |
| Members Draw | 105,740.00 |
| Officer's Health Insurance | -9,042.12 |
| **Total Members Draw** | **96,697.88** |
| Members Equity | -142,391.39 |
| Net Income | -285,711.41 |
| **Total Equity** | **$ -331,404.92** |
| **TOTAL LIABILITIES AND EQUITY** | **$45,376.47** |