# Mid-Atlantic Rheumatology, LLC

## Profit and Loss

### January - December 2023

| | TOTAL |
|---|---|
| Income | |
| Fee for Service Income | 5,940,001.00 |
| **Total Income** | **$5,940,001.00** |
| Cost of Goods Sold | |
| Supplements | 18,116.21 |
| Vaccines and Medicines | 4,359,425.12 |
| Cardinal Purchases | 135,000.00 |
| **Total Vaccines and Medicines** | **4,494,425.12** |
| **Total Cost of Goods Sold** | **$4,512,541.33** |
| GROSS PROFIT | **$1,427,459.67** |
| Expenses | |
| Advertising and Promotion | 5,248.57 |
| Automobile Expense | 5,240.00 |
| Bank Service Charges | 357.34 |
| Business Licenses and Permits | 1,241.00 |
| Casual Labor | 2,130.00 |
| Computer and Internet Expenses | 9,890.92 |
| Continuing Education | 650.00 |
| Credit Card Fees | 10,722.57 |
| Depreciation Expense | 31,548.00 |
| Dues and Subscriptions | 12,415.45 |
| Employee Benefits | 37,829.72 |
| Insurance Expense | 9,266.75 |
| Malpractice | 16,080.50 |
| **Total Insurance Expense** | **25,347.25** |
| Interest Expense | 8,232.65 |
| IT & Web Security Services | 40,175.14 |
| Meals and Entertainment | 2,931.04 |
| Medical Billing Subscriptions | 83,877.19 |
| Medical Records and Supplies | 3,347.94 |
| Office Supplies | 47,626.51 |
| Payroll Fees | 1,825.15 |
| Payroll Taxes | 0.00 |
| FICA | 74,781.42 |
| FUTA | 688.97 |
| SUTA | 1,362.55 |
| **Total Payroll Taxes** | **76,832.94** |
| Professional Development | 314.00 |
| Professional Fees | 6,167.18 |
| Rent Expense | 206,389.52 |
| Repairs and Maintenance | 483.88 |

# Mid-Atlantic Rheumatology, LLC

## Profit and Loss

### January - December 2023

|  | TOTAL |
|---|---|
| Salary & Wages | 924,563.85 |
| Officer | 125,750.00 |
| Pension | 24,915.21 |
| **Total Salary & Wages** | **1,075,229.06** |
| Telephone Expense | 13,326.01 |
| Travel Expense | 2,831.37 |
| Uniforms | 972.56 |
| **Total Expenses** | **$1,713,182.96** |
| NET OPERATING INCOME | **$ -285,723.29** |
| Other Income |  |
| Interest Income | 11.88 |
| **Total Other Income** | **$11.88** |
| NET OTHER INCOME | **$11.88** |
| NET INCOME | **$ -285,711.41** |