**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Choose an item.

In re:

**Domonique Thomas**

Debtor.

Case Number: **25-10846**
Chapter 7

$ 8450 TA
Rcpt: 22002642

## DECLARATION OF SELF-REPRESENTED INDIVIDUAL
## REGARDING ELECTRONIC FILING

1.  I have completed the following documents using the Court's Electronic Filing (eSR) program for a self-represented debtor:

    *Check the box next to each document you submitted through eSR.*

    ☑ Voluntary Petition for Individuals
    Filing for Bankruptcy
    (Official Form B101)

    ☑ Declaration About an Individual
    Debtor's Schedules
    (Official Form B106DEC)

    ☑ Your Statement of Financial Affairs
    For Individuals Filing for Bankruptcy
    (Official Form B107)

    ☑ Statement of Intention for Individuals
    Filing Under Chapter 7
    (Official Form B108)

    ☑ Chapter 7 Statement of Your Current
    Monthly Income
    (Official Form B122A-1)

    ☑ Statement of Exemption from Presumption
    of Abuse Under § 707(b)(2)
    (Official Form B122A-1)

    ☐ Chapter 7 Means Test
    (Official Form B122A-2)

2.  By signing this form, I declare the following under penalty of perjury.

    (a)   I have read and understand the above-referenced documents.

    (b)   The information contained in the above-referenced documents is true and correct to the best of my knowledge, information, and belief.

    (c)   I have authorized the electronic filing of the above-referenced documents with the United States Bankruptcy Court.

LBF-R v.2024

(d)     I have completed and signed Your Statement about Your Social Security Number (Official Form B121) and provided the signed original to the Clerk, and I understand that this Declaration Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

(e)     I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11 United States Code (the United States Bankruptcy Code); I understand the relief available under each such chapter; I choose to proceed under Chapter 7; and I request relief in accordance with Chapter 7.

(f)     I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105.

(g)     I understand that failure to address the filing fee (by paying the full filing fee, by filing an application to waive the fee, or by filing an application to pay the filing fee in installments) is grounds for dismissal of my case pursuant to Local Bankruptcy Rule 1002-1.

1/31/25
Date

Domonique Thomas
Debtor's Signature

Domonique Thomas
Debtor's Name

_____
Date

_____
Joint Debtor's Signature

_____
Joint Debtor's Name