**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:

**Mid-Atlantic Rheumatology, LLC**
      Debtor.

Case No. 25-10845-DER

(Chapter 11 – Subchapter V)

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Monique D. Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004
Phone: 202-624-2935


The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.


Respectfully submitted,

Date: January 31, 2025

MATTHEW W. CHENEY
Acting United States Trustee for Region 4

By: */s/ Katherine A. Levin*
Katherine A. Levin (Fed. Bar No. 10916)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
E-mail: Katherine.a.levin@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 31st day of January, 2025, a copy of the foregoing document filed electronically in the United States Bankruptcy Court for the District of Maryland and that according to the Court's CM/ECF system, a copy was served electronically upon :

- **Daniel Alan Staeven    daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com;21029@notices.nextchapterbk.com;23296@notices. nextchapterbk.com;margaret.johnson@frosttaxlaw.com;uriel.stern@frosttaxlaw.co m;amy.mckay@frosttaxlaw.com**
- **US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV**

*/s/ Katherine A. Levin*
Katherine A. Levin