## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:      Case No.: **25–10845 – DER**      Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   5 – Emergency Motion for Authorization to Pay Certain Prepetition Wages, Salaries, and Other Compensation Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Payroll Report # 2 Certificate of Service # 3 Proposed Order) (Staeven, Daniel) Modified on 1/31/2025 (Cumberland, Erica).

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 2/14/25. The Exhibit Payroll Report includes PII.**

CURE:   A redacted replacement exhibit should be filed.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 1/31/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amber Sauria

cc:   Debtor
Attorney for Debtor – Daniel Alan Staeven

defntc (rev. 12/12/2016)