**EXHIBIT A**

**MID-ATLANTIC RHEUMATOLOGY**


**<u>SEE ATTACHED PAYROLL REGISTER</u>**

VALLEY PROCESSING, INC.
810 GLENEAGLES COURT, SUITE 200
TOWSON, MD 21286-2236

**Confidential For:** MR. BRIAN LIEBKNECHT
MID-ATLANTIC RHEUMATOLOGY, LLC.
231 NAJOLES ROAD, SUITE 160
Millersville, MD 21108-2659

( 3604 ) | Delivery Method:   No Delivery

| Reports Included with your Payroll Package |
| --- |

▷ Tax Deposit Liabilities & Due Dates

▷ Payroll Register

▷ Special Checks Register

▷ Payroll Register Totals

▷ Direct Deposit Register

▷ Sick & Vacation Report

▷ 3604_401k_roth_match

▷ Direct Deposit Vouchers

▷ Payroll Worksheet

▷ Payroll Statement

| Pay Period: Bi-Weekly | 01/06/25 - 01/19/25 | | Check Date: 01/24/25 |
| --- | --- | --- | --- |
| Co. No: 3604   MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL LABEL REPORT** | | Payroll #: 222 |

| Current Payroll Tax Liabilities | *** To-Date Tax Liabilities (Please Read) *** |
|---|---|

### Basic Company Information

MID-ATLANTIC RHEUMATOLOGY, LLC.
231 NAJOLES ROAD, SUITE 160
Millersville, MD 21108-2659

Company No:  3604

### Payroll Dates

Check Date: 01/24/25
(1) Period Start Date: 01/06/25
(1) Period End Date: 01/19/25

Federal Deposit Freq.: SEMI-WEEKLY
Federal Deposit Method: Total Tax

### Payroll Statistics

| | | | |
|---|---|---|---|
| No. of PR Checks: | 0 | Total Check Net: | $41,390.30 |
| No. of Misc Checks: | 0 | Total Misc. Net: | $730.63 |
| No. of Tax Checks: | 0 | | |
| No. of Adj. Entries: | 0 | Total Adj. Net: | $0.00 |
| No. of Void Entries: | 0 | Total Void Net: | $0.00 |
| No. of DD Vouchers: | 16 | Total PR Net: | $42,120.93 |
| Total PR Gross: | $63,864.16 | Invoice Amt: | $355.75 |

---

*Federal Tax Section*

### Federal Tax Deposit Liability (941)

| | |
|---|---|
| Federal Withholding Tax | $9,144.87 |
| Earned Income Credit | $0.00 |
| Social Security (Employer Portion) | $3,918.22 |
| Social Security (Employee Portion) | $3,918.22 |
| Medicare (Employer Portion) | $916.36 |
| Medicare (Employee Portion) | $916.36 |
| Cobra Premium Assistance Credit | $0.00 |
| Total PR Federal 941 Liability | $18,814.03 |

### Federal Unemployment Liability (940)

| | |
|---|---|
| Federal Unemployment Tax (FUTA) | $146.87 |
| Total PR Federal 940 Liability | $146.87 |

**Total Unpaid 941 Liability -- DUE          $18,814.03**

*This amount will be withdrawn 1 day(s) before your checkdate*
*The total withdrawal will be listed at the end of the report*

Quarter / Year : 1-2025                                          Tax Type: 941

---

*Maryland Tax Section*

### Maryland State Withholding Liability

| | |
|---|---|
| State Withholding Tax (W/H) | $4,005.69 |
| Total Maryland PR WH Liability | $4,005.69 |

### Maryland Unemployment Liability

| | |
|---|---|
| State Unemployment Tax (SUTA) | $91.44 |
| Total MD PR SUTA Liability | $91.44 |

**Total Unpaid MD State Withholding Liability -- DUE          $4,005.69**

*This amount will be withdrawn 1 day(s) before your checkdate*
*The total withdrawal will be listed at the end of the report*

---

| Current Payroll Tax Liabilities | | *** To-Date Tax Liabilities (Please Read) *** | |
|---|---|---|---|
| | | *Pennsylvania Tax Section* | |
| **Pennsylvania State Withholding Liability** | | Total Unpaid PA State Withholding Liability -- DUE | $257.65 |
| State Withholding Tax (W/H) | $257.65 | *This amount will be withdrawn 1 day(s) before your checkdate* | |
| | | *The total withdrawal will be listed at the end of the report* | |
| Total Pennsylvania PR WH Liability | $257.65 | | |
| **PA - YORK COUNTY Local Withholding Liability** | | Total Unpaid Local Withholding Liability -- DUE | $83.92 |
| Local Withholding Tax (LIT) | $83.92 | *This amount will be withdrawn 1 day(s) before your checkdate* | |
| | | *The total withdrawal will be listed at the end of the report* | |
| Total PR Local WH Liability | $83.92 | | |
| **Total Tax Deposit** | **$23,399.60** | ********* **Total Bank Deposit:** | **$65,876.28** |

| Pay Period: Bi-Weekly | 01/06/25 - 01/19/25 | | Check Date: 01/24/25 |
|---|---|---|---|
| Co. No:  3604    MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL LIABILITY REPORT** | Payroll #:  222 | Page: A - 2 |

| Employee Name | | | Dept. No. | Earnings | | | | | | | Taxes | | | Deductions & Memos | | | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp. No. | SSN No. | UI State | | Current | | | | Year-to-Date | | | Tax | Current | YTD | Deduction | Current | YTD | Type |
| Pay Freq. | WH Tax Status (es) | | | Description | Rate | Hours | Amount | Description | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount | Net Pay |
| BAKER, GAETHAN COLE | | | 1 | 0-Regular Pay | 18.0000 | 65.20 | 1,173.60 | 0-Regular Pay | 114.58 | 2,062.44 | Federal WH | 121.44 | 236.41 | 6-CAF MEDICAL | 59.82 | 119.64 | 2002033 |
| 33 | *******6777 | MD | 1 | OverTime Pay | 27.0000 | 1.21 | 32.67 | 3-HOLIDAY | 24.00 | 432.00 | OASDI | 79.67 | 157.52 | 7-CAF DENTAL | 4.68 | 9.36 | DD |
| Bi-Weekly | FED Single | | 1 | 6-PTO | 18.0000 | 8.00 | 144.00 | 6-PTO | 8.00 | 144.00 | Medicare | 18.63 | 36.84 | 8-CAF VISION | 0.71 | 1.42 | |
| | MD Anne Arundel - Si | 0 | | | | | | OverTime Pay | 1.21 | 32.67 | MD: State WH | 88.59 | 174.97 | | | | |
| | Employee Totals | | | Totals: | | 74.41 | 1,350.27 | Total YTD: | 147.79 | 2,671.11 | | 308.33 | 605.74 | | 65.21 | 130.42 | 976.73 |
| BROOKS, TRACY | | | 1 | 0-Regular Pay | 27.0000 | 77.78 | 2,100.06 | 0-Regular Pay | 133.40 | 3,601.80 | Federal WH | 126.53 | 259.02 | 6-CAF MEDICAL | 64.31 | 128.62 | 2002034 |
| 37 | *******0299 | MD | | | | | | 3-HOLIDAY | 24.00 | 648.00 | OASDI | 125.88 | 254.84 | 7-CAF DENTAL | 4.68 | 9.36 | DD |
| Bi-Weekly | FED Married | 1 | | | | | | | | | Medicare | 29.44 | 59.60 | 8-CAF VISION | 0.71 | 1.42 | |
| | MD Carroll - Married | 1 | | | | | | | | | MD: State WH | 140.67 | 285.21 | | | | |
| | Employee Totals | | | Totals: | | 77.78 | 2,100.06 | Total YTD: | 157.40 | 4,249.80 | | 422.52 | 858.67 | | 69.70 | 139.40 | 1,607.84 |
| CAMPBELL, ORA A. | | | 1 | 0-Regular Pay | 23.8500 | 58.63 | 1,398.33 | 0-Regular Pay | 106.01 | 2,528.34 | Federal WH | 195.09 | 360.61 | | | | 2002035 |
| 18 | *******4464 | MD | 1 | OverTime Pay | 35.7751 | 0.04 | 1.43 | 3-HOLIDAY | 24.00 | 572.40 | OASDI | 120.80 | 226.35 | | | | DD |
| Bi-Weekly | FED Single | 0 | 1 | 6-PTO | 23.8500 | 23.00 | 548.55 | 6-PTO | 23.00 | 548.55 | Medicare | 28.25 | 52.93 | | | | |
| | MD Anne Arundel - Si | 0 | | | | | | OverTime Pay | 0.04 | 1.43 | MD: State WH | 138.33 | 258.22 | | | | |
| | Employee Totals | | | Totals: | | 81.67 | 1,948.31 | Total YTD: | 153.05 | 3,650.72 | | 482.47 | 898.17 | | | | 1,465.84 |
| CHEGINI, HESUM S. | | | 1 | 0-Regular Pay | 144.2300 | | 11,538.46 | 0-Regular Pay | | 19,615.40 | Federal WH | 2,463.36 | 4,805.56 | 3-401K | 576.92 | 1,500.00 | 2002036 |
| 25 | *******9740 | MD | | | | | | 3-HOLIDAY | 24.00 | 3,461.52 | OASDI | 715.38 | 1,430.76 | M1-ER MATCH | 461.54 | 923.08 | DD |
| Bi-Weekly | FED Single | | | | | | | | | | Medicare | 167.31 | 334.62 | | | | |
| | MD Montgomery - Ma | 0 | | | | | | | | | MD: State WH | 891.73 | 1,753.35 | | | | |
| | Employee Totals | | | Totals: | | | 11,538.46 | Total YTD: | 24.00 | 23,076.92 | | 4,237.78 | 8,324.29 | | 1,038.46 | 2,423.08 | 6,723.76 |
| CORDES, CHRISSY M. | | | 1 | 0-Regular Pay | 27.5600 | 71.08 | 1,958.96 | 0-Regular Pay | 123.23 | 3,396.21 | Federal WH | 121.61 | 271.56 | 3-401K | 135.00 | 270.00 | 2002037 |
| 3 | *******3416 | MD | | | | | | 3-HOLIDAY | 24.00 | 661.44 | OASDI | 121.46 | 257.56 | M1-ER MATCH | 78.36 | 166.17 | DD |
| Bi-Weekly | FED Married | 0 | | | | | | 6-PTO | 3.50 | 96.46 | Medicare | 28.40 | 60.23 | | | | |
| | MD Baltimore - Marrie | 0 | | | | | | | | | MD: State WH | 136.75 | 292.28 | | | | |
| | Employee Totals | | | Totals: | | 71.08 | 1,958.96 | Total YTD: | 150.73 | 4,154.11 | | 408.22 | 881.63 | | 213.36 | 436.17 | 1,415.74 |
| DOWNS, TYRA R. | | | 1 | 0-Regular Pay | 24.0000 | 80.00 | 1,920.00 | 0-Regular Pay | 104.83 | 2,515.92 | Federal WH | 200.51 | 231.21 | | | | 2002038 |
| 36 | *******5901 | MD | 1 | OverTime Pay | 36.0000 | 11.23 | 404.28 | 3-HOLIDAY | 12.00 | 288.00 | OASDI | 144.11 | 198.91 | | | | DD |
| Bi-Weekly | FED Single | 2 | | | | | | OverTime Pay | 11.23 | 404.28 | Medicare | 33.70 | 46.52 | | | | |
| | MD Anne Arundel - Si | 2 | | | | | | | | | MD: State WH | 148.20 | 188.24 | | | | |
| | Employee Totals | | | Totals: | | 91.23 | 2,324.28 | Total YTD: | 128.06 | 3,208.20 | | 526.52 | 664.88 | | | | 1,797.76 |
| FARLEY, PATRICK H. | | | 1 | 0-Regular Pay | | | 5,884.62 | 0-Regular Pay | | 9,415.32 | Federal WH | 749.54 | 1,499.08 | | | | 2002039 |
| 38 | *******3346 | MD | | | | | | 3-HOLIDAY | 16.00 | 1,176.96 | OASDI | 364.85 | 729.70 | | | | DD |
| Bi-Weekly | FED Married | | | | | | | 6-PTO | 16.00 | 1,176.96 | Medicare | 85.33 | 170.66 | | | | |
| | MD Anne Arundel - M | 0 | | | | | | | | | MD: State WH | 540.83 | 1,081.66 | | | | |
| | Employee Totals | | | Totals: | | | 5,884.62 | Total YTD: | 32.00 | 11,769.24 | | 1,740.55 | 3,481.10 | | | | 4,144.07 |
| HIMES, JUNE S. | | | 1 | 0-Regular Pay | 24.0800 | 77.61 | 1,868.85 | 0-Regular Pay | 128.95 | 3,105.12 | Federal WH | 210.54 | 411.53 | 3-401K | 25.00 | 50.00 | 2002040 |
| 13 | *******9061 | MD | 1 | OverTime Pay | 36.1200 | 0.69 | 24.92 | 3-HOLIDAY | 24.00 | 577.92 | OASDI | 117.41 | 229.89 | M1-ER MATCH | 25.00 | 50.00 | DD |
| Bi-Weekly | FED Single | 0 | | | | | | OverTime Pay | 0.69 | 24.92 | Medicare | 27.46 | 53.77 | | | | |
| | MD Anne Arundel - Si | 0 | | | | | | | | | MD: State WH | 132.37 | 258.77 | | | | |
| | Employee Totals | | | Totals: | | 78.30 | 1,893.77 | Total YTD: | 153.64 | 3,707.96 | | 487.78 | 953.96 | | 50.00 | 100.00 | 1,380.99 |
| KING, COURTNEY | | | 1 | 0-Regular Pay | 18.0000 | 80.00 | 1,440.00 | 0-Regular Pay | 132.26 | 2,380.68 | Federal WH | 0.00 | 0.00 | | | | 2002041 |
| 29 | *******9192 | MD | 1 | OverTime Pay | 27.0000 | 7.04 | 190.08 | 3-HOLIDAY | 24.00 | 432.00 | OASDI | 101.06 | 186.17 | | | | DD |
| Bi-Weekly | FED Exempt | | | | | | | OverTime Pay | 7.04 | 190.08 | Medicare | 23.64 | 43.54 | | | | |
| | Employee Totals | | | Totals: | | 87.04 | 1,630.08 | Total YTD: | 163.30 | 3,002.76 | | 124.70 | 229.71 | | | | 1,505.38 |
| LEWIS, SARAH JEAN | | | 1 | 0-Regular Pay | 25.0000 | 70.27 | 1,756.75 | 0-Regular Pay | 123.74 | 3,093.50 | Federal WH | 147.84 | 293.28 | 6-CAF MEDICAL | 65.96 | 131.92 | 2002042 |
| 31 | *******1083 | MD | 1 | 6-PTO | 25.0000 | 8.00 | 200.00 | 3-HOLIDAY | 24.00 | 600.00 | OASDI | 116.89 | 232.54 | 7-CAF DENTAL | 4.68 | 9.36 | DD |
| Bi-Weekly | FED Single | | | | | | | 6-PTO | 8.00 | 200.00 | Medicare | 27.34 | 54.39 | 8-CAF VISION | 0.71 | 1.42 | |
| | PA No Status | | | | | | | | | | PA: State WH | 57.88 | 115.15 | | | | |
| | | | | | | | | | | | PA: Loc-YORK C( | 18.85 | 37.50 | | | | |
| | Employee Totals | | | Totals: | | 78.27 | 1,956.75 | Total YTD: | 155.74 | 3,893.50 | | 368.80 | 732.86 | | 71.35 | 142.70 | 1,516.60 |

| Pay Period: Bi-Weekly | 01/06/25 - 01/19/25 | | Check Date: 01/24/25 |
|---|---|---|---|
| Co. No: 3604    MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL REGISTER** | Payroll #: 222 | Page: B - 1 |

| Employee Name / Emp. No. / SSN No. / UI State / Pay Freq. / WH Tax Status (es) | Dept. No. | Earnings Current: Description | Rate | Hours | Amount | Earnings YTD: Description | Hours | Amount | Tax Description | Current Amount | YTD Amount | Deduction Description | Current Amount | YTD Amount | Check No. / Type / Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIEBKNECHT, BRIAN** 34  *******3407  MD  Bi-Weekly  FED Head of Househo  PA  No Status | 1 | 0-Regular Pay | 84.1400 | | 6,730.77 | 0-Regular Pay | | 10,769.06 | Federal WH | 935.09 | 1,870.18 | 6-CAF MEDICAL | 210.93 | 421.86 | 2002043 |
| | | | | | | 3-HOLIDAY | 24.00 | 2,019.36 | OASDI | 403.44 | 806.88 | 7-CAF DENTAL | 11.23 | 22.46 | DD |
| | | | | | | 6-PTO | 8.00 | 673.12 | Medicare | 94.35 | 188.70 | 8-CAF VISION | 1.50 | 3.00 | |
| | | | | | | | | | PA: State WH | 199.77 | 399.54 | 9-CHILD SUPPOR | 730.63 | 1,461.26 | |
| | | | | | | | | | PA: Loc-YORK C | 65.07 | 130.14 | | | | |
| **Employee Totals** | | Totals: | | | 6,730.77 | Total YTD: | 32.00 | 13,461.54 | | 1,697.72 | 3,395.44 | | 954.29 | 1,908.58 | 4,078.76 |
| **MAURY, ERINN** 6  *******9715  MD  Bi-Weekly  FED Single  0  MD Baltimore City - Si  0 | 1 | 0-Regular Pay | 149.0400 | | 11,923.08 | 0-Regular Pay | | 15,499.92 | Federal WH | 2,469.52 | 4,939.04 | 3-401K | 1,173.07 | 2,346.14 | 2002044 |
| | | | | | | 3-HOLIDAY | 32.00 | 4,769.28 | OASDI | 732.93 | 1,465.86 | 6-CAF MEDICAL | 96.25 | 192.50 | DD |
| | | | | | | 6-PTO | 24.00 | 3,576.96 | Medicare | 171.41 | 342.82 | 7-CAF DENTAL | 4.68 | 9.36 | |
| | | | | | | | | | MD: State WH | 883.64 | 1,767.28 | 8-CAF VISION | 0.71 | 1.42 | |
| | | | | | | | | | | | | M1-ER MATCH | 476.92 | 953.84 | |
| **Employee Totals** | | Totals: | | | 11,923.08 | Total YTD: | 56.00 | 23,846.16 | | 4,257.50 | 8,515.00 | | 1,751.63 | 3,503.26 | 6,390.87 |
| **MILLER, VALERIE** 4  *******5911  MD  Bi-Weekly  FED Married  0  MD Baltimore - Marrie  0 | 1 | 0-Regular Pay | 32.0000 | 37.41 | 1,197.12 | 0-Regular Pay | 63.39 | 2,028.48 | Federal WH | 41.97 | 97.10 | 3-401K | 119.71 | 254.05 | 2002045 |
| | | | | | | 3-HOLIDAY | 16.00 | 512.00 | OASDI | 74.22 | 157.51 | M1-ER MATCH | 47.88 | 101.61 | DD |
| | | | | | | | | | Medicare | 17.36 | 36.84 | | | | |
| | | | | | | | | | MD: State WH | 77.40 | 165.26 | | | | |
| **Employee Totals** | | Totals: | | 37.41 | 1,197.12 | Total YTD: | 79.39 | 2,540.48 | | 210.95 | 456.71 | | 167.59 | 355.66 | 866.46 |
| **MYERS, KAYLAR M.** 35  *******9932  MD  Bi-Weekly  FED Single  MD Baltimore City - Si  0 | 1 | 0-Regular Pay | 55.2900 | | 4,807.69 | 0-Regular Pay | | 7,019.17 | Federal WH | 725.51 | 1,362.52 | 6-CAF MEDICAL | 56.10 | 112.20 | 2002046 |
| | | | | | | 3-HOLIDAY | 24.00 | 1,326.96 | OASDI | 294.26 | 564.68 | 7-CAF DENTAL | 4.68 | 9.36 | DD |
| | | | | | | 6-PTO | 16.00 | 884.64 | Medicare | 68.82 | 132.06 | 8-CAF VISION | 0.71 | 1.42 | |
| | | | | | | | | | MD: State WH | 371.06 | 710.58 | | | | |
| **Employee Totals** | | Totals: | | | 4,807.69 | Total YTD: | 40.00 | 9,230.77 | | 1,459.65 | 2,769.84 | | 61.49 | 122.98 | 3,286.55 |
| **THOMAS, AMY L.** 32  *******3477  MD  Bi-Weekly  FED Head of Househo  MD Harford - Single  1 | 1 | 0-Regular Pay | 60.1000 | | 4,807.69 | 0-Regular Pay | | 8,172.98 | Federal WH | 511.65 | 1,023.30 | 4-ROTH 401K | 600.00 | 1,200.00 | 2002047 |
| | | | | | | 3-HOLIDAY | 24.00 | 1,442.40 | OASDI | 293.50 | 587.00 | 6-CAF MEDICAL | 68.38 | 136.76 | DD |
| | | | | | | | | | Medicare | 68.64 | 137.28 | 7-CAF DENTAL | 4.68 | 9.36 | |
| | | | | | | | | | MD: State WH | 355.45 | 710.90 | 8-CAF VISION | 0.71 | 1.42 | |
| | | | | | | | | | | | | M1-ER MATCH | 192.31 | 384.62 | |
| **Employee Totals** | | Totals: | | | 4,807.69 | Total YTD: | 24.00 | 9,615.38 | | 1,229.24 | 2,458.48 | | 866.08 | 1,732.16 | 2,904.68 |
| **WILLIAMS, CHARDONAE B.** 10  *******4928  MD  Bi-Weekly  FED Single  2  MD Anne Arundel - Si  2 | 1  1 | 0-Regular Pay  6-PTO | 25.0000  25.0000 | 64.49  8.00 | 1,612.25  200.00 | 0-Regular Pay | 118.80 | 2,970.00 | Federal WH | 124.67 | 266.80 | 3-401K | 120.00 | 240.00 | 2002048 |
| | | | | | | 3-HOLIDAY | 24.00 | 600.00 | OASDI | 112.36 | 233.74 | M1-ER MATCH | 72.49 | 150.80 | DD |
| | | | | | | 6-PTO | 8.00 | 200.00 | Medicare | 26.28 | 54.67 | | | | |
| | | | | | | | | | MD: State WH | 100.67 | 212.25 | | | | |
| **Employee Totals** | | Totals: | | 72.49 | 1,812.25 | Total YTD: | 150.80 | 3,770.00 | | 363.98 | 767.46 | | 192.49 | 390.80 | 1,328.27 |

| Pay Period: Bi-Weekly | 01/06/25  -  01/19/25 | | Check Date: 01/24/25 |
|---|---|---|---|
| Co. No: 3604   MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL REGISTER** | Payroll #: 222 | Page: B - 2 |

| Check Type | Payee Name | | Employee Number | Deduction | Check No. |
|---|---|---|---|---|---|
| | Check Date | | Employee Name | | Amount |
| Employee Deduction ACH Voucher | PA SCDU | | 34 | 9-CHILD SUPPORT | 3000016 |
| | 01/24/2025 | | LIEBKNECHT, BRIAN | | $730.63 |
| Memo: | **** 8794103271 BRIAN LIEBKNECHT xxx-xx-3407 **** | | | | |
| | | | | Grand Total: | $730.63 |

| Pay Period: Bi-Weekly | 01/06/25 - 01/19/25 | | Check Date: 01/24/25 |
|---|---|---|---|
| Co. No: 3604    MID-ATLANTIC RHEUMATOLOGY, LLC. | **SPECIAL CHECKS REGISTER** | Payroll #: 222 | Page: BB - 1 |

| Pay and Deduction Descriptions | Current Payroll | | Month to Date | | Quarter to Date | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| Overall Company Totals | | | | | | | | |
| **Pays:** | | | | | | | | |
| Regular Pay | 682.47 | 62,118.23 | 1,149.19 | 98,174.34 | 1,149.19 | 98,174.34 | 1,149.19 | 98,174.34 |
| OverTime Pay | 20.21 | 653.38 | 20.21 | 653.38 | 20.21 | 653.38 | 20.21 | 653.38 |
| 3-HOLIDAY | 0.00 | 0.00 | 364.00 | 19,520.24 | 364.00 | 19,520.24 | 364.00 | 19,520.24 |
| 6-PTO | 47.00 | 1,092.55 | 114.50 | 7,500.69 | 114.50 | 7,500.69 | 114.50 | 7,500.69 |
| **Total Gross Pay** | 749.68 | 63,864.16 | 1,647.90 | 125,848.65 | 1,647.90 | 125,848.65 | 1,647.90 | 125,848.65 |
| **Federal Employee Taxes:** | | | | | | | | |
| Federal Withholding (W/H) | 0.00 | 9,144.87 | 0.00 | 17,927.26 | 0.00 | 17,927.26 | 0.00 | 17,927.26 |
| Medicare | 0.00 | 916.36 | 0.00 | 1,805.47 | 0.00 | 1,805.47 | 0.00 | 1,805.47 |
| OASDI | 0.00 | 3,918.22 | 0.00 | 7,719.91 | 0.00 | 7,719.91 | 0.00 | 7,719.91 |
| **Total Federal Employee Taxes** | 0.00 | 13,979.45 | 0.00 | 27,452.64 | 0.00 | 27,452.64 | 0.00 | 27,452.64 |
| **Maryland Employee Taxes:** | | | | | | | | |
| State Withholding (W/H) | 0.00 | 4,005.69 | 0.00 | 7,858.97 | 0.00 | 7,858.97 | 0.00 | 7,858.97 |
| **Total Maryland Tax** | 0.00 | 4,005.69 | 0.00 | 7,858.97 | 0.00 | 7,858.97 | 0.00 | 7,858.97 |
| **Pennsylvania Employee Taxes:** | | | | | | | | |
| State Withholding (W/H) | 0.00 | 257.65 | 0.00 | 514.69 | 0.00 | 514.69 | 0.00 | 514.69 |
| Local : YORK COUNTY | 0.00 | 83.92 | 0.00 | 167.64 | 0.00 | 167.64 | 0.00 | 167.64 |
| **Total Pennsylvania Tax** | 0.00 | 341.57 | 0.00 | 682.33 | 0.00 | 682.33 | 0.00 | 682.33 |
| **Total State Tax** | 0.00 | 4,347.26 | 0.00 | 8,541.30 | 0.00 | 8,541.30 | 0.00 | 8,541.30 |
| **Other Deductions:** | | | | | | | | |
| 3-401K | 0.00 | 2,149.70 | 0.00 | 4,660.19 | 0.00 | 4,660.19 | 0.00 | 4,660.19 |
| 4-ROTH 401K | 0.00 | 600.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 |
| 6-CAF MEDICAL | 0.00 | 621.75 | 0.00 | 1,243.50 | 0.00 | 1,243.50 | 0.00 | 1,243.50 |
| 7-CAF DENTAL | 0.00 | 39.31 | 0.00 | 78.62 | 0.00 | 78.62 | 0.00 | 78.62 |
| 8-CAF VISION | 0.00 | 5.76 | 0.00 | 11.52 | 0.00 | 11.52 | 0.00 | 11.52 |
| 9-CHILD SUPPORT | 0.00 | 730.63 | 0.00 | 1,461.26 | 0.00 | 1,461.26 | 0.00 | 1,461.26 |
| **Total Other Deduction** | 0.00 | 4,147.15 | 0.00 | 8,655.09 | 0.00 | 8,655.09 | 0.00 | 8,655.09 |
| **Memos:** | | | | | | | | |
| 1-ER MATCH | 0.00 | 1,354.50 | 0.00 | 2,730.12 | 0.00 | 2,730.12 | 0.00 | 2,730.12 |
| **Total Memos** | 0.00 | 1,354.50 | 0.00 | 2,730.12 | 0.00 | 2,730.12 | 0.00 | 2,730.12 |
| **Net Pay** | 0.00 | 41,390.30 | 0.00 | 81,199.62 | 0.00 | 81,199.62 | 0.00 | 81,199.62 |
| | | | | | | | | |
| **Employer Taxes:** | | | | | | | | |
| **Federal:** | | | | | | | | |
| Medicare | 0.00 | 916.36 | 0.00 | 1,805.47 | 0.00 | 1,805.47 | 0.00 | 1,805.47 |
| OASDI | 0.00 | 3,918.22 | 0.00 | 7,719.91 | 0.00 | 7,719.91 | 0.00 | 7,719.91 |
| Unemployment (FUTA) | 0.00 | 146.87 | 0.00 | 458.62 | 0.00 | 458.62 | 0.00 | 458.62 |
| **Total Federal Tax** | 0.00 | 4,981.45 | 0.00 | 9,984.00 | 0.00 | 9,984.00 | 0.00 | 9,984.00 |
| **Maryland:** | | | | | | | | |
| State Unemployment (SUTA) | 0.00 | 91.44 | 0.00 | 256.31 | 0.00 | 256.31 | 0.00 | 256.31 |
| **Total Maryland Tax** | 0.00 | 91.44 | 0.00 | 256.31 | 0.00 | 256.31 | 0.00 | 256.31 |
| **Total Employer Taxes** | 0.00 | 5,072.89 | 0.00 | 10,240.31 | 0.00 | 10,240.31 | 0.00 | 10,240.31 |

Pay Period:  Bi-Weekly        01/06/25  -  01/19/25                                                                Check Date: 01/24/25

Co. No:  3604    MID-ATLANTIC RHEUMATOLOGY, LLC.        **PAYROLL REGISTER TOTALS**        Payroll #:  222        Page:  C - 1

| Pay and Deduction | Current Payroll | | Month to Date | | Quarter to Date | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Descriptions | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| Total Payroll Cost | | 70,291.55 | | 138,819.08 | | 138,819.08 | | 138,819.08 |

| | | |
|---|---|---|
| Pay Period:  Bi-Weekly        01/06/25  -  01/19/25 | | Check Date: 01/24/25 |
| Co. No:   3604      MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL REGISTER TOTALS** | Payroll #:  222          Page:  C - 2 |

| Employee | Hire Date | Sick Pay | | | | Vacation Pay | | | | PTO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previous | Year-To-Date Hours | | Total | Previous | Year to Date Hours | | Total | Previous | Year to Date Hours | | Total |
| | | Total | Earned | Used | Available | Total | Earned | Used | Available | Total | Earned | Used | Available |
| 33  BAKER, GAETHAN COLE | 04/15/2024 | | | | | | | | | 47.74 | 9.24 | 8.00 | 48.98 |
| 37  BROOKS, TRACY | 07/22/2024 | | | | | | | | | 47.44 | 9.24 | | 56.68 |
| 18  CAMPBELL, ORA A. | 04/26/2021 | | | | | | | | | 37.12 | 9.24 | 23.00 | 23.36 |
| 25  CHEGINI, HESUM S. | 10/10/2022 | | | | | | | | | 100.90 | 18.46 | | 119.36 |
| 3  CORDES, CHRISSY M. | 04/13/2017 | | | | | | | | | 25.15 | 12.30 | 3.50 | 33.95 |
| 36  DOWNS, TYRA R. | 06/26/2024 | | | | | | | | | 10.27 | 6.96 | | 17.23 |
| 38  FARLEY, PATRICK H. | 09/04/2024 | | | | | | | | | 37.52 | 15.38 | 16.00 | 36.90 |
| 13  HIMES, JUNE S. | 10/01/2020 | | | | | | | | | 26.95 | 9.24 | | 36.19 |
| 29  KING, COURTNEY | 09/01/2023 | | | | | | | | | 8.97 | 8.36 | | 17.33 |
| 31  LEWIS, SARAH JEAN | 03/11/2024 | | | | | | | | | 4.87 | 9.24 | 8.00 | 6.11 |
| 34  LIEBKNECHT, BRIAN | 04/01/2024 | | | | | | | | | 47.74 | 9.24 | 8.00 | 48.98 |
| 41  MALINOFSKY, KELSEY A. | 10/23/2024 | | | | | | | | | 4.01 | | | 4.01 |
| 6  MAURY, ERINN | 06/06/2018 | | | | | | | | | 231.98 | 18.46 | 24.00 | 226.44 |
| 4  MILLER, VALERIE | 05/22/2017 | | | | | | | | | (3.14) | 3.80 | | 0.66 |
| 35  MYERS, KAYLAR M. | 06/17/2024 | | | | | | | | | 67.67 | 15.38 | 16.00 | 67.05 |
| 39  RODGERS, ANGELA C. | 09/05/2024 | | | | | | | | | 16.02 | | | 16.02 |
| 32  THOMAS, AMY L. | 03/26/2024 | | | | | | | | | 68.36 | 9.24 | | 77.60 |
| 10  WILLIAMS , CHARDONAE B. | 10/14/2019 | | | | | | | | | 15.86 | 12.30 | 8.00 | 20.16 |
| Company Totals: | | | | | | | | | | 795.43 | 176.08 | 114.50 | 857.01 |

| Pay Period:  Bi-Weekly     01/06/25  -  01/19/25 | Check Date: 01/24/2025 |
|---|---|
| Co. No:  3604    MID-ATLANTIC RHEUMATOLOGY, LLC.    **ACCRUAL REPORT** | Payroll #: 222     Page:  S -  1 |

# MID-ATLANTIC RHEUMATOLOGY, LLC.

Check Date:    01/24/2025

### 401K ContributionReport

| Name | Social Security | Employee 401k | Employee Roth | Employer Match | Employee loan |
|---|---|---|---|---|---|
| CHEGINI, HESUM S. | 9740 | 576.92 | 0.00 | 461.54 | 0.00 |
| CORDES, CHRISSY M. | 3416 | 135.00 | 0.00 | 78.36 | 0.00 |
| HIMES, JUNE S. | 9061 | 25.00 | 0.00 | 25.00 | 0.00 |
| MAURY, ERINN | -9715 | 1,173.07 | 0.00 | 476.92 | 0.00 |
| MILLER, VALERIE | -5911 | 119.71 | 0.00 | 47.88 | 0.00 |
| WILLIAMS, CHARDONAE B. | 4928 | 120.00 | 0.00 | 72.49 | 0.00 |
| | | 2,149.70 | **0.00** | 1,354.50 | 600.00 |

\* W = Work State      \* R = Resident State

| Employee Number and Employee Name | | | | Rates / Salary & Raise Dates | Rate Chg | Dept. | Regular Hours | Overtime Hours | Other Pays | | | Other Ded's | | Scheduled Pays, Deductions & Memos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire | SSN No. | Federal WH | Fx/Ext | | | | | | Cd | Hours | Amount | Cd | Amount | Type & Description | Amount | Limit | Balance |
| Birth | Pay Freq. | State WH  \* (W) | Fx/Ext | | | | | | | | | | | | | | |
| Type | DD | AEIC | State WH  \* (R) | Fx/Ext | | | | | | | | | | | | | |
| 33  BAKER, GAETHAN COLE | | | | 1)  18.0000 | | 1 | | | | | | | | D 6-CAF MEDICAL | 59.82 | | |
| 04-15-2024 | *******6777 | Fed:       Single  0 | | 2) | | | | | | | | | | D 7-CAF DENTAL | 4.68 | | |
| 08-31-1993 | Bi-Weekly | MDundel - Single  0 | | 3) | | | | | | | | | | D 8-CAF VISION | 0.71 | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 37  BROOKS, TRACY | | | | 1)  27.0000 | | 1 | | | | | | | | D 6-CAF MEDICAL | 64.31 | | |
| 07-22-2024 | *******0299 | Fed:       Married  1 | | 2) | | | | | | | | | | D 7-CAF DENTAL | 4.68 | | |
| 09-02-1986 | Bi-Weekly | MDroll - Married  1 | | 3) | | | | | | | | | | D 8-CAF VISION | 0.71 | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 18  CAMPBELL, ORA A. | | | | 1)  23.8500 (04-17-24) | | 1 | | | | | | | | | | | |
| 04-26-2021 | *******4464 | Fed:       Single  0 | | 2) | | | | | | | | | | | | | |
| 06-24-1985 | Bi-Weekly | MDundel - Single  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 25  CHEGINI, HESUM S. | | | | 1) 144.2300 (10-01-24) | | 1 | | | | | | | | D 3-401K | 0.08 | | |
| 10-10-2022 | *******9740 | Fed:       Single  0 | | 2) | | | | | | | | | | M 1-ER MATCH | 1 | | |
| 07-02-1985 | Bi-Weekly | MDhery - Married  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | 11,538.46 (10-01-24) | | | | | | | | | | | | | |
| 3  CORDES, CHRISSY M. | | | | 1)  27.5600 (04-17-24) | | 1 | | | | | | | | D 3-401K | 135 | | |
| 04-13-2017 | *******3416 | Fed:       Married  0 | | 2) | | | | | | | | | | M 1-ER MATCH | 1 | | |
| 02-10-1983 | Bi-Weekly | MD ore - Married  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 36  DOWNS, TYRA R. | | | | 1)  24.0000 | | 1 | | | | | | | | | | | |
| 06-26-2024 | *******5901 | Fed:       Single  2 | | 2) | | | | | | | | | | | | | |
| 06-30-1987 | Bi-Weekly | MDundel - Single  2 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 38  FARLEY, PATRICK H. | | | | 1) | | 1 | | | | | | | | | | | |
| 09-04-2024 | *******3346 | Fed:       Married  0 | 100.00 | 2) | | | | | | | | | | | | | |
| 03-18-1977 | Bi-Weekly | MDndel - Married  0 | 100.00 | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | 5,884.62 (09-10-24) | | | | | | | | | | | | | |

| Pay Period Start: | -- -- | End: | -- -- | | Check Date: | -- -- | | Last Check Date: 01-24-2025 |
|---|---|---|---|---|---|---|---|---|
| Co. No:  3604   MID-ATLANTIC RHEUMATOLOGY, LLC. | | | | **PAYROLL WORKSHEET** | | | | Page:  F - 1 |

\* W = Work State      \* R = Resident State

| Employee Number and Employee Name | | | | Rates / Salary & Raise Dates | Rate Chg | Dept. | Regular Hours | Overtime Hours | Other Pays | | | Other Ded's | | Scheduled Pays, Deductions & Memos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire | SSN No. | Federal WH | Fx/Ext | | | | | | Cd | Hours | Amount | Cd | Amount | Type & Description | Amount | Limit | Balance |
| Birth | Pay Freq. | State WH  \* (W) | Fx/Ext | | | | | | | | | | | | | | |
| Type | DD | AEIC | State WH  \* (R) | Fx/Ext | | | | | | | | | | | | | | |
| 13   HIMES, JUNE S. | | | | 1)  24.0800 (04-17-24) | | 1 | | | | | | | | D | 3-401K | 25 | |
| 10-01-2020 | *******9061 | Fed:      Single   0 | 25.00 | 2) | | | | | | | | | | M | 1-ER MATCH | 1 | |
| 08-20-1963 | Bi-Weekly | MD undel - Single  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 29   KING, COURTNEY | | | | 1)  18.0000 (04-17-24) | | 1 | | | | | | | | | | | |
| 09-01-2023 | *******9192 | Fed:      Exempt | | 2) | | | | | | | | | | | | | |
| 09-30-2005 | Bi-Weekly | MD      Exempt | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 31   LEWIS, SARAH JEAN | | | | 1)  25.0000 | | 1 | | | | | | | | D | 5-<1099-MISC> | 0 | |
| 03-11-2024 | *******1083 | Fed:      Single   0 | | 2) | | | | | | | | | | D | 6-CAF MEDICAL | 65.96 | |
| 05-29-1984 | Bi-Weekly | PA:      No Status | | 3) | | | | | | | | | | D | 7-CAF DENTAL | 4.68 | |
| Regular | DD | None | | | | | | | | | | | | D | 8-CAF VISION | 0.71 | |
| 34   LIEBKNECHT, BRIAN | | | | 1)  84.1400 (12-23-24) | | 1 | | | | | | | | D | 6-CAF MEDICAL | 210.93 | |
| 04-01-2024 | *******3407 | Fed: f Household  0 | | 2) | | | | | | | | | | D | 7-CAF DENTAL | 11.23 | |
| 07-19-1967 | Bi-Weekly | PA:      No Status | | 3) | | | | | | | | | | D | 8-CAF VISION | 1.5 | |
| Regular | DD | None | | 6,730.77 (12-09-24) | | | | | | | | | | D | 9-CHILD SUPPOR | 730.63 | |
| 41   MALINOFSKY, KELSEY A. | | | | 1)  50.0000 | | 1 | | | | | | | | | | | |
| 10-23-2024 | *******7071 | Fed:      Exempt | 135.00 | 2) | | | | | | | | | | | | | |
| 03-29-1994 | Bi-Weekly | MD ɪdel - Married  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 6   MAURY, ERINN | | | | 1) 149.0400 (01-08-25) | | 1 | | | | | | | | D | 3-401K | 1173.07 | |
| 06-06-2018 | *******9715 | Fed:      Single   0 | | 2) | | | | | | | | | | D | 6-CAF MEDICAL | 96.25 | |
| 04-24-1973 | Bi-Weekly | MD e City - Single  0 | | 3) | | | | | | | | | | D | 7-CAF DENTAL | 4.68 | |
| Regular | DD | None | | 11,923.08 (11-11-24) | | | | | | | | | | D | 8-CAF VISION | 0.71 | |
| | | | | | | | | | | | | | | M | 1-ER MATCH | 1 | |
| 4   MILLER, VALERIE | | | | 1)  32.0000 (10-14-24) | | 1 | | | | | | | | D | 3-401K | 0.1 | |
| 05-22-2017 | *******5911 | Fed:      Married  0 | | 2) | | | | | | | | | | M | 1-ER MATCH | 1 | |
| 11-17-1955 | Bi-Weekly | MD ore - Married  0 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |

| Pay Period Start:    --  -- | End:    --  -- | | Check Date:    --  -- | Last Check Date: 01-24-2025 |
|---|---|---|---|---|
| Co. No:  3604    MID-ATLANTIC RHEUMATOLOGY, LLC. | | **PAYROLL WORKSHEET** | | Page:  F - 2 |

* W = Work State      * R = Resident State

| Employee Number and Employee Name | | | | Rates / Salary & Raise Dates | Rate Chg | Dept. | Regular Hours | Overtime Hours | Other Pays | | | Other Ded's | | Scheduled Pays, Deductions & Memos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire | SSN No. | Federal WH | Fx/Ext | | | | | | Cd | Hours | Amount | Cd | Amount | Type & Description | Amount | Limit | Balance |
| Birth | Pay Freq. | State WH * (W) | Fx/Ext | | | | | | | | | | | | | | |
| Type | DD | AEIC | State WH * (R) | Fx/Ext | | | | | | | | | | | | | | |
| 35 | MYERS, KAYLAR M. | | | 1) 55.2900 (01-08-25) | | 1 | | | | | | | | D 6-CAF MEDICAL | 56.1 | | |
| 06-17-2024 | *******9932 | Fed: Single 0 | | 2) | | | | | | | | | | D 7-CAF DENTAL | 4.68 | | |
| 03-06-1996 | Bi-Weekly | MD e City - Single 0 | | 3) | | | | | | | | | | D 8-CAF VISION | 0.71 | | |
| Regular | DD | None | | 4,423.08 (09-16-24) | | | | | | | | | | | | | |
| 39 | RODGERS, ANGELA C. | | | 1) 50.0000 (09-17-24) | | 1 | | | | | | | | | | | |
| 09-05-2024 | *******5380 | Fed: Single 0 | | 2) | | | | | | | | | | | | | |
| 05-29-1985 | Bi-Weekly | MD ıdel - Married 1 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |
| 32 | THOMAS, AMY L. | | | 1) 60.1000 (01-08-25) | | 1 | | | | | | | | D 4-ROTH 401K | 600 | | |
| 03-26-2024 | *******3477 | Fed: f Household 0 | | 2) | | | | | | | | | | D 6-CAF MEDICAL | 68.38 | | |
| 05-07-1982 | Bi-Weekly | MD ırford - Single 1 | | 3) | | | | | | | | | | D 7-CAF DENTAL | 4.68 | | |
| Regular | DD | None | | 4,807.69 (12-10-24) | | | | | | | | | | D 8-CAF VISION | 0.71 | | |
| | | | | | | | | | | | | | | M 1-ER MATCH | 1 | | |
| 10 | WILLIAMS, CHARDONAE B. | | | 1) 25.0000 (05-01-24) | | 1 | | | | | | | | D 3-401K | 120 | | |
| 10-14-2019 | *******4928 | Fed: Single 2 | | 2) | | | | | | | | | | M 1-ER MATCH | 1 | | |
| 08-27-1989 | Bi-Weekly | MD undel - Single 2 | | 3) | | | | | | | | | | | | | |
| Regular | DD | None | | | | | | | | | | | | | | | |

| Pay Period Start: -- -- | End: -- -- | Check Date: -- -- | Last Check Date: 01-24-2025 |
|---|---|---|---|
| Co. No: 3604   MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL WORKSHEET** | | Page: F - 3 |

**\*\*\*\*\*   PLEASE FAX THIS SHEET FOR PAYROLL VERIFICATION   \*\*\*\*\***

Payroll Worksheet Totals
(Please include hours for New Employees in these totals)

| | | | |
|---|---|---|---|
| Total Entries: | _____ | Total Overtime Hours: | _____ |
| Total New Employees: | _____ | Total Other Hours: | _____ |
| Total Regular Hours: | _____ | Total Hours: | _____ |

## Other Pays, Deductions and Memos List

| Pay Descriptions | Deduction & Memo Descriptions |
|---|---|
| 0-Regular Pay | 1-MISC. |
| 3-HOLIDAY | 3-401K |
| 4-BONUS | 4-ROTH 401K |
| 5-5-HAZARD PAY | 5-<1099-MISC> |
| 6-PTO | 6-CAF MEDICAL |
| 7-BEREAVEMENT | 7-CAF DENTAL |
| 8-SEVERANCE PAY | 8-CAF VISION |
| 50-EPSL - Self | 9-CHILD SUPPORT |
| 51-EPSL - Other | M1-ER MATCH |
| 52-EFMLA | |

Delivery Method:   No Delivery   ☐ One time change to: _____   ☐ Permanent Change to: _____

Next Highest EE #:  42        Next Lowest Available EE #'s:   51, 50, 49, 48, 47, 46, 45, 44, 43, 42,

| | | |
|---|---|---|
| Prepared By:   VALLEY PROCESSING, INC.<br>810 GLENEAGLES COURT, SUITE 200<br>TOWSON, MD 21286-2236 | Phone:  (410) 337-2510<br>Fax:  (410) 337-2254 | EE Control Count Figure:<br>464 |
| Co. No:   3604    MID-ATLANTIC RHEUMATOLOGY, LLC. | **PAYROLL WORKSHEET** | Last Check Date: 01-24-2025 |

**VALLEY PROCESSING, INC.**
810 GLENEAGLES COURT, SUITE 200

TOWSON, MD  21286-2236
Phone:    (410) 337-2510
Fax:       (410) 337-2254

| Account Number | Statement Number |
|---|---|
| 3604 | 341258 |

| Statement Date | Division Number |
|---|---|
| 01-21-2025 | 0 |

**Payment Due Upon Receipt**

| |
|---|
| $0.00 |

**MID-ATLANTIC RHEUMATOLOGY, LLC.**
231 NAJOLES ROAD, SUITE 160
Millersville, MD  21108-2659

Print New or Corrected Address and Phone Below

Address

City          State        Zip
(          )
Phone #

Keep this Portion                                    *Statement Number*      *341258*

| Item Date | Item Description | *January 2025 Statement* | Price |
|---|---|---|---|
| **Payroll Section** | | | |
| 01-21-2025 | Check Charge ( with 17 entries ) | | $22.10 |
| 01-21-2025 | Direct Deposit ( with 1 entries ) | | $11.85 |
| 01-21-2025 | EFTPS-Total Tax | | $10.15 |
| 01-21-2025 | Payroll Processing | | $14.65 |
| **Miscellaneous Section** | | | |
| 01-21-2025 | 2024 W2 Forms & Delivery / Postage | | $297.00 |

Important News:
Happy New Year!  Tax forms are now being processed. We expect to have your W2 forms complete  and ready for delivery on or before January 20, 2025.

Statement Note:
THIS STATEMENT HAS BEEN PAID IN FULL. PLEASE RETAIN FOR YOUR RECORDS.

**VALLEY PROCESSING, INC.**

810 GLENEAGLES COURT, SUITE 200

TOWSON, MD  21286-2236

Phone:    (410) 337-2510        Fax:    (410) 337-2254

Client Info:

3604 - MID-ATLANTIC RHEUMATOLOGY, LLC.

Division: 0

Payment Due Upon Receipt

| | |
|---|---|
| SubTotal | $355.75 |
| Sales Tax | $0.00 |
| Paid Amount | $355.75 |
| Total Due | $0.00 |