United States Bankruptcy Court

District of Maryland

In re:                                            Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                           Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

**Recip ID**            **Recipient Name and Address**
db                  + Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10845 – DER**   Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   5 – Emergency Motion for Authorization to Pay Certain Prepetition Wages, Salaries, and Other Compensation Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Payroll Report # 2 Certificate of Service # 3 Proposed Order) (Staeven, Daniel) Modified on 1/31/2025 (Cumberland, Erica).

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 2/14/25. The Exhibit Payroll Report includes PII.**

CURE:   A redacted replacement exhibit should be filed.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 1/31/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amber Sauria

cc:   Debtor
Attorney for Debtor – Daniel Alan Staeven

defntc (rev. 12/12/2016)