United States Bankruptcy Court

District of Maryland

In re:                                                         Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: ntccrpst | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

**Recip ID**            **Recipient Name and Address**
db            + Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re:    Case No.: **25–10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# NOTICE OF MISSING DOCUMENT

DOCUMENT:    **1 – Chapter 11 Subchapter V Voluntary Petition Non–Individual . Fee Amount $1738 Filed by Mid–Atlantic Rheumatology, LLC. Ch 11 Plan Subch V Due by 05/1/2025. Government Proof of Claim due by 07/30/2025. (Staeven, Daniel)**

PROBLEM:    **The Corporate Ownership Statement has not been filed.**

CURE:    **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 2/14/25.**

CONSEQUENCE:    **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:    **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 1/31/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:    Debtor
       Attorney for Debtor – Daniel Alan Staeven
       U.S. Trustee
Form ntccrpst (rev. 04/2022)