## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:     Case No.: **25–10845 – DER**     Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:     4 – Application to Employ Daniel Staeven and Frost and Associates, LLC as Attorney and Verified Statement of Proposed Party Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Declaration # 2 Certificate of Service # 3 Proposed Order) (Staeven, Daniel)

PROBLEM:     **The following items are deficient for the above pleading, and must be cured by 2/18/25.**

**– The certificate of service must include the names and addresses of parties served and the method of service must be included (even if using electronic mail) within the certificate of service or attached. The certificate of service indicates that the court's mailing matrix was serve a copy of this Application to Employ but there is no list of names and addresses listed.**

CURE:     File an Amended Certificate of Service by the cure date provided above.

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/4/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:   Debtor
    Attorney for Debtor – Daniel Alan Staeven

defntc (rev. 12/12/2016)