**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

**IN RE:**

**MID-ATLANTIC RHEUMATOLOGY, LLC**              **Case No. 25-10845**
                                                **Chapter 11, Subchapter V**

                **Debtor**

## LINE- SHOW CAUSE ORDER

Mid-Atlantic Rheumatology LLC, the Debtor and Debtor-in-Possession (collectively the "Debtor"), by and through undersigned counsel, respectfully submits Line to resolve the Show Cause Order issued at Docket No. 27, and in support of this Line the Debtor states as follows:

1. A Balance Sheet was filed at Docket No. 15 on January 31, 2025.

2. A Statement of Operations was filed at Docket No. 16 on January 31, 2025.

3. The 2023 Tax Return for the Debtor was filed at Docket No. 29 on February 4, 2025.

**WHEREFORE**, the Debtor respectfully requests that this Court:

A.      Accept the documents filed above to satisfy the filing requirements of 11 U.S.C. §1116(1) of the Bankruptcy Code.

B.      Purge the Show Cause Order issued at Docket No. 27 on February 3, 2025.

C.      Grant such other and further relief as the Court may deem just and proper.

1

Date:   February 4, 2025                    Respectfully Submitted,


                                            */s/ Daniel A. Staeven, Esq.*
                                            Daniel A. Staeven, Esq.
                                            (Bar No. 27662)
                                            FROST LAW
                                            839 Bestgate Road, Suite 400
                                            Annapolis, MD 21401
                                            410-497-5947
                                            Daniel.Staeven@frosttaxlaw.com

                                            *Attorney for Debtor*

2