Entered: February 4th, 2025
Signed: February 4th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

IN RE:                                           *

                                                 *          **Case No.: 25-10845**

**MID-ATLANTIC RHEUMATOLOGY, LLC**     *

                                                 *          **Chapter 11 (Subchapter V)**

              Debtor(s)                          *

**ORDER AUTHORIZING DEBTOR TO PAY CERTAIN
PREPETITION WAGES, SALARIES, AND OTHER
COMPENSATION**

Upon consideration of the Emergency Motion (the "Motion") of the Debtor for Entry of an

Order Authorizing the Debtor to pay prepetition wages, salaries, and other compensation to the

dates paid; and it appearing that relief requested in the Motion is in the best interest of the Debtor

and its estate; and Notice of the Motion having been given as set forth in the Certificate of Service

attached to the Motion; and after due deliberation and sufficient cause appearing therefore; it is by

the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that capitalized terms not otherwise defined herein shall have the meanings

ascribed to such terms set forth in the Motion; and it is further

**ORDERED**, that the Debtor is authorized but not directed to pay the Unpaid Compensation and the 401k and withholding payments, all as set forth in the Motion and the attachment thereto.

Copies to:

Daniel A. Staeven, Esquire
United States Trustee
Subchapter V Trustee

**END OF ORDER**