Entered: February 5th, 2025
Signed: February 5th, 2025

## SO ORDERED

The hearing described below shall be set for February 26, 2025 at
2:00 PM in Courtroom 9-D, Baltimore - Judge Rice.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **25−10845 − DER**    Chapter: **11**

**Mid−Atlantic Rheumatology, LLC**
Debtor

# ORDER DIRECTING DEBTOR TO SHOW CAUSE
# WHY A PATIENT CARE OMBUDSMAN
# SHOULD NOT BE APPOINTED

Pursuant to 11 U.S.C. § 333 and Federal Bankruptcy Rule 2007.2, it appearing that the above referenced debtor is a health care business, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within 10 days after the entry of this Order, the debtor shall either: (1) show cause in writing, if any there be, why the appointment of a patient care ombudsman is not necessary for the protection of patients under the specific facts of the case; or (2) state that the debtor consents to the appointment of a patient care ombudsman. If the Debtor timely contests the necessity of a patient care ombudsman, then a hearing shall be held on the date and time set forth above.

cc:    Debtor
       Attorney for Debtor – Daniel Alan Staeven
       Case Trustee – Monique Desiree Almy
       U.S. Trustee
       All Parties in Interest

## End of Order

39x20 (rev. 03/02/2015) – EricaCumberland