Entered: February 5th, 2025
Signed: February 5th, 2025

The Debtor's line only addresses three of the four items required to be filed under 11 U.S.C. § 1116(1)(A) and offers no explanation for why the Court should find the documents filed thus far constitute compliance with the statue. The Court will defer ruling on the Order to Show Cause until February 20, 2025, to afford the Debtor an opportunity to provide a more substantive response. If such response is not timely filed, the Court may act on the Order to Show Cause without further notice.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25-10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by the debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 3, 2025, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Daniel Alan Staeven
      Case Trustee – Monique Desiree Almy
      U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – EricaCumberland