United States Bankruptcy Court

District of Maryland

In re:                                                                      Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                        User: admin                                Page 1 of 1

Date Rcvd: Feb 04, 2025                     Form ID: defntc                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

**Recip ID              Recipient Name and Address**
db                  +  Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25−10845 − DER**     Chapter: **11**

**Mid−Atlantic Rheumatology, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 4 − Application to Employ Daniel Staeven and Frost and Associates, LLC as Attorney and Verified Statement of Proposed Party Filed by Mid−Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Declaration # 2 Certificate of Service # 3 Proposed Order) (Staeven, Daniel)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/18/25.**

**− The certificate of service must include the names and addresses of parties served and the method of service must be included (even if using electronic mail) within the certificate of service or attached. The certificate of service indicates that the court's mailing matrix was serve a copy of this Application to Employ but there is no list of names and addresses listed.**

CURE: File an Amended Certificate of Service by the cure date provided above.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 2/4/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410−962−4221

cc:   Debtor
Attorney for Debtor − Daniel Alan Staeven

defntc (rev. 12/12/2016)