United States Bankruptcy Court
District of Maryland

In re:                                                                              Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                      Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 04 2025 19:28:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1                     User: admin                          Page 2 of 2
Date Rcvd: Feb 04, 2025                  Form ID: pdfparty                     Total Noticed: 1
TOTAL: 4

Entered: February 4th, 2025
Signed: February 4th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **Case No.: 25-10845** |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | * | |
| | * | **Chapter 11 (Subchapter V)** |
| Debtor(s) | * | |

**ORDER AUTHORIZING DEBTOR TO PAY CERTAIN
PREPETITION WAGES, SALARIES, AND OTHER
COMPENSATION**

Upon consideration of the Emergency Motion (the "Motion") of the Debtor for Entry of an

Order Authorizing the Debtor to pay prepetition wages, salaries, and other compensation to the

dates paid; and it appearing that relief requested in the Motion is in the best interest of the Debtor

and its estate; and Notice of the Motion having been given as set forth in the Certificate of Service

attached to the Motion; and after due deliberation and sufficient cause appearing therefore; it is by

the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion be and is hereby **GRANTED**; and it is further

ORDERED, that capitalized terms not otherwise defined herein shall have the meanings

ascribed to such terms set forth in the Motion; and it is further

**ORDERED**, that the Debtor is authorized but not directed to pay the Unpaid Compensation and the 401k and withholding payments, all as set forth in the Motion and the attachment thereto.

Copies to:

Daniel A. Staeven, Esquire
United States Trustee
Subchapter V Trustee

**END OF ORDER**