Entered: February 7th, 2025
Signed: February 7th, 2025

The Court's order [Docket No. 27] and 11 U.S.C. § 1116(1)(B) require a statement made under penalty of perjury that no Cash Flow Statement has been prepared. A line signed by counsel is not such a statement. Accordingly, the Court will continue to defer ruling on the Order to Show Cause until February 20, 2025, to afford the Debtor and its counsel the opportunity to comply with the applicable statutory requirement.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No. **25-10845 – DER**   Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by the debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 3, 2025, is hereby DISSOLVED.

cc:   Debtor
   Attorney for Debtor – Daniel Alan Staeven
   Case Trustee – Monique Desiree Almy
   U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – EricaCumberland