**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:

| | |
|---|---|
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **Case No. 25-10845**<br>**Chapter 11, Subchapter V** |
| **Debtor** | |

## APPLICATION TO EMPLOY MARC ASHER AS ACCOUNTANT

Mid-Atlantic Rheumatology, LLC., the Debtor, by and through its attorney, Daniel A. Staeven, hereby files this application to employ Marc Asher (known as) as the Accountant for the Debtor pursuant to 11 U.S.C §§ 327, 328, and 1107, and Rule 2017 of the Federal Rules of Bankruptcy Procedure and respectfully represent that:

### Jurisdiction And Venue

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334.

2.     Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding pursuant to 28 U.S.C §175(b)(2)(A).

3.     There is a basis for the relief sought in 11 U.S.C. §§102(1), 105, 327, 328, 363, and 503 of the Bankruptcy Code and Rules 2002, 6005 and 9014 of the Federal Rules of Bankruptcy Procedure.

### Background

4.     On January 31, 2025, the Debtor filed a Voluntary Petition for Relief under Chapter 11, Subchapter V of the Bankruptcy Code. The Debtor continues to own and manage its business and to conduct affairs as a Debtor-In-Possession.

1

5.      The employment of an accountant, specially one familiar with the business is necessary for efficient, effective administration of the bankruptcy estate and to employ with Federal and State tax law including preparing the necessary financial reports for this case that are not within the ability of the Debtor to produce.

6.      Specifically, it is necessary for the Debtor to determine its profit and loss, prepare bookkeeping for filing tax returns and assist, if necessary, with the Monthly Operating Reports for the United States Trustee's office.

7.      The Debtor is requesting authority to employ Marc Asher as the primary accountant on the matter and Marc Asher indicated a willingness to provide such services to the Debtor.

8.      Marc Asher has considerable experience and knowledge of debtor's business, and because Mr. Asher has considerable experience with the Debtor, Mr. Asher is well qualified and able to provide the services requested and contemplated by the Debtor.

9.      Marc Asher has provided accounting services to the Debtor since 2015. Otherwise, to the best of the Debtor's knowledge, information, and belief, Mr. Asher has no connection with the Debtor, other creditors, any other party in interest, the Office of the United States Trustee or any representing attorney.

10.     To the best of the Debtors knowledge, information, and belief, Mr. Asher has no interest adverse to the estate of the Debtor or interested person. Therefore, Mr. Asher is qualified for employment under 11 U.S.C. §327, all set forth in the Affidavit of Disinterestedness filed in connection with this application.

11.     Mr. Asher has agreed to provide services required by the Debtors at the industry standard rates, subject to the Courts review upon the filing of an Application of Compensation.

12.     According to 11 U.S.C. §1195, the Debtor discloses that it owes $0.00 pre-petition to Mr. Asher and his firm, Century Accounting & Financial Services.

**WHEREFORE**, Mid-Atlantic Rheumatology, LLC be granted authority to employ Marc Asher as the accountant to the Debtor, and for such other and further relief as is just and equitable.

Date:   February 7, 2025                    Respectfully Submitted,

*/s/ Daniel A. Staeven, Esq.*
Daniel A. Staeven, Esq.
(Bar No. 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401
410-497-5947
Daniel.Staeven@frosttaxlaw.com

*Attorney for Debtor,*
.