**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

      **Debtor**

**Case No. 25-10845**
**Chapter 11, Subchapter V**

---

### AFFIDAVIT OF PROFESSIONAL PURSUANT TO BANKRUPTCY RULE 2014

I, Marc Asher, CPA Pursuant to Bankruptcy Rule 2014(a), respectfully represents:

1. I have been a Certified Public Accountant licensed in the State of Maryland since 1998.

2. Neither I, nor my firm, will accept a fee, wage, salary, commission, or other compensation related to the above-captioned Debtor, the Bankruptcy Estate, or any other work performed hereunder unless authorized by this Court.

3. I do not hold or represent any interest adverse to the Bankruptcy estate with respect to the matter for which I am to be engaged, nor am I aware that any of my associates hold or represent such an adverse interest.

4. I have not served as an examiner in connection with this Bankruptcy case.

5. I do not represent a creditor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee in connection with this bankruptcy case, nor am I aware that I or any of my associates have a connection with such party.

I, Marc Asher, declare under penalty of perjury that the foregoing is true and correct.

Date: February 6, 2025           /s/ Marc Asher
                   Marc Asher, CPA