**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| IN RE: | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **Case No. 25-10845** <br> **Chapter 11, Subchapter V** |
| **Debtor** | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**MARC ASHER AS**
**ACCOUNTANT FOR THE DEBTOR-IN-POSSESSION**

Upon foregoing Application of Mid-Atlantic Rheumatology, LLC, Debtor, requesting authority to employ Marc Asher, as Accountant for the Debtor it is therefore by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the application of Mid-Atlantic Rheumatology, LLC, Debtor, to employ Marc Asher, as accountant for the Debtor, for the purpose described in the Debtor's application; and it is further,

**ORDERED,** that prior to receiving any compensation and application for approval of compensation which shall conform and comply with the requirements of § 330 of the Bankruptcy

Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Compensation Guidelines

for Professionals in the United States Bankruptcy Court for the District of Maryland, (including a

detailed list of hours spent and expenses incurred) shall be filed and that the payment of the fees

and expenses relating to the representation approved by this Order shall be judged in accordance

with the standards of §328 (a) of the Bankruptcy Code.

cc:

Daniel A. Staeven, Esq
Katherine Levin, United States Trustee
Monique Almy, Subchapter V Trustee
Case Creditors

**END OF ORDER**