**EXHIBIT A**

Account List

| Account Name | Bank | Account Holder | Last 4 Digits of account No. | Account Balance |
|---|---|---|---|---|
| Checking | M & T Bank | Debtor | 9513 | $354,218.21 |
| Checking | Sandy Spring Bank | Debtor | 5401 | $185,035.44 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |