# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–10845 – DER**     Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

# NOTICE

In person hearing – Courtroom 9–D – Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 2/26/25 at 02:00 PM to consider and act upon the following:

49 – Motion For an Order Authorizing Use of Existing Cash Management System Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Bank Accounts # 2 Certificate of Service # 3 Proposed Order) (Staeven, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/10/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)