**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **CASE NO. 25-10845** |
| **Debtor** | **CHAPTER 11, SUBCHAPTER V** |

### AFFIDAVIT OF BRIAN LIEBKNECHT

I, Brian Liebknecht, being of lawful age, hereby depose, affirm, and state as follows:

1. I am 18 years of age or older, and have personal knowledge of, and am competent to testify to the matters stated in this Affidavit.

2. I am the Chief Operating Officer of the Debtor, Mid-Atlantic Rheumatology, LLC.

3. The Debtor does not create a cash flow statement as it is not necessary to its practice.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE TO THE BEST OF MY INFORMATION AND BELIEF.

Date:  February 10, 2025

/s/ Brian Liebknecht
Brian Liebknecht