**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **Case No.: 25-10845-DER** |
| **MID-ATLANTIC RHEUMATOLOGY** | * | |
| **LLC** | * | **Chapter 11 (Subchapter V)** |
| Debtor | * | |

**ORDER ON DEBTOR'S MOTION FOR DETERMINATION THAT
APPOINTMENT OF PATIENT CARE OMBUDSMAN IS NOT NECESSARY**

Upon consideration of the Motion for Determination that Appointment of Patient Care Ombudsman Is Not Necessary ("Motion"), the Court finding that the appointment of a patient care ombudsman is not necessary under the facts of this case, it is, by the United States Bankruptcy Court for the District of Maryland

**ORDERED**, that a patient care ombudsman will not be appointed to serve in this case.

CC:  Debtor's Counsel
     Sub V Trustee
     United States Trustee
     All creditors

**END OF ORDER**