Entered: February 12th, 2025
Signed: February 11th, 2025

The Court will continue to defer ruling on the Order to Show Cause
until February 20, 2025 to afford the Debtor the opportunity to serve
the Affidavit [Docket No. 51] on the same parties served with a copy
of its Amended Line [Docket No. 40].

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No. **25-10845 – DER**     Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by the debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 3, 2025, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Daniel Alan Staeven
      Case Trustee – Monique Desiree Almy
      U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – EricaCumberland