**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.: 25-10845 |
| **MID-ATLANTIC RHEUMATOLOGY,** | * | Chapter 11 (Subchapter V) |
| **LLC** | * | |
| Debtor. | * | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 13, 2025, a copy of the foregoing Initial Scheduling Order (Docket No. 31) was mailed first class, postage prepaid, to the parties noted in the Court's CM/ECF and/or by mail on those listed on the attached court mailing matrix.

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Katherine A. (UST) Levin Katherine.A.Levin@usdoj.gov,
amy.busch@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
23296@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
uriel.stern@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC

                                                       Respectfully Submitted,

/s/ Daniel A. Staeven
Daniel A. Staeven
(Fed. Bar No.: 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, Maryland 2140
Phone: (410) 497-5964
daniel.staeven@frosttaxlaw.com

Label Matrix for local noticing
0416-1
Case 25-10845
District of Maryland
Baltimore
Tue Feb  4 10:40:04 EST 2025

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

OI Infusion Services, LLC
Rebecca Greenbaum
1111b S Governors Ave # 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401-3474

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T BANK
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14