**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **MID-ATLANTIC RHEUMATOLOGY,** **LLC,** | * | **Case No.  25-10845-DER** **(Chapter 11; Subchapter V)** |
| | * | |
| Debtor. | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Bradley J. Swallow and the firm of Funk & Bolton, P.A. hereby enter their appearance in the above-captioned case as counsel to Manufacturers and Traders Trust Company, a/k/a M&T Bank and request, pursuant to Bankruptcy Rules 2002(g) and 9010, that the Clerk of this Court enter the following name and address on the general matrix for this case, <u>and on all special or limited matrices</u>, and that copies of all notices and pleadings, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and orders in this case be sent to the undersigned at the following address:

> Bradley J. Swallow, Esquire
> FUNK & BOLTON, P.A.
> 100 Light Street, Suite 1400
> Baltimore, Maryland 21202
> 410.659.8320 (telephone)
> 410.659.7773 (facsimile)
> bswallow@fblaw.com

Dated: February 13, 2025

> /s/ Bradley J. Swallow
> Bradley J. Swallow, Bar No. 11250
> FUNK & BOLTON, P.A.
> 100 Light Street, Suite 1400
> Baltimore, Maryland 21202
> 410.659.8320 (telephone)
> 410.659.7773 (facsimile)
> bswallow@fblaw.com
>
> Counsel for Manufacturers and Traders
> Trust Company, a/k/a M&T Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February 2025, a copy of the foregoing

Entry of Appearance and Request for Notices was served via CM/ECF electronic mail delivery

to:

Daniel A. Staeven, Esquire
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
Emails: daniel.staeven@frosttaxlaw.com; 21029@notices.nextchapterbk.com;
23296@notices.nextchapterbk.com; margaret.johnson@frosttaxlaw.com;
uriel.stern@frosttaxlaw.com; amy.mckay@frosttaxlaw.com

*Counsel for the Debtor*

Monique D. Almy, Esquire
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, D.C. 20004
Email: malmy@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com; Monique-
almy-7127@ecf.pacerpro.com

*Trustee*

Katherine A. Levin, U.S. Trustee
Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201
Email: Katherine.A.Levin@usdoj.gov; amy.busch@usdoj.com

/s/ Bradley J. Swallow
Bradley J. Swallow

13036.332:238771

2