Entered: February 19th, 2025
Signed: February 19th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–10845 – DER**     Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by the debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 3, 2025, is hereby DISSOLVED.

cc:   Debtor
Attorney for Debtor – Daniel Alan Staeven
Case Trustee – Monique Desiree Almy
U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – EricaCumberland