**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **CASE NO. 25-10845** |
| **Debtor.** | **CHAPTER 11, SUBCHAPTER V** |

**DEBTOR'S APPLICATION FOR AN ORDER**
**UNDER 11 U.S.C. §327(a) AND FED. R. BANKR. P. 2014**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**NAN GALLAGHER & THE NAN GALLAGHER LAW GROUP AS SPECIAL**
**CORPORATE COUNSEL TO THE DEBTOR**

Mid-Atlantic Rheumatology, LLC, (the "Debtor in Possession") in the above-captioned case, hereby applies to the Court for entry of an order authorizing the Debtor to retain and employ Nan Gallagher and The Nan Gallagher Law Group (collectively, hereinafter "Nan Gallagher"), as their Special Corporate counsel, pursuant to Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"). 11 U.S.C. § 327(a). In support of its application, the Debtor respectfully represents as follows:

**BACKGROUND**

1.      On January 31, 2025 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code.

**JURISDICTION AND VENUE**

2.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

1

**BASIS FOR RELIEF**

3. The statutory basis for the relief requested herein are 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. Prior to the filing of this Bankruptcy, the Debtor in Possession employed Nan Gallagher under a monthly general retainer in the amount of $2,000.00 for services to the medical practice.

5. By this Application, the Debtor seeks authority to employ Nan Gallagher as its special corporate counsel to continue with their representation of the Debtor in general medical practice matters.

6. The Debtor believes that Nan Gallagher and her team of attorneys are well qualified to be special corporate counsel, having experience significant experience representing medical practices, and are capable of rendering services required.

7. As set forth in the affidavit of Nan Gallagher, attached hereto and made part of Nan Gallagher presents no interest adverse to the estate regarding the matters upon which it is to be engaged and is disinterested as such terms is defined in section 101(14) of the Bankruptcy Code. Nan Gallagher will not, while retained in this case, represent any other party in interest in connection with this case.

8. The retention of Nan Gallagher is in the best interest of the Debtor, creditors, and the estate that the continued representation, through the services of Nan Gallagher, would be for the benefit of the Debtor, the creditors and the estate.

9. In connection with the representation of the Debtor, the Debtor pays a monthly retainer of $2,000.00 for the services of Nan Gallagher.

10.     Nan Gallagher will seek compensation based on a retainer agreement and expenses incurred upon appropriate to the Court pursuant to sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rules.

11.     Daniel A. Staeven shall remain counsel of record in the underlying Chapter 11, Subchapter V Bankruptcy.

**WHEREFORE,** for these reasons, the Debtor respectfully request that he be authorized to retain and employ Nan Gallagher and The Nan Gallagher Law Group as special corporate counsel to continue its representation of the Debtor, and that they be granted such other and further relief as the Court deems proper.


Date: February 19, 2025                              Respectfully submitted,


By:     /s/ Erinn Maury, MD
         Name: Erinn Maury, MD

3