**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **CASE NO. 25-10845** |
| **Debtor.** | **CHAPTER 11, SUBCHAPTER V** |

**DECLARATION OF NAN GALLAGHER IN SUPPORT OF**
**THE DEBTOR'S APPLICATION TO EMPLOY**
**NAN GALLAGHER AND THE NAN GALLAGHER LAW GROUP**
**AS SPECIAL CORPORATE COUNSEL**

I, Nan Gallagher, state:

1. I am the managing member in the The Nan Gallagher Law Group ("Nan Gallagher"), which maintains offices for the practice of law at 52 Elm Street, Suite 1, Morristown, New Jersey, 07960. I am admitted to practice law before the Bars of the District of Columbia, the State of New Jersey and the State of New York.

2. Mid-Atlantic Rheumatology, LLC (the "Debtor") filed for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code on January 31, 2025 (the "Petition Date"). It is my understanding that the Debtor is submitting an application (the "Application") for authority to employ Nan Gallagher as special corporate counsel in this proceeding. I make this declaration in support of the Application pursuant to Sections 327 and 329 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002.

3. I submit this Affidavit in support of the Application for entry of an Order authorizing Nan Gallagher to act as special corporate counsel for the Debtor under a monthly

1

retainer for matters related to the medical practice. The representation is and will be ongoing throughout the bankruptcy case.

4. Nan Gallagher is a boutique health law firm engaged primarily in representations of medical practices and medical practitioners.

5. The Debtor desires to employ Nan Gallager as special corporate counsel to represent the Debtor's medical practice.

6. In connection with its representation of the Debtor, the Debtor will pay a monthly retainer of $2,000.00.

7. Nan Gallagher will seek compensation based on a monthly retainer and expenses incurred subject to Court approval.

8. I do not represent any adverse, materially or otherwise, interest to the interests of the Debtor's estate, and there is no conflict of interest in this matter.

9. Based on the foregoing, it is my belief that I do not have any connections, as contemplated within the Federal Rules of Bankruptcy Procedure 2014(a), with the Debtor, with the Co-Debtor, or any of the Debtor's creditors, nor with any party in interest, their respective attorneys or accountants, or the United States Trustee, except as are otherwise specifically described in this Affidavit.

10. I believe that my law firm and I are eligible for employment and retention by the debtor pursuant to Section 327(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014.

11. If I discover any other connections with any party in interest in this case, I will file a supplemental disclosure with the Court.

2

3

12.     Nan Gallagher has not shared, nor agreed to share, the compensation to be paid by the Debtor with any other person or entity not associated with the firm. If Nan Gallagher determines that it is in the best interest of the Debtor to associate with Co-Counsel, Nan Gallagher will request that the Debtor file a separate Application of Employment of that Co-Counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Nan Gallagher
Nan Gallagher

Date:   February 19, 2025