# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **CASE NO. 25-10845** |
| **Debtor.** | **CHAPTER 11, SUBCHAPTER V** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 19 February 2025, the foregoing Debtor's Application For An Order Under 11 U.S.C. §327(A) And Fed. R. Bankr. P. 2014, Authorizing The Retention And Employment Of Nan Gallagher and The Nan Gallagher Law Group As Special Corporate Counsel, Declaration and Proposed Order were sent electronically via the Court's CM/ECF to parties listed below and mailed, first class mail, postage prepaid to all creditors on the attached court's mailing matrix.

25-10845 Notice will be electronically mailed to:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katherine A. (UST) Levin Katherine.A.Levin@usdoj.gov,
amy.busch@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
23296@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
uriel.stern@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Date:   February 19, 2025                    Respectfully Submitted,


*/s/ Daniel A. Staeven, Esq.*
Daniel A. Staeven, Esq.
(Bar No. 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401
410-497-5947
Daniel.Staeven@frosttaxlaw.com

*Attorney for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-10845<br>District of Maryland<br>Baltimore<br>Tue Feb  4 10:40:04 EST 2025 | Mid-Atlantic Rheumatology, LLC<br>231 Najoles Road<br>Millersville, MD 21108-2649 | ADS Specialty Healthcare LLC<br>d/b/a Besse Medical<br>345 International Blvd 400A<br>Brooks, KY 40109-5291 |
| Cardinal Health 108, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017-1091 | Jeffrey K. Garfinkle<br>18400 Von Karman Avenue 800<br>Irvine, CA 92612-0514 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| McKesson Medical-Surgical Inc.<br>9954 Maryland Drive 4000<br>Henrico, VA 23233 | OI Infusion Services, LLC<br>Rebecca Greenbaum<br>1111B S. Governors Avenue 3887<br>Dover, DE 19904-6903 | OI Infusion Services, LLC<br>Rebecca Greenbaum<br>1111b S Governors Ave # 3887<br>Dover, DE 19904-6903 |
| Quarterfield 100, LP<br>2410 Evergreen Road 104<br>Gambrills, MD 21054-1979 | St. Johns Properties<br>2560 Lord Baltimore Dr.<br>Windsor Mill, MD 21244-2677 | U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 |
| US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | Daniel Alan Staeven<br>Frost & Associates, LLC<br>839 Bestgate Road<br>Suite 400<br>Annapolis, MD 21401-3474 | Monique Desiree Almy<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W., 10th Fl<br>Washington, DC 20004-2595 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M & T BANK<br>1 FOUNTAIN PLZ FL 4<br>BUFFALO, NY 14203 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |