**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | **CASE NO. 25-10845** |
| **Debtor.** | **CHAPTER 11, SUBCHAPTER V** |

**ORDER PURSUANT TO SECTION 327(a)
OF THE BANKRUPTCY CODE FOR RETENTION OF
NAN GALLAGHER AND THE NAN GALLAGHER LAW GROUP AS
<u>SPECIAL CORPORATE COUNSEL TO THE DEBTOR</u>**

**UPON CONSIDERATION**, of the Debtor's Application to Employ Nan Gallagher and the Nan Gallagher Law Group (collectively "Nan Gallagher") as special corporate counsel to the Debtor, and based upon the Declaration of Nan Gallagher, in support of (the "Gallagher Declaration"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and the Court being satisfied based on the representations made in the Application and in the Declaration that said attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are disinterested

persons as that term is defined under § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtor, its creditors and other parties-in- interest; and after due deliberation, it is by the United States Bankruptcy Court for the District of Maryland;

**ORDERED**, that the Application is **GRANTED**, and it further

**ORDERED**, in accordance with § 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is authorized and empowered to retain and employ Nan Gallagher as special corporate counsel to the Debtor, and Nan Gallagher is authorized to provide any necessary and appropriate services related thereto as may be required by the Debtor; and it is further

**ORDERED,** Nan Gallagher shall seek compensation and reimbursement of expenses upon proper applications for allowance of interim and final compensation in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the rules and orders of this Court that the Debtor is authorized to employ Nan Gallagher to act as counsel to the Debtor.

cc:

Nan Gallagher, Esq. Special Corporate Counsel
Debtor Counsel
United States Trustee
Subchapter V Trustee
All Creditors

**END OF ORDER**