Entered: February 20th, 2025
Signed: February 20th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

                                                          **Case No. 25-10845-DER**
                                                          **Chapter 11, Subchapter V**

        Debtor.

## ORDER APPROVING
## RETENTION OF DANIEL A. STAEVEN AND FROST &
## ASSOCIATES LLC AS COUNSEL TO THE DEBTOR

Upon consideration of the Debtor's Application to Employ Daniel A. Staeven and Frost & Associates LLC ("Frost") as counsel to the Debtor (the "Application"), and based upon the Declaration of Daniel A. Staeven, a Frost Director, in support thereof; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and the Court being satisfied based on the representations made in the Application and in the Staeven Declaration that said attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under

§ 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtor, its creditors and other parties-in-interest; and after due deliberation, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is granted; and it is further,

**ORDERED**, in in accordance with § 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is authorized and empowered to retain and employ Frost as bankruptcy counsel to the Debtor, and Frost is authorized to provide any necessary and appropriate services related thereto as may be required by the Debtor; and it is further,

**ORDERED**, Frost shall seek compensation and reimbursement of expenses upon proper applications for allowance of interim and final compensation in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and orders of this Court; and it is further,

**ORDERED**, that to the extent Frost's rates change, Frost shall provide ten (10) days' notice to the Court, the United States Trustee, and all creditors and parties-in-interest.

Copies to:

Daniel A. Staeven, Esquire
United States Trustee
Chapter 11 Subchapter V Trustee

**END OF ORDER**