**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

In re:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

        **Debtor.**

**Case No. 25-10845-DER**

**(Chapter 11, Subchapter V)**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Katie Lane Chaverri and the firm of Tayman Lane Chaverri LLP hereby enter their appearance in the above-captioned case as counsel on behalf of **OI Infusion Services, LLC**, and request, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that the Clerk of this Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and that copies of all correspondence, pleadings, notices and orders, whether given pursuant to Bankruptcy Rule 2002 or otherwise be sent to the undersigned at the following address:

> Katie Lane Chaverri, Esq.
> Tayman Lane Chaverri LLP
> 2001 L Street, NW, Suite 500
> Washington, DC 20036
> Telephone:  (202) 695-8146
> Facsimile:  (202) 478-2781
> Email:  kchaverri@tlclawfirm.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non- core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury

1

in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: February 20, 2025

Respectfully Submitted,

*/s/ Katie Lane Chaverri*
Katie Lane Chaverri (Bar No. 17074)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 695-8146
Facsimile: (202) 478-2781
Email:  kchaverri@tlclawfirm.com

*Counsel for OI Infusion Services, LLC*

## CERTIFICATE OF SERVICE

I, Katie Lane Chaverri, hereby certify that on February 20, 2025, a copy of the foregoing Notice of Appearance was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the District of Maryland, including:

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Emails: daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com;
21029@notices.nextchapterbk.com; 23296@notices.nextchapterbk.com;
margaret.johnson@frosttaxlaw.com; uriel.stern@frosttaxlaw.com;
amy.mckay@frosttaxlaw.com;
*Counsel for the Debtor*

Monique D.Almy
Crowell & Moring
1001 Pennsylvania Avenue, NW 10th Floor
Washington, DC 20004
Emails:  malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;
moniquealmy7127@ecf.pacerpro.com
*Subchapter V Trustee*

Hugh M. Bernstein
Katherine A. Levin
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Email: USTPRegion04.BA.ECF@USDOJ.GOV;  Katherine.A.Levin@usdoj.gov,
amy.busch@usdoj.gov; hugh.m.bernstein@usdoj.gov
*US Trustee and Counsel for US Trustee*

Bradley J. Swallow
Email: bswallow@fblaw.com, bswallow@fblaw.com
*Counsel for M&T Bank*


                                                    */s/ Katie Lane Chaverri*
                                                    Katie Lane Chaverri

3