**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

**In re:**

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

      **Debtor.**

**Case Number:  25-10845-DER**

**(Chapter 11, Subchapter V)**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Katie Lane Chaverri, Esquire, a member in good standing of the bar of this Court, moves the admission of William E. Schonberg, Esq. to appear *pro hac vice* in the above- captioned bankruptcy case as attorney for OI Infusion Services, LLC.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| Ohio, 11/02/1979 | Northern District of Ohio, 11/16/1979 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court -0- times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.
5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)
6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understand that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.


*/s/ Katie Lane Chaverri*

Katie Lane Chaverri, Esq.
MD. U.S. District Court No.: 17074:
Tayman Lane Chaverri LLP
2001 L Street, Suite 500
Washington, DC 20036
Telephone: (202) 695-8146
Email: kchaverri@tlclawfirm.com

*Movant*

*/s/ William E. Schonberg*

William E. Schonberg, Esq.
BENESCH FRIEDLANDER
COPLAN & ARONOFF, LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-4634
Email: wschonberg@beneschlaw.com

*Proposed Admittee*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of February, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *Motion for Admission Pro Hac Vice* will be served electronically by the Court's CM/ECF system on the following:

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Emails: daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com;
21029@notices.nextchapterbk.com; 23296@notices.nextchapterbk.com;
margaret.johnson@frosttaxlaw.com; uriel.stern@frosttaxlaw.com; amy.mckay@frosttaxlaw.com;
*Counsel for the Debtor*

Monique D.Almy
Crowell & Moring
1001 Pennsylvania Avenue, NW 10th Floor
Washington, DC 20004
Emails:  malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;
moniquealmy7127@ecf.pacerpro.com
*Subchapter V Trustee*

Hugh M. Bernstein
Katherine A. Levin
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Email: USTPRegion04.BA.ECF@USDOJ.GOV;  Katherine.A.Levin@usdoj.gov,
amy.busch@usdoj.gov; hugh.m.bernstein@usdoj.gov
*US Trustee and Counsel for US Trustee*

Bradley J. Swallow
Email: bswallow@fblaw.com, bswallow@fblaw.com
*Counsel for M&T Bank*

*/s/ Katie Lane Chaverri*
Katie Lane Chaverri