**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **In re:** | |
| **MID-ATLANTIC RHEUMATOLOGY, LLC,** | **Case Number: 25-10845** |
| | **Chapter 11, Subchapter V** |
| **Debtor.** | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit William E. Schonberg ("Pro Hac Counsel") as attorney for Mid-Atlantic Rheumatology, LLC, and the certified statements in support thereof, and upon the recommendation of Katie Lane Chaverri, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use his own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

cc:    Debtor
       Debtor's Attorney
       Movant
       Pro Hac Counsel
       Trustee
       U.S. Trustee

**END OF ORDER**