Entered: February 21st, 2025
Signed: February 21st, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10845 − DER**   Chapter: **11**

**Mid−Atlantic Rheumatology, LLC**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit William E. Schonberg, Esq. as counsel for OI Infusion Services, LLC., and the certified statements in support thereof, and upon the recommendation of Katie Lane Chaverri, Esquire, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that William E. Schonberg, Esq. must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.


cc:   Debtor
       Attorney for Debtor – Daniel Alan Staeven
       Movant – William E. Schonberg, Esq.
       Local Counsel – Katie Lane Chaverri, Esq.
       Case Trustee – Monique Desiree Almy
       U.S. Trustee

### End of Order

01x01 (rev. 03/12/2024) – ChanelPaige