# THE
# NAN GALLAGHER
## L A W   G R O U P

ADVOCACY AND EMPOWERMENT FOR HEALTHCARE PROFESSIONALS

January 24, 2025

OI Infusion Services, LLC
Attention: Mr. Joseph Brunink, C.E.O.
1111B S Governors Ave.
Suite 3887
Dover, DE 19904



**EXHIBIT**

_A_

tabbies®

**Re:     Notice of Termination for Cause**

Dear OI Infusion Services, LLC:

Please allow this correspondence to confirm that this firm represents Mid-Atlantic Rheumatology.  Kindly direct all future notifications, correspondences, pleadings, electronic communications, and any other written materials to the attention of this office.

This correspondence will confirm that Mid-Atlantic Rheumatology is terminating is contract with OI Infusion Services, LLC, effective immediately and for cause pursuant to Article 5, §5.3 of the Administrative Services Agreement (the "Agreement").  This termination notice is being sent directly to the C.E.O. of your company as the Agreement does not list an official office address for notices to be sent.  If you object to the location of service, please do so by end of business on the day of receipt of this correspondence so that modified service can be perfected if we agree with your position.

OI Infusion Services, LLC has materially breached its duties and obligations under the Agreement since the inception of the business relationship.  Mid-Atlantic Rheumatology has communicated these shortcomings to your company on multiple occasions in the spirit of improving the substance, quality, and efficiency of the goods and services provided by your company with no improvement and only excuses provided in return.  The goal of these efforts was to provide your company with an opportunity to cure notable problems with recurrent financial discrepancies, documentation deficiencies, inexplicable unit price increases, staffing issues, and invoicing / billing errors.  Empty assurances for improved execution of responsibilities by OI Infusion Services, LLC have fallen flat, and Mid-Atlantic Rheumatology can no longer sustain such a frustrating and disappointing relationship with your company.

Please be guided accordingly.  We will take immediate steps to wind down affairs.

Regards,

Nan Gallagher, JD, Esq.
General Counsel, Mid-Atlantic Rheumatology

cc: Mid-Atlantic Rheumatology



THE NGLG
DocAdvocates.com

**Nan Gallagher Esq.,** *Managing Member*
*Bar Admissions | NJ, NY, DC*
52 Elm Street, Suite 1
Morristown, NJ 07960

Tel. 973.998.8494
Fax. 973.327.7752
Cell. 973.229.7876
Nan@DocAdvocates.com



Dana J. Molt
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.212.4935
Fax: 312.767.9192
dmolt@beneschlaw.com

January 27, 2025

Ms. Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1
Morristown, NJ 07960



Re:    Notice of Termination for Cause

Dear Ms. Gallagher:

Please be advised that our firm, Benesch, Friedlander, Coplan & Aronoff LLP, has been engaged by OI Infusion Services, LLC ("OI") to represent it regarding the termination of contract with Mid-Atlantic Rheumatology ("MAR") and outstanding balance MAR owes OI for services OI provided. All future correspondence and communication regarding this matter should be directed solely to our office.

We are in receipt of your letter dated January 24, 2025. As you are aware, OI and MAR entered into a contract for OI to provide certain administrative and business support services to MAR. The terms of the agreement were set forth in the Administrative Services Agreement (the "Services Agreement"), included here as **Attachment A.** In compliance with § 8.1 of the Services Agreement and per the instruction in your letter to direct all future notifications and other correspondences to your office, this letter is also being sent via certified mail to you at the office address you provided.

Your letter includes assertions that OI has materially breached its duties and obligations under the Services Agreement, that MAR has communicated these breaches to OI, and that MAR is now terminating the Services Agreement under § 5.3 of the Services Agreement. However, aside from the assertion that OI "has materially breached its duties and obligations under the Agreement since the inception of the business relationship[,]" your letter fails to explain how OI allegedly breached the Services Agreement.

The claims in your letter are erroneous, fail to address MAR's refusal to pay OI the outstanding balance it owes to OI, and ultimately do not entitle MAR to terminate the Services Agreement pursuant to § 5.3. MAR's refusal to pay OI its outstanding balance—a balance which MAR has run up to a staggering total of over $1.2M in unpaid invoices through December 2024 (a figure which does not include the value of unreimbursed medication purchased by OI in January 2025, and is thus likely to be nearer $1.6M upon final accounting)—is the real issue here and is a clear, egregious breach of the Services Agreement.

Ms. Nan Gallagher
January 27, 2025
Page 2

Further, the Services Agreement is clear that termination under § 5.3 requires written notice to be delivered by the Party claiming breach to the breaching Party, at which time the breaching Party is entitled to a 30-day cure period. Under § 8.1 of the Services Agreement, all notices "shall be in writing and shall be deemed to have been duly given if delivered personally, sent by overnight delivery service such as FedEx, or mailed by registered or certified mail return receipt requested with first class postage prepaid to the address set forth on the signature page or such other address as the Parties may request by notice provided pursuant to this Section. A notice sent as provided herein shall be deemed to have been received on the day given if personally delivered or, if mailed, on the fifth business day following the date on which such notice was mailed."

Per this provision, email or phone communications are not sufficient forms of notice under the Services Agreement. Prior to your January 24, 2025, letter, your client provided no notice of breach and termination that complied with § 8.1. As such, your client is not entitled to termination of the Services Agreement unless OI fails to cure any breach by February 27, 2025.

That said, if MAR is willing to return the complete inventory of uninfused medication and equipment purchased by OI and stored at the infusion site by January 28, 2025, and restore OI's access to all payor portals by that same date, then we can consider the Services Agreement terminated upon the fulfillment of these conditions.

That said, even if MAR complies with this request, OI continues to assert that your client breached the agreement in myriad ways and will institute a lawsuit to collect the growing outstanding balance MAR owes OI unless an agreeable settlement can be reached by February 15, 2025. To discuss a settlement, please call us at the numbers listed at the end of this letter.

Pursuant to §§ 8.1 and 5.3, this letter hereby notifies MAR, through its counsel, of MAR's material breach of the Services Agreement and OI's intention to terminate the Services Agreement if MAR fails to cure.

MAR has committed multiple material breaches of the Services Agreement:

- Under § 2.1.10 of the Services Agreement, MAR must be timely in approving invoices and making payment as set forth in Appendix B, which specifies that MAR must pay all fees payable pursuant to the Services Agreement within ten (10) days of MAR's receipt of a monthly invoice from OI. Your client has failed to make timely payments under the Services Agreement and Appendix B. As of January 24, 2025, the total outstanding balance due to OI exceeds $1.2M. As of January 24, 2025, your client has $508,635.35 worth of invoices in Beanworks pending MAR's approval based on collections to date from infusion operations since 10/14/24 and several hundred-thousand dollars of invoices that are past due from the inventory that was purchased in advance of the partnership that need to be paid via wire. Your client has also announced their intent to continue breaching their contractual obligation to make payment. *See* January 23, 2025, email from Brian Liebknecht to Joseph Brunink, included hereto as **Attachment B**. Your client's repeated refusal to make timely payment, or payment at all, is a material breach of the Services Agreement.

Ms. Nan Gallagher
January 27, 2025
Page 3

- Under § 2.1.6 of the Services Agreement, MAR must provide OI Infusion with access to clearinghouse and payor portals necessary to receive electronic remittance advices and verification of payment. On January 24, 2025, your client terminated OI's access to at least some payor portals (including the payor portal for United Healthcare), which prevents OI from appropriately processing patients through intake. MAR's termination of OI's access to payor portals is a material breach of the Services Agreement.

- Additionally, OI has learned that your client breached § 7.4.1 of the Services Agreement by soliciting OI's employee Brooke Gibbs for employment. This is a material breach of the Services Agreement and OI will, if necessary, enforce its rights as contemplated in § 7.5 of the Services Agreement to prevent MAR from carrying out this attempted employment.

OI has tried to resolve this matter amicably and has provided MAR with ample opportunity to pay the outstanding balance it owes. So far, MAR has refused to make proper payment (thereby violating the terms of the Services Agreement to which it is legally bound), and, instead, has further breached the terms of the Services Agreement by terminating OI's access to payor portals.

At this juncture, MAR has left OI with no choice but to pursue its legal remedies. MAR must either make full payment of its outstanding balance by February 15, 2025, or the contract will be terminated and OI will be forced to take appropriate legal action. We hope that legal action is unnecessary, and that this matter can be resolved quickly.

If you have any questions, please contact us at dmolt@beneschlaw.com or (312) 212-4935, or at cgrohman@beneschlaw.com or (312) 212-4943. We hope to hear from you soon so that we can discuss and resolve this matter.

Sincerely,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

*/s/ Dana J. Molt*
*/s/ Christopher T. Grohman*

Dana J. Molt
Christopher T. Grohman

cc:     OI Infusion Services, LLC

**Invoice Report**

Report Created : 02/14/2025, 2:24:19 PM Eastern Standard Time

## Invoice Summary

| # | Status | Organization Unit | Invoice Number | Date | Vendor | G/L Account | Due Date | Owner | Description | Currency ISO Code | Total |
|---|--------|-------------------|----------------|------|--------|-------------|----------|-------|-------------|-------------------|-------|
| 1 | EX | NS - OI Infusion | INV31501365 | 01/31/2025 | Right Way Medical LLC:OI Infusion Consolidation-USD | 54220: Clinical Equipment | 03/02/2025 | Heather Loney | | USD | $466.40 |
| | | | | | | | | | | **Total: (USD)** | **$466.40** |



EXHIBIT

C

1 / 2

**Invoice Report**

| | |
|---|---|
| **Vendor** | Right Way Medical LLC:OI Infusion Consolidation-USD |
| **Invoice Number** | INV31501365 |
| **AP Account** | 20010: Accounts Payable - Other |
| **Class** | MARHEUM |
| **Currency** | USD |
| **Inventory Location** | Corporate |
| **Subsidiary** | OI Infusion LLC |
| **Invoice Date** | 01/31/2025 |
| **Due Date** | 03/02/2025 |
| **Description** | |



**Right Way** MEDICAL

835 Green Crest Dr.
Westerville OH 43081

# Rental Invoice
#INV31501365
1/31/2025

**TOTAL**

## $466.40
Due Date: 3/2/2025

**Bill To**
OI Infusion
1111B S Governors Ave
STE 3887
Dover DE 19904
United States

**Ship To**
Mid Atlantic Rheumatology
231 Najoles Rd
Suite 160
Millersville MD 21108
United States

| Terms | Due Date | PO # | Sales Rep | Shipping Method |
|---|---|---|---|---|
| Net 30 | 3/2/2025 | | MattBurns | FedEx Ground® |

| Item | Serial Number | Pump Type | Rental Start | Rental Stop | Rental Fee |
|---|---|---|---|---|---|
| Rental Billing | 618920 | Z-800F | 8/15/2024 | | $55.00 |
| Rental Billing | 622512 | Z-800F | 8/15/2024 | | $55.00 |
| Rental Billing | 628923 | Z-800F | 9/24/2024 | | $55.00 |
| Rental Billing | 628924 | Z-800F | 9/24/2024 | | $55.00 |
| Rental Billing | 630226 | Z-800F | 9/24/2024 | | $55.00 |
| Rental Billing | 630413 | Z-800F | 9/24/2024 | | $55.00 |
| Rental Billing | 631170 | Z-800F | 9/24/2024 | | $55.00 |
| Rental Billing | 634712 | Z-800F | 9/24/2024 | | $55.00 |

| | |
|---|---|
| **Subtotal** | $440.00 |
| **Tax Total (%)** | $26.40 |
| **Total** | $466.40 |
| **Payments Applied** | $0.00 |
| **Amount Due** | $466.40 |

835 Green Crest Dr. Westerville OH, 43081



INV31501365

1 of 1

| # | Organization Unit | Class | G/L Account | Inventory Location | Description | Subtotal | Total |
|---|---|---|---|---|---|---|---|
| 1 | NS - OI Infusion | MARHEUM | 54220: Clinical Equipment | Corporate | JAN-25 Pump rental | $466.40 | $466.40 |
| | | | | | **Totals: (USD)** | **$466.40** | **$466.40** |

# Approval History

| Action | Date | User | Comment |
|---|---|---|---|
| Approved | 02/12/2025 | Danea Rowe | |
| Approved | 02/12/2025 | Heather Loney | Auto-approved during submission. |
| Approved | 02/12/2025 | Danea Rowe | |
| Approved | 02/12/2025 | Heather Loney | Auto-approved during submission. |

2 / 2