United States Bankruptcy Court

District of Maryland

In re:

Mid-Atlantic Rheumatology, LLC

    Debtor

Case No. 25-10845-DER

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 20 2025 19:28:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025    Signature:    <u>/s/Gustava Winters</u>

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 20, 2025                       Form ID: pdfparty                               Total Noticed: 1

Monique Desiree Almy
                     malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

US Trustee - Baltimore
                     USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 6

Entered: February 20th, 2025
Signed: February 20th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

**Case No. 25-10845-DER**
**Chapter 11, Subchapter V**

Debtor.

## ORDER APPROVING
## RETENTION OF DANIEL A. STAEVEN AND FROST & ASSOCIATES LLC AS COUNSEL TO THE DEBTOR

Upon consideration of the Debtor's Application to Employ Daniel A. Staeven and Frost & Associates LLC ("Frost") as counsel to the Debtor (the "Application"), and based upon the Declaration of Daniel A. Staeven, a Frost Director, in support thereof; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and the Court being satisfied based on the representations made in the Application and in the Staeven Declaration that said attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under

§ 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtor, its creditors and other parties-in-interest; and after due deliberation, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application is granted; and it is further,

ORDERED, in in accordance with § 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is authorized and empowered to retain and employ Frost as bankruptcy counsel to the Debtor, and Frost is authorized to provide any necessary and appropriate services related thereto as may be required by the Debtor; and it is further,

ORDERED, Frost shall seek compensation and reimbursement of expenses upon proper applications for allowance of interim and final compensation in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and orders of this Court; and it is further,

ORDERED, that to the extent Frost's rates change, Frost shall provide ten (10) days' notice to the Court, the United States Trustee, and all creditors and parties-in-interest.

Copies to:

Daniel A. Staeven, Esquire
United States Trustee
Chapter 11 Subchapter V Trustee

**END OF ORDER**