## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## NOTICE

In person hearing – Courtroom 9–D – Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 4/1/25 at 10:00 AM to consider and act upon the following:

8 – Motion to Reject Leases or Executory Contracts of OI Infusion Services, LLC Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Contract # 2 Notice of Motion # 3 Proposed Order) (Staeven, Daniel)

67 – Response on behalf of OI Infusion Services, LLC Filed by Katie Lane Chaverri (related document(s)8 Motion to Assume/Reject Leases or Executory Contracts filed by Debtor Mid–Atlantic Rheumatology, LLC). (Attachments: # 1 Exhibit Exhibits A, B & C) (Chaverri, Katie)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/24/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)