## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of February 2025, this Motion was served via CM/ECF to the parties listed below and to all creditors on the attached court's mailing matrix.

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Katherine A. (UST) Levin Katherine.A.Levin@usdoj.gov,
amy.busch@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
23296@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
uriel.stern@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Daniel A. Staeven
Daniel. A. Staeven

Label Matrix for local noticing
0416-1
Case 25-10845
District of Maryland
Baltimore
Tue Feb 25 15:35:34 EST 2025

Manufacturers and Traders Trust Company, a/k
c/o Bradley J. Swallow, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
c/o Bradley J. Swallow, Esquire
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

OI Infusion Services, LLC
Rebecca Greenbaum
1111b S Governors Ave # 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401-3474

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T BANK
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OI Infusion Services, LLC

(d)US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

End of Label Matrix
Mailable recipients    16
Bypassed recipients     2
Total                  18

Additional Creditor to Matrix

**William E. Schonberg, Esq.**
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square
Suite 4900
Cleveland, OH 44114