**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

    **Case No. 25-10845-DER**
    **Chapter 11, Subchapter V**

    **Debtor**

## LINE- ADDRESS OF ACCOUNTANT

Mid-Atlantic Rheumatology, LLC., the Debtor, by and through its attorney, Daniel A. Staeven, hereby files this Line for the address of Marc Asher ("Mr. Asher") pursuant to 11 U.S.C §§ 327, 328, and 1107, and Rule 2017 of the Federal Rules of Bankruptcy Procedure and respectfully represent that:

1.    Mr. Asher's contact information is:

> Asher & Associates, LLC
> 9515 Deereco Road, Suite 710
> Timonium, Maryland 21093
> Tel: 410-453-5500
> Email: marc@asherassoc.com

**WHEREFORE**, Mid-Atlantic Rheumatology, LLC requests that an order to employ Marc Asher as the accountant to the Debtor, and for such other and further relief as is just and equitable.

1

2

Date:   February 26, 2025                    Respectfully Submitted,


                                             */s/ Daniel A. Staeven, Esq.*
                                             Daniel A. Staeven, Esq.
                                             (Bar No. 27662)
                                             FROST LAW
                                             839 Bestgate Road, Suite 400
                                             Annapolis, MD 21401
                                             410-497-5947
                                             Daniel.Staeven@frosttaxlaw.com

                                             *Attorney for Debtor,*
                                             *Mid-Atlantic Rheumatology, LLC*

2