Entered: February 26th, 2025
Signed: February 26th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

          **Debtor.**

**Case No. 25-10845-DER**
**Chapter 11, Subchapter V**

### ORDER AUTHORIZING EMPLOYMENT OF
### MARC ASHER AS
### ACCOUNTANT FOR THE DEBTOR-IN-POSSESSION

Upon foregoing Application of Mid-Atlantic Rheumatology, LLC (the "Debtor") requesting authority to employ Marc Asher as Accountant for the Debtor, no opposition having been timely filed, and it appearing that Marc Asher is a disinterested person based upon his Affidavit filed with the Application, it is therefore by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the application of the Debtor to employ Marc Asher as accountant for the Debtor for the purpose described in the Debtor's application is GRANTED; and it is further,

**ORDERED,** that prior to receiving any compensation, Marc Asher shall file an application for approval of compensation which shall conform and comply with the requirements of § 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and

the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the District of Maryland (including a detailed list of hours spent and expenses incurred); and it is further,

**ORDERED**, that the payment of the fees and expenses relating to the representation approved by this Order shall be judged in accordance with the standards of §328 (a) of the Bankruptcy Code.

cc:

Daniel A. Staeven, Esq
Katherine Levin, United States Trustee
Monique Almy, Subchapter V Trustee
Case Creditors

**END OF ORDER**