**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.: 25-10845-DER |
| MID-ATLANTIC RHEUMATOLOGY. , LLC | * | Chapter 11 (Subchapter V) |
| Debtor | * | |

**LINE**

Dear Clerk:

Please withdraw the Motion for Determination that Appointment of Patient Care Ombudsman is Not Necessary at Docket 72 filed on behalf of the Debtor.

Respectfully Submitted

*/s/Daniel A. Staeven, Esq.*
Daniel A. Staeven, Esq., (27662)
FROST LAW
839 Bestgate Road, Ste. 400
Annapolis, Maryland 21401
(410) 497-5947
daniel.staeven@frosttaxlaw.com