Entered: February 27th, 2025
Signed: February 27th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **Case No.: 25-10845-DER** |
| **MID-ATLANTIC RHEUMATOLOGY** | * | |
| **LLC** | * | **Chapter 11 (Subchapter V)** |
| Debtor | * | |

### ORDER ON DEBTOR'S MOTION FOR DETERMINATION THAT
### APPOINTMENT OF PATIENT CARE OMBUDSMAN IS NOT NECESSARY

Upon consideration of the Motion for Determination that Appointment of Patient Care Ombudsman Is Not Necessary (the "Motion"), the Court having reviewed the Motion, no objections having been filed or otherwise raised, and having held a hearing on notice on February 26, 2025, which hearing was attended by the Debtor with counsel, the Subchapter V Trustee and a representative of the U.S. Trustee; no other creditors or parties in interest appeared at the hearing, the Debtor having proffered testimony in support of the Motion, the Court accepting the proffer with no opposition noted at the hearing and good cause having been found, it is, by the United States Bankruptcy Court for the District of Maryland;

**ORDERED**, that a patient care ombudsman is not appointed to serve in this case at this time.

SEEN AND AGREED:

/s/ Daniel A. Staeven
Daniel A. Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

Counsel for Debtor

/s/ Monique Almy
Monique Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Subchapter V Trustee


REVIEWED WITHOUT OBJECTION

/s/ Katherine Levin
Katherine Levin
Office of the US Trustee
101 W Lombard St # 2625,
Baltimore, MD 21201

Attorney for the US Trustee


**I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original order, and the signatures represented by the ___/s/___ on this copy reference the signatures of consenting parties to the original consent order.


/s/ Daniel A. Staeven
Daniel A. Staeven


CC:   Debtor's Counsel
       Sub V Trustee
       United States Trustee
       All creditors


**END OF ORDER**