United States Bankruptcy Court

District of Maryland

In re:                                                                          Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdfall | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 26 2025 19:28:00 | Office of the U.S. Trustee, Katherine Levin, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |
| 32766825 | + Email/Text: erin.gapinski@cardinalhealth.com | Feb 26 2025 19:28:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | Email/Text: camanagement@mtb.com | Feb 26 2025 19:28:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | Email/Text: bankruptcynotices@sba.gov | Feb 26 2025 19:28:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 26 2025 19:28:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 26, 2025 | Form ID: pdfall | Total Noticed: 14

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: February 26th, 2025
Signed: February 26th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

**Case No. 25-10845-DER**
**Chapter 11, Subchapter V**

      **Debtor.**

### ORDER AUTHORIZING EMPLOYMENT OF
### MARC ASHER AS
### ACCOUNTANT FOR THE DEBTOR-IN-POSSESSION

Upon foregoing Application of Mid-Atlantic Rheumatology, LLC (the "Debtor") requesting authority to employ Marc Asher as Accountant for the Debtor, no opposition having been timely filed, and it appearing that Marc Asher is a disinterested person based upon his Affidavit filed with the Application, it is therefore by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the application of the Debtor to employ Marc Asher as accountant for the Debtor for the purpose described in the Debtor's application is GRANTED; and it is further,

**ORDERED,** that prior to receiving any compensation, Marc Asher shall file an application for approval of compensation which shall conform and comply with the requirements of § 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and

the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the District of Maryland (including a detailed list of hours spent and expenses incurred); and it is further,

**ORDERED**, that the payment of the fees and expenses relating to the representation approved by this Order shall be judged in accordance with the standards of §328 (a) of the Bankruptcy Code.

cc:

Daniel A. Staeven, Esq
Katherine Levin, United States Trustee
Monique Almy, Subchapter V Trustee
Case Creditors

**END OF ORDER**