United States Bankruptcy Court

District of Maryland

In re:                                                                                      Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                    Page 1 of 2

Date Rcvd: Feb 27, 2025                  Form ID: ntchrgb2                     Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | |

District/off: 0416-1                     User: admin                              Page 2 of 2
Date Rcvd: Feb 27, 2025                  Form ID: ntchrgb2                     Total Noticed: 4

                               Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov

Katie Lane Chaverri
                               kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Monique Desiree Almy
                               malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

US Trustee - Baltimore
                               USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a rescheduled hearing will be held on 4/21/25 at 10:00 AM to consider and act upon the following:

8 – Motion to Reject Leases or Executory Contracts of OI Infusion Services, LLC Filed by Mid–Atlantic Rheumatology, LLC. (Attachments: # 1 Exhibit Contract # 2 Notice of Motion # 3 Proposed Order) (Staeven, Daniel)

67 – Response on behalf of OI Infusion Services, LLC Filed by Katie Lane Chaverri (related document(s)8 Motion to Assume/Reject Leases or Executory Contracts filed by Debtor Mid–Atlantic Rheumatology, LLC). (Attachments: # 1 Exhibit Exhibits A, B & C) (Chaverri, Katie)

### NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/27/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)