United States Bankruptcy Court
District of Maryland

In re:                                                                         Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                 Chapter 11
  Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdfall | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 27 2025 19:26:00 | Office of the U.S. Trustee, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Feb 27 2025 19:26:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Feb 27 2025 19:26:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Feb 27 2025 19:26:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 27 2025 19:26:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0416-1                     User: admin                                    Page 2 of 2
Date Rcvd: Feb 27, 2025                  Form ID: pdfall                                 Total Noticed: 17

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: February 27th, 2025
Signed: February 27th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

**IN RE:**

**MID-ATLANTIC RHEUMATOLOGY, LLC,**      **Case No. 25-10845-DER**
         **Chapter 11, Subchapter V**

     **Debtor.**

---

**ORDER GRANTING DEBTOR'S MOTION TO REJECT LEASE**

---

**UPON CONSIDERATION** of the Debtor's Motion to Reject the Lease of Quarterfield 100, LP (the "Motion") pursuant to section 365(a) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order authorizing the Debtor to reject that certain lease described therein (the "Lease"); and due and proper notice of the Motion having been provided and no opposition having been timely filed, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Lease is an executory contract capable of being rejected under section 365 of the Bankruptcy Code; and it is further,

**ORDERED**, that the rejection of the Lease effective as of the Petition Date as set forth herein (1) constitutes an exercise of sound business judgment by the Debtor, made in good faith

and for legitimate commercial reasons; (2) is appropriate and necessary under the circumstances described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further,

**ORDERED**, that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Lease is hereby authorized and approved, effective as of the Petition Date; and it is further,

**ORDERED**, that the Debtor is authorized to abandon the Abandoned Personal Property to the Landlord effective as of the Petition Date; and it is further,

**ORDERED**, that all right, title and interest in the Abandoned Personal Property shall be transferred to and vested in Landlord effective as of the Petition Date; and it is further,

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.


cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All Creditors and Parties in Interest


**END OF ORDER**