| Priority | Creditor | Date Filed | Contuniation Filed | Expiration | Expried |
|---|---|---|---|---|---|
| 1 | M& T Bank | 09/02/2015 | 06/03/2020 | 9/2/2025 | No |
| 2 | ASD Specialty Healthcare, Inc. dba Besse Medical | 3/2/2017 | 12/29/2021 | 3/2/2027 | No |
| 3 | SBA | 6/18/2020 | | 6/28/2025 | No |
| 4 | Cardinal Health | 11/12/2020 | | 11/12/2025 | No |
| 5 | Cardinal Health | 11/12/2020 | | 11/12/2025 | No |