IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**Mid-Atlantic Rheumatology, LLC**<br><br>    *Debtor.*<br><hr><br>**Mid-Atlantic Rheumatology, LLC**<br><br>    *Movant,*<br><br>*vs.*<br><br>**Cardinal Health 108, LLC**<br>7000 Cardinal Place<br>Dublin, OH 43017<br><br>    **Serve**: Corporation Trust Company<br>        Corporation Trust Center<br>        1209 Orange Street<br>        Wilmington, DE 19801<br><br>    **Serve:** Jason Hollar, CEO<br>        7000 Cardinal Place<br>        Dublin, OH 43017<br><br>    *Respondent.* | Bankr. No. 25-10845 DER<br><br>Chapter 11 (Subchapter V) |

**NOTICE OF THE DEBTOR'S MOTION TO VALUE COLLATERAL
AND DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506
AND HEARING THEREON**

A motion was filed on behalf of the debtor to value collateral or to avoid a security interest held by Cardinal Health 108, LLC.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  If you do not have a lawyer, you may wish to consult one.  A copy of the motion is attached.

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, then by **April 3, 2025**, (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of

the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Daniel A. Staeven, Esq.
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401

If you mail, rather than deliver, your response to the Clerk of the court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **April 14, 2025, at 2:30 PM**, in Courtroom 9-D, United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

DATE: March 6, 2025

*/s/ Daniel A. Staeven, Esq.*
Daniel A. Staeven, Esq.
(Bar No. 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401
410-497-5947
Daniel.Staeven@frosttaxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I reviewed the court's CM/ECF system and it reports that an electronic copy of the Notice Motion to Value Collateral and Determine Secured Status will be served electronically by the court's CM/ECF system on the following:

**23-17804 Notice will be electronically mailed to:**

Monique Desiree Almy - malmy@crowell.com, cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov

Katherine A. (UST) Levin - Katherine.A.Levin@usdoj.gov, amy.busch@usdoj.gov

Daniel Alan Staeven - daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com; 21029@notices.nextchapterbk.com; 23296@notices.nextchapterbk.com; margaret.johnson@frosttaxlaw.com; uriel.stern@frosttaxlaw.com; amy.mckay@frosttaxlaw.com; UStern@jubileebk.net

Bradley J. Swallow - bswallow@fblaw.com, bswallow@fblaw.com

US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on March 6, 2025, a copy of the foregoing Notice of Motion to Value Collateral and Determine Secured Status was also mailed first class mail, postage prepaid to the following creditors and all creditors on the attached creditor matrix:

Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Jason Hollar, CEO
7000 Cardinal Place
Dublin, OH 43017

*/s/ Daniel A. Staeven*
Daniel A. Staeven, Esq.

Label Matrix for local noticing
0416-1
Case 25-10845
District of Maryland
Baltimore
Thu Feb 20 12:15:11 EST 2025

Manufacturers and Traders Trust Company, a/k
c/o Bradley J. Swallow, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
c/o Bradley J. Swallow, Esquire
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

OI Infusion Services, LLC
Rebecca Greenbaum
1111b S Governors Ave # 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401-3474

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T BANK
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17