## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I reviewed the court's CM/ECF system, and it reports that an electronic copy of the foregoing Motion to Value Collateral and Determine Secured Status will be served electronically by the court's CM/ECF system on the following:

**23-17804 Notice will be electronically mailed to:**

Monique Desiree Almy - malmy@crowell.com, cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov

Katherine A. (UST) Levin - Katherine.A.Levin@usdoj.gov,  amy.busch@usdoj.gov

Omnia Shedid-  omnia.a.shedid@usdoj.gov

Daniel Alan Staeven - daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com; 21029@notices.nextchapterbk.com; 23296@notices.nextchapterbk.com; margaret.johnson@frosttaxlaw.com; uriel.stern@frosttaxlaw.com; amy.mckay@frosttaxlaw.com; UStern@jubileebk.net

Bradley J. Swallow - bswallow@fblaw.com, bswallow@fblaw.com

US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on March 6, 2025, a copy of the foregoing Motion to Value Collateral and Determine Secured Status was also mailed first class mail, postage prepaid to the following creditors and all creditors on the attached creditor matrix:

Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Jason Hollar, CEO
7000 Cardinal Place
Dublin, OH 43017

/s/ Daniel A. Staeven
Daniel A. Staeven, Esq.

Label Matrix for local noticing
0416-1
Case 25-10845
District of Maryland
Baltimore
Thu Feb 20 12:15:11 EST 2025

Manufacturers and Traders Trust Company, a/k
c/o Bradley J. Swallow, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
c/o Bradley J. Swallow, Esquire
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

OI Infusion Services, LLC
Rebecca Greenbaum
1111b S Governors Ave # 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401-3474

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T BANK
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17