IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**Mid-Atlantic Rheumatology, LLC**<br><br>    *Debtor.*<br>——————————————————<br>**Mid-Atlantic Rheumatology, LLC**<br><br>    *Movant,*<br><br>*vs.*<br><br>**Cardinal Health 108, LLC**<br>7000 Cardinal Place<br>Dublin, OH 43017<br><br>    **Serve**: Corporation Trust Company<br>           Corporation Trust Center<br>           1209 Orange Street<br>           Wilmington, DE 19801<br><br>    **Serve:** Jason Hollar, CEO<br>           7000 Cardinal Place<br>           Dublin, OH 43017<br><br>    *Respondent.* | Bankr. No. 25-10845 DER<br><br>Chapter 11 (Subchapter V) |

### ORDER GRANTING MOTION TO
### VALUE COLLATERAL AND DETERMINE SECURED STATUS

Having considered the Debtor's Motion to Value Collateral and Determine Secured Status, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the secured portion of the debt owed to Cardinal Health 108, LLC described in the Motion shall be valued at **$34,424.20**; and it is further,

**ORDERED**, that if Respondent has filed a proof of claim, the claim of **$34,424.20** shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance; and it is further,

**ORDERED**, that if Respondent has not filed a proof of claim, the claim of Respondent shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed  the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by the Court, or (ii) twenty-eight (28) days after entry of this Order; and it is further

**ORDERED**, that allowance of the claim of Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

cc:    United States Trustee
       Subchapter V Trustee
       Debtor's Attorney
       Respondents
       All Creditors

**End of Order**