Entered: March 10th, 2025
Signed: March 10th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

      **Case No. 25-10845**
      **Chapter 11, Subchapter V**

    **Debtor.**

---

> ### CONSENT ORDER GRANTING DEBTOR'S MOTION TO REJECT CONTRACT EFFECTIVE ON THE PETITION DATE

      **UPON CONSIDERATION** of the Debtor's Motion to Reject Effective on the Petition Date  the Unexpired Contract of OI Infusion Services, LLC [Docket No. 8] (the "Motion") pursuant to section 365(a) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order authorizing the Debtor to reject that certain contract described therein (the "Contract"), and upon the Response of OI Infusion Services, LLC ("OI Infusion") to the Motion [Docket No. 67] (the "Response"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, and considering the agreement of the parties as reflected in this Consent Order, it is

      **ORDERED** that the Contract is an executory contract capable of being rejected under section 365 of the Bankruptcy Code; and it is further

**ORDERED** that the rejection of the Contract *Effective on* the Petition Date, as set forth herein, (1) constitutes an exercise of sound business judgment by the Debtor, made in good faith and for legitimate commercial reasons as being in the best interests of the Debtor's estate; (2) is appropriate and necessary under the circumstances because the Debtor has determined it is burdensome and not essential to its ongoing business operations as described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further

**ORDERED** that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Contract is hereby authorized and approved, effective as of the Petition Date, and it is further

ORDERED that based on the Response, the Debtor acknowledges and agrees that as set forth in the Response, OI Infusion ceased rendering the Administrative Services (as defined in the Contract) effective January 24, 2025, and it is further

ORDERED that the Debtor acknowledges and agrees that the equipment placed by OI Infusion at the Debtor's Millersville, MD infusion site and currently located at such site, as identified on Exhibit A annexed hereto (collectively, the "Equipment"), is not property of the Debtor's estate under Section 541 of the Bankruptcy Code, and the Debtor is therefore authorized to forthwith release possession of the Equipment to OI Infusion or its authorized agent; and it is further

ORDERED that except as set forth herein with respect to the Debtor's rejection of the Contract pursuant to Section 365 of the Bankruptcy Code, the respective rights, defenses and claims of the Debtor and of OI Infusion related to and/or arising under or related to the Contract and/or under applicable law are hereby deemed reserved and preserved; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Consent Order.

SEEN AND AGREED:

/s/ Daniel A. Staeven
Daniel A. Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

Counsel for Debtor

/s/ William E. Schonberg
William E. Schonberg
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114

Counsel for OI Infusion Services, LLC


/s/ Katie Lane Chaverri
Katie Lane Chaverri
Tayman Lane Chaverri LLP
2001 L Street, NW, Suite 500
Washington, DC 200036

Local Counsel for OI Infusion Services, LLC


     **I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original order; and the signatures represented by the ____/s/____ on this copy reference the signatures of consenting parties to the original consent order.


/s/ Daniel A. Staeven
Daniel A. Staeven


cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All Creditors and Parties in Interest


**END OF ORDER**

**EXHIBIT A**

Eight (8) Model Z-800F Intuvie pole-mounted infusion pumps, further identified as bearing the following serial numbers:

- 618920
- 622512
- 630226
- 630413
- 631170
- 628924
- 628923
- 634712