United States Bankruptcy Court

District of Maryland

In re:                                                          Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                    User: admin                         Page 1 of 2

Date Rcvd: Mar 10, 2025                 Form ID: pdfall                     Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Mar 10 2025 19:27:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Mar 10 2025 19:27:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Mar 10 2025 19:27:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 10 2025 19:27:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Mar 10, 2025                 Form ID: pdfall                          Total Noticed: 16

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025                      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Omnia Shedid | omnia.a.shedid@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

Entered: March 10th, 2025
Signed: March 10th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

        **Debtor.**

**Case No. 25-10845**
**Chapter 11, Subchapter V**

---

**CONSENT ORDER GRANTING DEBTOR'S MOTION TO REJECT CONTRACT EFFECTIVE ON THE PETITION DATE**

---

      **UPON CONSIDERATION** of the Debtor's Motion to Reject Effective on the Petition Date  the Unexpired Contract of OI Infusion Services, LLC [Docket No. 8] (the "Motion") pursuant to section 365(a) of title 11, United States Code (the "Bankruptcy Code"), for entry of an order authorizing the Debtor to reject that certain contract described therein (the "Contract"), and upon the Response of OI Infusion Services, LLC ("OI Infusion") to the Motion [Docket No. 67] (the "Response"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, and considering the agreement of the parties as reflected in this Consent Order, it is

      **ORDERED** that the Contract is an executory contract capable of being rejected under section 365 of the Bankruptcy Code; and it is further

**ORDERED** that the rejection of the Contract *Effective on* the Petition Date, as set forth herein, (1) constitutes an exercise of sound business judgment by the Debtor, made in good faith and for legitimate commercial reasons as being in the best interests of the Debtor's estate; (2) is appropriate and necessary under the circumstances because the Debtor has determined it is burdensome and not essential to its ongoing business operations as described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further

**ORDERED** that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Contract is hereby authorized and approved, effective as of the Petition Date, and it is further

ORDERED that based on the Response, the Debtor acknowledges and agrees that as set forth in the Response, OI Infusion ceased rendering the Administrative Services (as defined in the Contract) effective January 24, 2025, and it is further

ORDERED that the Debtor acknowledges and agrees that the equipment placed by OI Infusion at the Debtor's Millersville, MD infusion site and currently located at such site, as identified on Exhibit A annexed hereto (collectively, the "Equipment"), is not property of the Debtor's estate under Section 541 of the Bankruptcy Code, and the Debtor is therefore authorized to forthwith release possession of the Equipment to OI Infusion or its authorized agent; and it is further

ORDERED that except as set forth herein with respect to the Debtor's rejection of the Contract pursuant to Section 365 of the Bankruptcy Code, the respective rights, defenses and claims of the Debtor and of OI Infusion related to and/or arising under or related to the Contract and/or under applicable law are hereby deemed reserved and preserved; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Consent Order.

SEEN AND AGREED:

/s/ Daniel A. Staeven
Daniel A. Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

Counsel for Debtor

/s/ William E. Schonberg
William E. Schonberg
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114

Counsel for OI Infusion Services, LLC


/s/ Katie Lane Chaverri
Katie Lane Chaverri
Tayman Lane Chaverri LLP
2001 L Street, NW, Suite 500
Washington, DC 200036

Local Counsel for OI Infusion Services, LLC


**I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original order; and the signatures represented by the ___/s/___ on this copy reference the signatures of consenting parties to the original consent order.


/s/ Daniel A. Staeven
Daniel A. Staeven


cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All Creditors and Parties in Interest


**END OF ORDER**

**EXHIBIT A**

Eight (8) Model Z-800F Intuvie pole-mounted infusion pumps, further identified as bearing the following serial numbers:

- 618920
- 622512
- 630226
- 630413
- 631170
- 628924
- 628923
- 634712