United States Bankruptcy Court

District of Maryland

In re:                                                                                           Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdfall | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| sp | + | Nan Gallagher, The Nan Gallagher Law Group, 52 Elm Street, Suite 1,, Morristown, NJ 07960-8612 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Mar 12 2025 19:45:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Mar 12 2025 19:45:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Mar 12 2025 19:45:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 12 2025 19:45:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Mar 12, 2025                 Form ID: pdfall                          Total Noticed: 17

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Omnia Shedid | omnia.a.shedid@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

Entered: March 12th, 2025
Signed: March 11th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:

**MID-ATLANTIC RHEUMATOLOGY, LLC,**

Debtor.

**CASE NO. 25-10845-DER**

**CHAPTER 11, SUBCHAPTER V**

### ORDER PURSUANT TO SECTION 327(a)
### OF THE BANKRUPTCY CODE FOR RETENTION OF
### NAN GALLAGHER AND THE NAN GALLAGHER LAW GROUP AS
### <u>SPECIAL CORPORATE COUNSEL TO THE DEBTOR</u>

**UPON CONSIDERATION** of the Debtor's Application to Employ Nan Gallagher and the Nan Gallagher Law Group (collectively "Nan Gallagher") as special corporate counsel to the Debtor, and based upon the Declaration of Nan Gallagher in support thereof (the "Gallagher Declaration"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being satisfied based on the representations made in the Application and in the Gallagher Declaration that said attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are

disinterested persons as that term is defined under § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtor, its creditors and the Debtor's estate, and after due deliberation, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is **GRANTED**, and it further,

**ORDERED**, that in accordance with § 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is authorized and empowered to retain and employ Nan Gallagher as special corporate counsel to the Debtor, and Nan Gallagher is authorized to provide any necessary and appropriate services related thereto as may be required by the Debtor; and it is further,

ORDERED, that Nan Gallagher shall seek compensation and reimbursement of expenses upon proper applications for allowance of interim and final compensation in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the rules and orders of this Court.

cc:

Nan Gallagher, Esq. Special Corporate Counsel
Debtor Counsel
United States Trustee
Subchapter V Trustee
All Creditors

**END OF ORDER**