All Items Report

DISCLAIMER:This report is for informational purposes only. Please refer to the AmerisourceBergen Statement of Account for a complete list of outstanding invoices and adjustments thereto, including (without limitation) accrued interest, payments and other credits or adjustments. Please note also that invoices are deemed outstanding until complete payment thereon is received.

| Account Number | Account Name | COID | Invoice Number | Invoice Date | Due Date | Invoice Description | Reference Number | P.O. Number | Statement Number | Clearing Number | Clearing Date | Status | Age Ctgy | Tax Amount | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100574937 | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 0606443096 | 02/04/2025 | 04/05/2025 | INVOICE | # | 202501071 | # | # | | Open | 0 | 0.00 | 18,121.18 |
| | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 3205595898 | 02/10/2025 | 04/11/2025 | INVOICE(ZF2) | # | 202502041 | # | # | | Open | 0 | 0.00 | 3,883.11 |
| | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 3205985428 | 02/13/2025 | 04/14/2025 | INVOICE(ZF2) | # | 202502101 | # | # | | Open | 0 | 0.00 | 9,060.59 |
| | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 3206464556 | 02/18/2025 | 04/19/2025 | INVOICE(ZF2) | # | 202502131 | # | # | | Open | 0 | 0.00 | 2,588.74 |
| | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 3207168651 | 02/25/2025 | 03/27/2025 | INVOICE(ZF2) | # | 202502181 | # | # | | Open | 0 | 0.00 | 41,827.66 |
| | MID-ATLANTIC RHEUMATOLOGY-DIP | # | 3207168652 | 02/25/2025 | 04/26/2025 | INVOICE(ZF2) | # | 202502181 | # | # | | Open | 0 | 0.00 | 31,064.88 |
| 100574937 | | | | | | | | | | | | | | | * 106,546.16 |
| 190019441 | MID-ATLANTIC RHEUMATOLOGY - DIP | # | 0606428534 | 01/31/2025 | 01/31/2025 | PAYMENT DIFFERENCE | # | DEPOSIT | # | # | | Open | 45 | 0.00 | -200,000.00 |
| 190019441 | | | | | | | | | | | | | | | * - 200,000.00 |
| ▲ | | | | | | | | | | | | | | | * * - 93,453.84 |

**EXHIBIT E**

| | Current | 31 - 60 | 61 - 90 | 91 - 12 | 121 - 150 | 151 - 180 | 181 > | total | |
|---|---|---|---|---|---|---|---|---|---|
| Total Gross AR | $293,433.39 | $75,787.76 | $23,174.71 | $5,950.36 | $7,031.21 | $3,655.13 | $31,524.90 | | $440,557.46 |
| Expected Net AR | $161,388.36 | $60,630.21 | $17,381.03 | $4,165.25 | $4,921.85 | $2,375.83 | $15,762.45 | | $266,624.99 |

Current bucket is gross charges, normally 100% market up prices

Other buckets are discounted for potential contractual write offs and bad debt