BTOR:   Mid-Atlantic Rheumatology                    CASE NO:        25-10845-DER

**Form 2-H-2**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Account No:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 03/03/25 | | PAY PLUS        HC | Fee for Service Income | 41.08 |
| 03/03/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 1084.47 |
| 03/03/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 1166.55 |
| 03/03/25 | | UNITEDHEALTHCARE HCCLAIMPMT 462759284 | Fee for Service Income | 64.42 |
| 03/03/25 | | CIGNA EDGE TRANS HCCLAIMPMT 603100678376 | Fee for Service Income | 91.13 |
| 03/03/25 | | CIGNA HCCLAIMPMT        1891131918 | Fee for Service Income | 254.13 |
| 03/03/25 | | UCBcopaysavprog ACH PAYMTS  C248397-011525 | Fee for Service Income | 1,710.00 |
| 03/03/25 | | NOVITAS HCCLAIMPMT        1891131918 | Fee for Service Income | 1,896.61 |
| 03/03/25 | | CFMI FEP Non-Pos HCCLAIMPMT 8750014383 | Fee for Service Income | $5,615.77 |
| 03/04/25 | | PAY PLUS        HC | Fee for Service Income | 3840.75 |
| 03/04/25 | | UnitedHealthcare HCCLAIMPMT 462759284 | Fee for Service Income | 84.77 |
| 03/04/25 | | AETNA A04 HCCLAIMPMT        1891131918 | Fee for Service Income | 102.43 |
| 03/04/25 | | AETNA AS01 HCCLAIMPMT        1891131918 | Fee for Service Income | 201.55 |
| 03/04/25 | | AETNA AS01 HCCLAIMPMT        1891131918 | Fee for Service Income | 282.49 |
| 03/04/25 | | AETNA AS01 HCCLAIMPMT        1891131918 | Fee for Service Income | 840.33 |
| 03/05/25 | | PAY PLUS        HC | Fee for Service Income | 130.46 |
| 03/05/25 | | PAY PLUS        HC | Fee for Service Income | 333.25 |
| 03/05/25 | | PAY PLUS        HC | Fee for Service Income | 799.25 |
| 03/05/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 1715.78 |
| 03/05/25 | | CAREFIRST GHMSI HCCLAIMPMT  2360861054 | Fee for Service Income | 50.13 |
| 03/05/25 | | CAREFIRST OF MD HCCLAIMPMT  2260750276 | Fee for Service Income | 64.24 |
| 03/05/25 | | AETNA AS01 HCCLAIMPMT        1891131918 | Fee for Service Income | 81.25 |
| 03/05/25 | | Wellpoint MD5C HCCLAIMPMT  3265541773 | Fee for Service Income | 133.26 |
| 03/05/25 | | CAREFIRST BLUECH HCCLAIMPMT 2461714304 | Fee for Service Income | 176.23 |
| 03/05/25 | | CAREFIRSTMEDGAP HCCLAIMPMT  2860356882 | Fee for Service Income | 1,091.50 |
| 03/05/25 | | AETNA AS01 HCCLAIMPMT        1891131918 | Fee for Service Income | 2,367.19 |
| 03/05/25 | | GHMSI HCCLAIMPMT        741754571 | Fee for Service Income | 5,542.00 |
| 03/05/25 | | NOVITAS HCCLAIMPMT        1891131918 | Fee for Service Income | 6,067.98 |
| 03/06/25 | | PAY PLUS        HC | Fee for Service Income | 333.25 |
| 03/06/25 | | PAY PLUS        HC | Fee for Service Income | 333.25 |
| 03/06/25 | | PAY PLUS        HC | Fee for Service Income | 1291.93 |
| 03/06/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 2485.15 |
| 03/06/25 | | Manual deposit multiple checks | Fee for Service Income | 5361.82 |
| 03/06/25 | | Manual deposit multiple checks | Fee for Service Income | 5365.77 |
| 03/06/25 | | UMR HCCLAIMPMT        462759284 | Fee for Service Income | 75.54 |
| 03/06/25 | | CAREFIRST BLUECH HCCLAIMPMT 2461717210 | Fee for Service Income | 426.14 |
| 03/06/25 | | NOVITAS HCCLAIMPMT        1891131918 | Fee for Service Income | 522.11 |
| 03/06/25 | | RVL PMT        0000000000 | Fee for Service Income | 2,000.00 |
| 03/07/25 | | Maryland Physici  HC | Fee for Service Income | 446.58 |
| 03/07/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 2495.19 |
| 03/07/25 | | CAREFIRST BLUECH HCCLAIMPMT 2461718018 | Fee for Service Income | 253.74 |
| 03/07/25 | | CIGNA HCCLAIMPMT        1891131918 | Fee for Service Income | 289.90 |
| 03/07/25 | | NOVITAS HCCLAIMPMT        1891131918 | Fee for Service Income | 1,051.47 |
| 03/07/25 | | CAREFIRST BLUECH HCCLAIMPMT 2461720799 | Fee for Service Income | 1,745.58 |
| 03/07/25 | | PALMETTO GBA HCCLAIMPMT    1891131918 | Fee for Service Income | 2,461.84 |
| 03/10/25 | | Maryland Physici  HC | Fee for Service Income | 133.26 |
| 03/10/25 | | PNC-ECHO        HC | Fee for Service Income | 137.76 |
| 03/10/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 296.64 |
| 03/10/25 | | TSYS/TRANSFIRST  CR | Fee for Service Income | 329.42 |
| 03/10/25 | | UCBcopaysavprog ACH PAYMTS  C250002-021225 | Fee for Service Income | 12.88 |
| 03/10/25 | | CIGNA HCCLAIMPMT        1891131918 | Fee for Service Income | 75.52 |
| 03/10/25 | | CFMI FEP Postal HCCLAIMPMT  8850004863 | Fee for Service Income | 127.35 |
| 03/10/25 | | UCBcopaysavprog ACH PAYMTS  C250015-012925 | Fee for Service Income | 556.93 |

**Form 2-H-1**

**SBURSEMENTS STATEMENT (See Note A)**

Month: _____ Mar-25 _____

**CASH RECEIPTS DETAIL**                    Account No: [                    ]
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 3/3/2025 | Indeed | Job Posting | (11.44) |
| 3/3/2025 | Metibolic Mat | Supplements | (63.00) |
| 3/3/2025 | Tetra | Suppliments | (1,599.68) |
| 3/3/2025 | Intuit, QuickBooks | BookKeeping | (65.00) |
| 3/4/2025 | Meals and Entertainment | Conference | (3.50) |
| 3/4/2025 | Peake Technology | IT support | (3,130.16) |
| 3/5/2025 | Amazon | Office Supplies | (8.63) |
| 3/5/2025 | Frost Law | Legal | (14,639.48) |
| 3/5/2025 | Henry Schein, Inc. | Medical Supplies | (323.68) |
| 3/5/2025 | Besse | Secure Creditor payment | (15,000.00) |
| 3/5/2025 | Equiped MD | Ultra Sound lease | (750.00) |
| 3/5/2025 | Cardinal | Secured Creditor Payment | (1,000.00) |
| 3/5/2025 | Chesapeake Paper Systems | Paper destruction | (105.00) |
| 3/6/2025 | Arnold & Clifford | Legal | (253.16) |
| 3/6/2025 | Clinical Speaking | Software | (79.00) |
| 3/6/2025 | Clinical Speaking | Software | (79.00) |
| 3/6/2025 | Service Charge | Bank | (35.00) |
| 3/6/2025 | Trustee | Legal | (4,000.00) |
| 3/6/2025 | Valley Prcessing, Inc. | Payroll | (730.63) |
| 3/6/2025 | Valley Prcessing, Inc. | Payroll | (41,180.56) |
| 3/7/2025 | Valley Prcessing, Inc. | Payroll | (23,196.30) |
| 3/7/2025 | Valley Prcessing, Inc. | Payroll | (112.05) |
| 3/7/2025 | John Hancock | 401K | (4,346.50) |
| 3/10/2025 | Amazon | Office Supplies | (63.58) |
| 3/10/2025 | Amazon | Office Supplies | (50.85) |
| 3/10/2025 | Amazon | Office Supplies | (381.58) |
| 3/10/2025 | TSYS | Credit Card fees | (1,984.13) |
| 3/10/2025 | Next Gen Healthcare | Electroni Health Record System | (5,278.00) |
| 3/10/2025 | Service Charge | Bank service Charge | (274.95) |
| 3/11/2025 | St John Properties | Rent | (14,245.70) |
| 3/11/2025 | Asbestos Workers Local | Payment Refund | (3,456.71) |
| 3/13/2025 | Klik Solutions LLC | Web Maitenance | (150.00) |
| 3/14/2025 | Amazon | Office Supplies | (242.28) |
| 3/14/2025 | Indeed | Job Posting | (582.84) |
| 3/14/2025 | Olympia Pharmacy | Medical Supplies | (199.25) |
| 3/17/2025 | M&T Bank | Secure Creditor payment | (3,500.00) |
| 3/19/2025 | Adobr | Software | (21.19) |
| 3/19/2025 | The Rose Financial Group | 401K mangement | (1,507.98) |
| 3/19/2025 | USPS | Postage | (107.00) |
| 3/19/2025 | Next Gen Healthcare | Billing System | (3,274.74) |
| 3/20/2025 | Amazon | Office Supplies | (95.34) |
| 3/20/2025 | Amazon | Office Supplies | (14.83) |
| 3/20/2025 | Amazon | Office Supplies | (74.73) |
| 3/20/2025 | Go Daddy | Software | (24.36) |
| 3/20/2025 | Valley Prcessing, Inc. | Payroll | (730.63) |
| 3/20/2025 | Valley Prcessing, Inc. | Payroll | (41,368.10) |
| 3/21/2025 | Ready Refresh | Water Supply | (71.97) |
| 3/21/2025 | Valley Prcessing, Inc. | Payroll | (60.05) |
| 3/21/2025 | Valley Prcessing, Inc. | Payroll | (23,213.73) |
| 3/21/2025 | John Hancock | 401K | (4,337.27) |
| 3/24/2025 | Amazon | Office Supplies | (5.99) |
| 3/24/2025 | Amazon | Office Supplies | (34.97) |
| 3/24/2025 | Klik Solutions LLC | Web Site Development | (2,400.00) |
| 3/24/2025 | Meals and Entertainment | Conference | (80.00) |
| 3/24/2025 | Meals and Entertainment | Conference | (21.00) |
| 3/24/2025 | Meals and Entertainment | Conference | (72.00) |
| 3/24/2025 | Meals and Entertainment | Conference | (16.00) |
| 3/24/2025 | UpDox | Telhealth Software | (143.05) |
| 3/24/2025 | Hartford Insurance | Liability Insurance | (345.00) |
| 3/25/2025 | Amazon | Office Supplies | (29.66) |
| 3/25/2025 | Besse | Infusion & Injection Drugs | (41,827.66) |
| 3/25/2025 | Clinical Speaking | Dues and Subscriptions | (711.00) |
| 3/25/2025 | Transportation and Parking | Conference | (48.00) |
| 3/25/2025 | M&T Bank | Secured Creditor Payment | (2,000.00) |
| 3/25/2025 | Kelly & Assoc | Employee Benefits | (10,137.56) |
| 3/26/2025 | SBA | Secured Creditor Payment | (731.00) |

**Form 2-H-1**

**SBURSEMENTS STATEMENT (See Note A)**

Month:  Mar-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 3/27/2025 | Association AMPAC | Dues and subscriptions | (100.00) |
| 3/28/2025 | Big Bean | Food an Entertainment | (19.46) |
| 3/31/2025 | Amazon | Office Supplies | (66.84) |
| 3/31/2025 | Society | Dues and Subscriptions | (349.00) |
| 3/31/2025 | Nan Gallagher Law | Practice Legal Counsel | (2,000.00) |
| | | | (277,161.75) |

**Exhibit E**

| Date Incurred | Creditor | Purpose of Debt | Due Date | Invoice Amount |
|---|---|---|---|---|
| 2/4/2025 | Besse | Infusion/Injection Drugs | 4/5/2025 | 18,121.18 |
| 2/10/2025 | Besse | Infusion/Injection Drugs | 4/11/2025 | 3,883.11 |
| 2/13/2025 | Besse | Infusion/Injection Drugs | 4/14/2025 | 9,060.59 |
| 2/18/2025 | Besse | Infusion/Injection Drugs | 4/19/2025 | 2,588.74 |
| 2/25/2025 | Besse | Infusion/Injection Drugs | 4/26/2025 | 31,064.88 |
| 3/16/2025 | Besse | Infusion/Injection Drugs | 4/15/2025 | 28,921.20 |
| 3/23/2025 | Besse | Infusion/Injection Drugs | 4/22/2025 | 11,184.25 |
| | | | | 104,823.95 |

|  | Data | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Sum of 0-30 | Sum of 31-60 | Sum of 61-90 | Sum of 91-120 | Sum of 121-150 | Sum of 151-180 | Sum of 181-up | Sum of Bal Amt |
| Total | $153,481.57 | $32,763.86 | $13,051.80 | $9,182.06 | $1,568.37 | $2,402.43 | $15,627.68 | $228,077.77 |
|  | $76,740.79 | $24,572.90 | $11,094.03 | $7,345.65 | $1,097.86 | $1,561.58 | $8,595.22 | $131,008.02 |