**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Subchapter V |
| MID-ATLANTIC   RHEUMATOLOGY, LLC, | : |  |
|  | : | Case No. 25-10845 |
|  | : |  |
| Debtor. | : |  |

**NOTICE OF THE DEBTOR'S MOTION FOR ENTRY OF CONSENT ORDER (I) APPROVING STIPULATION BETWEEN DEBTOR AND OI INFUSION SERVICES, LLC, (II) ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF OI INFUSION SERVICES, LLC, PURSUANT TO 11 U.S.C. § 503(B)(9), AND (III) APPROVING TERMS OF DEBTOR'S PAYMENTS TO SATISFY SUCH ADMINISTRATIVE EXPENSE CLAIM**

A motion was filed on behalf of the debtor to approve a stipulation allowing an administrative claim of OI Infusion Services, LLC.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  If you do not have a lawyer, you may wish to consult one.  A copy of the motion is attached.

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, then by **May 28, 2025**, (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Daniel A. Staeven, Esq.
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401

If you mail, rather than deliver, your response to the Clerk of the court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **June 9, 2025, at 2:30 PM**, in Courtroom 9-D, United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Dated:  May 7, 2025

/s/ Daniel A. Staeven
Daniel A. Staeven, Esq. (MD Bar No. 27662)
FROST & ASSOCIATES, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401
Telephone: 410-497-5947
Email: daniel.staeven@frosttaxlaw.com

*Counsel to the Debtor and Debtor in Possession*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 7, 2025, I mailed or caused to be mailed postage prepaid by first class mail to court's mailing matrix the Notice of Motion to the CM/ECF list below:

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com, monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com

Omnia Shedid omnia.a.shedid@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com, 21029@notices.nextchapterbk.com, margaret.johnson@frosttaxlaw.com, amy.mckay@frosttaxlaw.com, UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com, bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC
Marc Asher
Asher & Associates, LLC
9515 Deereco Road
Suite 710
Timonium, MD 21093

Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1,
Morristown, NJ 07960

William E. Schonberg, Esq. on behalf of Creditor OI Infusion Services, LLC
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square
Suite 4900
Cleveland, OH 44114

*/s/ Daniel Alan Staeven*