**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | |
| | Case No. 25-10845 |
| Debtor. | |

**CONSENT ORDER (I) GRANTING MOTION FOR APPROVAL OF STIPULATION BETWEEN DEBTOR AND OI INFUSION SERVICES, LLC, (II) ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF OI INFUSION SERVICES, LLC, PURSUANT TO 11 U.S.C. § 503(B)(9), AND (III) APPROVING TERMS OF DEBTOR'S PAYMENTS TO SATISFY SUCH ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion (the "**Motion**") of Mid-Atlantic Rheumatology, LLC, debtor and debtor in possession (the "**Debtor**"), for approval of the *Stipulation (I) Allowing Administrative Expense Claim of OI Infusion Services, LLC, Pursuant to 11 U.S.C § 503(b)(9), and (II) Approving Terms of Debtor's Payments to Satisfy Such Administrative Expense Claim* (the "**Stipulation**"), attached hereto as **Exhibit 1** (capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation), between the Debtor and OI Infusion Services, LLC ("**OIIS**" and, together with the Debtor, the "**Parties**"); and the Court having

3

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, and considering the agreement of the Parties as reflected in this Order, and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted, and the Stipulation is approved; and it is further

**ORDERED**, that Parties are authorized to enter into, perform, and consummate the transactions set forth in and contemplated under the Stipulation; and it is further

**ORDERED**, that pursuant to Section 503(b)(9) of the Bankruptcy Code, the 503(b)(9) Claim held by OISS is hereby allowed in the amount of $112,195.25, as an administrative expense in the Debtor's case, and the Debtor's payments of the 503(b)(9) Claim on the terms as set forth in the Stipulation are hereby authorized and approved; and it is further

**ORDERED**, that the 503(b)(9) Claim and the Debtor's payments on account of the 503(b)(9) Claim as specified in the Stipulation shall not be subordinated or impaired by virtue of (a) any terms, conditions or provisions contained (i) in the Financing Order, including as such may be amended, modified and/or extended, or in any manner of post-Petition Date secured, unsecured and/or other form(s) of financing as may be approved on an interim and/or final basis in the Debtor's case, and/or (ii) in any plan of reorganization filed by the Debtor and/or confirmed in the Debtor's case pursuant to Sections 1189 and 1911 of the Bankruptcy Code, or (b) the conversion of the Debtor's case to a case under Chapter 7 of the Bankruptcy Code; and furthermore, the Debtor's payments to OIIS under the Stipulation shall not be subject to avoidance and recovery

4

under the Bankruptcy Code, under any applicable State Law and/or under principals of equity, and all such payments shall not be subject to recovery from OIIS; and it further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order and/or the Stipulation; and it is further

**ORDERED**, that the Stipulation shall become effective immediately upon entry of this Order.

SEEN AND AGREED:

*/s/ Daniel A. Staeven*
Daniel A. Staeven, Esq.
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

Counsel for the Debtor

*/s/ William E. Schonberg*
William E. Schonberg, Esq.
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114

Counsel for OI Infusion Services, LLC

*/s/ Monique D. Almy*
Monique D. Almy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004

Subchapter V Trustee

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Counsel for ADS Specialty Healthcare, LLC ("Besse")


*/s/ Bradley J. Swallow*
Brandley J. Swallow, Esq.
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202

Counsel for M & T Bank

*/s/ Scott A. Zuber*
Scott A. Zuber, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Counsel for Cardinal Health 108, LLC


REVIEWED WITHOUT OBJECTION:

*/s/ Hugh M. Bernstein*
Hugh M. Bernstein, Esq.
Office of the US Trustee
101 W Lombard St # 2625,
Baltimore, MD 21201

Attorney for the US Trustee


**END OF ORDER**

William E. Schonberg, Esq. on behalf of Creditor OI Infusion Services, LLC
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square
Suite 4900
Cleveland, OH 44114

*/s/ Daniel Alan Staeven*