Entered: May 13th, 2025
Signed: May 12th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Mid-Atlantic Rheumatology, LLC, | * | Case No.  25-10845-DER |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

### SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.  The Court entered an Initial Scheduling Order in this case on **February 4, 2025**, and held a preliminary status conference on **March 18, 2025**.  Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1.  <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **July 23, 2025** at **2:00 PM** in Courtroom 9-D, of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

2.  <u>Objections to Plan</u>.  **June 17, 2025** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3.  <u>Voting on Plan</u>.  **June 17, 2025** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

2

**Daniel Alan Staeven**
**Frost & Associates, LLC**
**839 Bestgate Road**
**Suite 400**
**Annapolis, MD 21401**

4.     Service of Plan Documents.  On or before **May 20, 2025**, the Debtor shall serve a copy of this Second Scheduling Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); *the Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

cc:     All Parties

**End of Order**

2