# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10845 – DER**    Chapter: **11**

**Mid–Atlantic Rheumatology, LLC**
Debtor

## NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held

on 6/23/25 at 02:00 PM

to consider and act upon the following:

90 – Motion for Valuation of Collateral and Notice of Motion to Determine Secured Status Re: All Assets. Notice Served on 3/6/2025, Filed by Mid–Atlantic Rheumatology, LLC. Objections due by 04/3/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 04/14/2025 at 02:30 PM – Courtroom 9–D. (Attachments: # 1 Exhibit Priorities Exhibit # 2 Notice of Motion # 3 Certificate of Service # 4 Proposed Order) (Staeven, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/13/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

Form ntchrgmdb (rev. 08/13/2024)