**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

IN RE:                                              *
                                                    *        Case No.: 25-10845
**MID-ATLANTIC RHEUMATOLOGY, LLC**        *
                                                    *        Chapter 11 (Subchapter V)
                    Debtor(s)                       *

---

**AMENDED**
**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on May 7, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Approve Stipulation/Settlement (Docket No. 98) was served electronically by the Court's CM/ECF system on the following:

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Omnia Shedid omnia.a.shedid@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**I HEREBY CERTIFY** that on May 7, 2025, A copy of the Motion to Approve Stipulation/Settlement (Docket No. 98) was served via first-class mail, postage prepaid to the creditors attached on the Court's mailing matrix:

Date:   May 14, 2025

Respectfully Submitted,

*/s/ Daniel A. Staeven, Esq.*
Daniel A. Staeven, Esq.
(Bar No. 27662)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401
410-497-5947
Daniel.Staeven@frosttaxlaw.com

*Attorney for the Debtor*