**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**                          Account No:

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 04/01/2025 | Aetna | Fee For Service | $277.48 |
| 04/01/2025 | Cigna | Fee For Service | $164.89 |
| 04/01/2025 | Cigna | Fee For Service | $46.17 |
| 04/01/2025 | Medicare Railroad | Fee For Service | $135.65 |
| 04/01/2025 | Novitas | Fee For Service | $761.48 |
| 4/1/2025 | Echo | Fee For Service | $359.38 |
| 4/1/2025 | Cigna | Fee For Service | $75.92 |
| 4/1/2025 | Pay Plus | Fee For Service | $138.97 |
| 04/02/2025 | Aetna | Fee For Service | $81.25 |
| 04/02/2025 | Aetna | Fee For Service | $2,364.64 |
| 04/02/2025 | Carefirst | Fee For Service | $7,301.47 |
| 04/02/2025 | Carefirst | Fee For Service | $22.52 |
| 04/02/2025 | GEHA | Fee For Service | $74.42 |
| 04/02/2025 | Novitas | Fee For Service | $8,289.70 |
| 04/02/2025 | UMR Ins Pymt | Fee For Service | $69.42 |
| 4/2/2025 | Pay Plus | Fee For Service | $22.05 |
| 4/2/2025 | Pay Plus | Fee For Service | $3,292.14 |
| 4/2/2025 | Pay Plus | Fee For Service | $296.26 |
| 4/2/2025 | Pay Plus | Fee For Service | $342.47 |
| 04/03/2025 | Carefirst | Fee For Service | $343.39 |
| 04/03/2025 | Carefirst | Fee For Service | $146.22 |
| 04/03/2025 | Carefirst | Fee For Service | $68.69 |
| 04/03/2025 | Novitas | Fee For Service | $1,394.87 |
| 4/3/2025 | TSYS | TSYS | $609.89 |
| 4/3/2025 | Pay Plus | Fee For Service | $110.18 |
| 4/3/2025 | Pay Plus | Fee For Service | $24.90 |
| 4/3/2025 | Pay Plus | Fee For Service | $24.99 |
| 04/04/2025 | Aetna | Fee For Service | $67.43 |
| 04/04/2025 | Cigna | Fee For Service | $1,899.44 |
| 04/04/2025 | Cigna | Fee For Service | $414.05 |
| 04/04/2025 | Novitas | Fee For Service | $424.84 |
| 04/04/2025 | Transfer from Sandy Spring | Transfer | $10,000.00 |
| 04/04/2025 | UNHC Claim Pymt | Fee For Service | $1,711.98 |
| 04/04/2025 | Wellpoint Hlth Ins | Fee For Service | $1,778.88 |
| 4/4/2025 | TSYS | TSYS | $1,335.94 |
| 4/4/2025 | Pay Plus | Fee For Service | $260.92 |
| 4/4/2025 | Pay Plus | Fee For Service | $25.93 |
| 4/4/2025 | Pay Plus | Fee For Service | $25.93 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**                     Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/4/2025 | Pay Plus | Fee For Service | $110.32 |
| 4/4/2025 | Pay Plus | Fee For Service | $48.67 |
| 4/4/2025 | Transfer from 9513 | Transfer | $13,000.00 |
| 04/07/2025 | Aetna | Fee For Service | $477.74 |
| 04/07/2025 | Carefirst | Fee For Service | $2,188.27 |
| 04/07/2025 | CFBC | Fee For Service | $105.78 |
| 04/07/2025 | Cigna | Fee For Service | $61.71 |
| 04/07/2025 | FEP | Fee For Service | $789.31 |
| 04/07/2025 | Novitas | Fee For Service | $2,249.81 |
| 04/07/2025 | UCB Copay Card | Fee For Service | $171.64 |
| 04/07/2025 | UCB Copay Card | Fee For Service | $20.00 |
| 04/07/2025 | UMR Ins Pymt | Fee For Service | $79.42 |
| 4/7/2025 | TSYS | TSYS | $808.95 |
| 4/7/2025 | TSYS | TSYS | $1,079.79 |
| 04/08/2025 | Aetna | Fee For Service | $154.21 |
| 04/08/2025 | Aetna | Fee For Service | $249.83 |
| 04/08/2025 | Aetna | Fee For Service | $1,645.48 |
| 04/08/2025 | Bank Deposit | Fee For Service | $5,000.00 |
| 04/08/2025 | Carefirst | Fee For Service | $146.22 |
| 4/8/2025 | Multiple checks | Bank Deposit | $18,702.43 |
| 4/8/2025 | Pay Plus | Fee For Service | $773.80 |
| 4/8/2025 | Echo | Fee For Service | $101.67 |
| 04/09/2025 | Aetna | Fee For Service | $151.28 |
| 04/09/2025 | Aetna | Fee For Service | $42.43 |
| 04/09/2025 | Aetna | Fee For Service | $100.85 |
| 04/09/2025 | Carefirst | Fee For Service | $37.13 |
| 04/09/2025 | Carefirst | Fee For Service | $1,987.98 |
| 04/09/2025 | Carefirst | Fee For Service | $104.53 |
| 04/09/2025 | Carefirst | Fee For Service | $111.39 |
| 04/09/2025 | Carefirst | Fee For Service | $147.65 |
| 04/09/2025 | Novitas | Fee For Service | $3,503.45 |
| 04/09/2025 | UMR Ins Pymt | Fee For Service | $112.37 |
| 04/09/2025 | Wellpoint Hlth Ins | Fee For Service | $320.85 |
| 4/9/2025 | TSYS | TSYS | $1,198.75 |
| 4/9/2025 | Pay Plus | Fee For Service | $25.93 |
| 4/9/2025 | Pay Plus | Fee For Service | $183.65 |
| 04/10/2025 | Carefirst | Fee For Service | $1,911.75 |
| 04/10/2025 | Carefirst | Fee For Service | $31.56 |
| 04/10/2025 | Novitas | Fee For Service | $7,826.41 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: <u>Apr-25</u>

**CASH RECEIPTS DETAIL**          Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/10/2025 | Maryland Physician | Maryland Physician | $242.91 |
| 4/10/2025 | Echo | TSYS | $1,621.04 |
| 4/10/2025 | Pay Plus | Fee For Service | $267.34 |
| 04/11/2025 | Aetna | Fee For Service | $113.20 |
| 04/11/2025 | Carefirst | Fee For Service | $147.42 |
| 04/11/2025 | Wellpoint Hlth Ins | Fee For Service | $187.59 |
| 4/11/2025 | TSYS | TSYS | $651.53 |
| 4/11/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $79.98 |
| 4/11/2025 | Pay Plus | Fee For Service | $9.25 |
| 04/14/2025 | Aetna | Fee For Service | $67.43 |
| 04/14/2025 | Carefirst | Fee For Service | $1,682.69 |
| 04/14/2025 | Carefirst | Fee For Service | $1,672.69 |
| 04/14/2025 | Carefirst | Fee For Service | $53.89 |
| 04/14/2025 | CFBC | Fee For Service | $52.89 |
| 04/14/2025 | Cigna | Fee For Service | $82.01 |
| 04/14/2025 | FEP | Fee For Service | $674.80 |
| 04/14/2025 | Medicare Railroad | Fee For Service | $103.86 |
| 04/14/2025 | Novitas | Fee For Service | $8,070.42 |
| 4/14/2025 | TSYS | TSYS | $766.22 |
| 4/14/2025 | TSYS | TSYS | $875.81 |
| 4/14/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $129.03 |
| 4/14/2025 | Pay Plus | Fee For Service | $124.88 |
| 04/15/2025 | Aetna | Fee For Service | $379.30 |
| 04/15/2025 | Aetna | Fee For Service | $119.86 |
| 04/15/2025 | Carefirst | Fee For Service | $105.86 |
| 04/15/2025 | Carefirst | Fee For Service | $584.47 |
| 04/15/2025 | Novitas | Fee For Service | $2,999.60 |
| 04/15/2025 | UCB Copay Card | Fee For Service | $340.54 |
| 04/15/2025 | UCB Copay Card | Fee For Service | $342.00 |
| 04/15/2025 | UCB Copay Card | Fee For Service | $762.26 |
| 04/15/2025 | UCB Copay Card | Fee For Service | $35.00 |
| 4/15/2025 | Pay Plus | Fee For Service | $25.93 |
| 4/15/2025 | Echo | Fee For Service | $185.66 |
| 04/16/2025 | Aetna | Fee For Service | $47.43 |
| 04/16/2025 | Carefirst | Fee For Service | $5,128.25 |
| 04/16/2025 | Cigna | Fee For Service | $140.68 |
| 04/16/2025 | Medicare Railroad | Fee For Service | $103.86 |
| 04/16/2025 | Novitas | Fee For Service | $311.58 |
| 04/16/2025 | Paysign Inc | Fee For Service | $3,545.68 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**　　Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 04/16/2025 | Transfer from Sandy Spring | Transfer | $15,000.00 |
| 4/16/2025 | Multiple Checks | Bank Deposit | $2,426.28 |
| 4/16/2025 | TSYS | TSYS | $1,863.47 |
| 4/16/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $110.34 |
| 4/16/2025 | Echo | Fee For Service | $316.90 |
| 04/17/2025 | Carefirst | Fee For Service | $4.83 |
| 04/17/2025 | Carefirst | Fee For Service | $114.53 |
| 04/17/2025 | Novitas | Fee For Service | $2,391.93 |
| 4/17/2025 | Maryland Physician | Maryland Physician | $138.61 |
| 4/17/2025 | TSYS | TSYS | $679.65 |
| 4/17/2025 | Echo | Fee For Service | $146.37 |
| 4/17/2025 | Pay Plus | Fee For Service | $25.93 |
| 4/17/2025 | Pay Plus | Fee For Service | $798.33 |
| 4/17/2025 | Pay Plus | Fee For Service | $32.43 |
| 4/17/2025 | Pay Plus | Fee For Service | $666.50 |
| 04/18/2025 | Cigna | Fee For Service | $329.22 |
| 04/18/2025 | From TD Bank | Deposit from DIP account closing | $5,000.00 |
| 04/18/2025 | Novitas | Fee For Service | $207.72 |
| 04/18/2025 | Transfer from 4228 to 9513 | Transfer | $500.00 |
| 4/18/2025 | TSYS | TSYS | $791.67 |
| 4/18/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $25.26 |
| 4/18/2025 | Pay Plus | Fee For Service | $61.12 |
| 04/21/2025 | Aetna | Fee For Service | $1,797.63 |
| 04/21/2025 | Carefirst | Fee For Service | $67.93 |
| 04/21/2025 | Carefirst | Fee For Service | $32.43 |
| 04/21/2025 | Carefirst | Fee For Service | $37.13 |
| 04/21/2025 | Cigna | Fee For Service | $87.65 |
| 04/21/2025 | Cigna | Fee For Service | $1,686.53 |
| 04/21/2025 | Novitas | Fee For Service | $5,276.01 |
| 4/21/2025 | Multiple Checks | Bank Deposit | $2,383.30 |
| 4/21/2025 | TSYS | TSYS | $1,267.62 |
| 4/21/2025 | TSYS | TSYS | $783.51 |
| 4/21/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $114.29 |
| 4/21/2025 | Pay Plus | Fee For Service | $176.37 |
| 04/22/2025 | Aetna | Fee For Service | $428.38 |
| 04/22/2025 | Aetna | Fee For Service | $151.82 |
| 04/22/2025 | Carefirst | Fee For Service | $31.56 |
| 04/22/2025 | Carefirst | Fee For Service | $104.53 |
| 04/22/2025 | Carefirst | Fee For Service | $72.89 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**
Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 04/22/2025 | Novitas | Fee For Service | $8,138.40 |
| 4/22/2025 | Pay Plus | Fee For Service | $44.75 |
| 4/22/2025 | Pay Plus | Fee For Service | $22.05 |
| 04/23/2025 | Carefirst | Fee For Service | $4,864.74 |
| 04/23/2025 | Carefirst | Fee For Service | $85.71 |
| 04/23/2025 | Cigna | Fee For Service | $1.49 |
| 04/23/2025 | Novitas | Fee For Service | $1,632.47 |
| 4/23/2025 | TSYS | TSYS | $1,959.47 |
| 4/23/2025 | Pay Plus | Fee For Service | $723.39 |
| 4/23/2025 | Pay Plus | Fee For Service | $73.84 |
| 04/24/2025 | Aetna | Fee For Service | $178.38 |
| 4/24/2025 | Maryland Physician | Maryland Physician | $277.22 |
| 4/24/2025 | TSYS | TSYS | $707.48 |
| 4/24/2025 | Pay Plus | Fee For Service | $260.92 |
| 4/24/2025 | Pay Plus | Fee For Service | $33.87 |
| 4/24/2025 | Pay Plus | Fee For Service | $70.68 |
| 04/25/2025 | Carefirst | Fee For Service | $77.00 |
| 04/25/2025 | Carefirst | Fee For Service | $137.85 |
| 04/25/2025 | CFBC | Fee For Service | $1,652.69 |
| 04/25/2025 | Cigna | Fee For Service | $67.01 |
| 04/25/2025 | Novitas | Fee For Service | $385.11 |
| 4/25/2025 | TSYS | TSYS | $700.83 |
| 04/28/2025 | Carefirst | Fee For Service | $1,964.69 |
| 04/28/2025 | Cigna | Fee For Service | $121.94 |
| 04/28/2025 | Cigna | Fee For Service | $1,544.74 |
| 04/28/2025 | FEP | Fee For Service | $2,244.52 |
| 4/28/2025 | TSYS | TSYS | $487.95 |
| 4/28/2025 | TSYS | TSYS | $911.26 |
| 4/28/2025 | Pay Plus | Fee For Service | $22.07 |
| 04/29/2025 | Aetna | Fee For Service | $18.82 |
| 04/29/2025 | Aetna | Fee For Service | $81.25 |
| 04/29/2025 | Aetna | Fee For Service | $272.38 |
| 04/29/2025 | Novitas | Fee For Service | $6,108.69 |
| 4/29/2025 | UNHC Claim Pymt | UNHC Claim Pymt | $57.18 |
| 4/29/2025 | Pay Plus | Fee For Service | $339.99 |
| 4/29/2025 | Pay Plus | Fee For Service | $18.44 |
| 4/29/2025 | Pay Plus | Fee For Service | $69.04 |
| 4/29/2025 | Pay Plus | Fee For Service | $61.25 |
| 04/30/2025 | Aetna | Fee For Service | $47.43 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

**Month:** Apr-25

**CASH RECEIPTS DETAIL**    **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 04/30/2025 | Aetna | Fee For Service | $1,542.88 |
| 04/30/2025 | Aetna | Fee For Service | $4,077.43 |
| 04/30/2025 | Carefirst | Fee For Service | $82.89 |
| 04/30/2025 | Carefirst | Fee For Service | $82.89 |
| 04/30/2025 | Carefirst | Fee For Service | $18.43 |
| 04/30/2025 | Carefirst | Fee For Service | $4,377.37 |
| 04/30/2025 | Carefirst | Fee For Service | $18.84 |
| 04/30/2025 | Carefirst | Fee For Service | $85.71 |
| 04/30/2025 | CFBC | Fee For Service | $1,652.69 |

BTOR: Mid-Atlantic Rheumatology         CASE NO: 25-10845-DER

**Form 2-H-2**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Account No:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 04/04/2025 | | John Hancock | 401K payment | (4,345.56) |
| 04/18/2025 | | John Hancock | 401K payment | (3,799.78) |
| 04/21/2025 | | Adobe | Adobe application | (21.19) |
| 04/03/2025 | | Clear Checks | Background check | (69.99) |
| 04/03/2025 | | Clear Checks | Background check | (100.71) |
| 04/08/2025 | | Sandy Spring | Bank Service charge | (35.00) |
| 04/04/2025 | | Crowell & Moring | BK Trustee | (4,000.00) |
| 04/25/2025 | | Muntana Hittle | Bookkeeping | (180.00) |
| 04/03/2025 | | Intuit, QuickBooks | Bookkeeping application | (65.00) |
| 04/02/2025 | | TSYS | CC processing fees | (133.73) |
| 04/10/2025 | | TSYS | CC processing fees | (2,877.10) |
| 04/28/2025 | | AT&T | Cell phones | (436.64) |
| 04/17/2025 | | Clearwave Corporation | Check in system quarterly payment | (5,166.00) |
| 04/07/2025 | | ANZ Billing | Credentialing services | (200.00) |
| 04/07/2025 | | Besse | Drugs | (33,653.62) |
| 04/07/2025 | | NextGen | E M R system | (6,884.20) |
| 04/17/2025 | | Next Gen | E M R system | (3,357.00) |
| 04/25/2025 | | Kelly & Assoc | Embolyee Benefits | (8,720.27) |
| 04/24/2025 | | Colonial Life | Employee Benefits | (1,522.52) |
| 04/04/2025 | | Equipped MD In | Equipment rental | (750.00) |
| 04/21/2025 | | Hartford Insurance | Insurance | (870.00) |
| 04/09/2025 | | Verizon | Internet | (285.50) |
| 04/01/2025 | | Peake Technology | IT & Telephone Service | (3,130.16) |
| 04/23/2025 | | LinkedIn | LinkedIn | (429.21) |
| 04/08/2025 | | CE Lazers | Marketing material | (448.40) |
| 04/18/2025 | | MedChi | Medical Dues | (150.00) |
| 04/21/2025 | | UpDox | Medical Subscription | (143.05) |
| 04/07/2025 | | Henry Schein | Medical Supplies | (775.57) |
| 04/28/2025 | | Verizon | Office Internet | (285.50) |
| 04/03/2025 | | Amazon | Office Supplies | (26.49) |
| 04/09/2025 | | Amazon | Office Supplies | (10.36) |
| 04/09/2025 | | Amazon | Office Supplies | (27.06) |
| 04/09/2025 | | Amazon | Office supplies | (53.85) |
| 04/09/2025 | | Amazon | Office supplies | (56.55) |
| 04/10/2025 | | Ready Fresh | Office Supplies | (71.97) |
| 04/14/2025 | | Staples | Office Supplies | (211.95) |
| 04/17/2025 | | Amazon | Office Supplies | (45.32) |
| 04/18/2025 | | Amazon | Office Supplies | (42.63) |
| 04/18/2025 | | Amazon | Office Supplies | (91.49) |
| 04/18/2025 | | Drugs | Office Supplies | (28,921.20) |
| 04/01/2025 | | Chesapeake Paper Systems | Paper Destruction | (210.00) |

| Invoice Date | Creditor | Purpose of Debt | Due Date | Open Amt |
|---|---|---|---|---|
| 04/13/2025 | Besse | Infusion/Injection | 05/13/2025 | 22,872.61 |
| 04/30/2025 | Besse | Infusion/Injection | 05/30/2025 | 2,645.64 |
| 05/01/2025 | Besse | Infusion/Injection | 05/31/2025 | 78,835.67 |
| 04/06/2025 | Besse | Infusion/Injection | 05/06/2025 | 45,754.46 |
| 05/09/2025 | Besse | Infusion/Injection | 06/08/2025 | 67.69 |
| 05/02/2025 | Besse | Infusion/Injection | 06/01/2025 | 58.22 |
| 04/25/2025 | Besse | Infusion/Injection | 05/25/2025 | 16.55 |
| 04/18/2025 | Besse | Infusion/Injection | 05/18/2025 | 28.53 |
| | | | | 150,279.37 |

| | Sum of 0-30 | Count of 31-60 | Sum of 61-90 | Sum of 91-120 | Sum of 121-150 | Sum of 151-180 | Sum of 181-up | Sum of Bal Amt | Over 90 days | Over 120 days |
|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total (Gross) | $420,790.44 | $969.00 | $22,195.02 | $25,066.92 | $12,225.42 | $2,601.66 | $16,335.42 | $538,342.64 | $28,114.71 | $31,162.50 |
| % of gross total | 78.16% | 0.18% | 4.12% | 4.66% | 2.27% | 0.48% | 3.03% | | 5.22% | |
| Grand Total (net) | $210,395.22 | $484.50 | $11,097.51 | $12,533.46 | $4,890.17 | $780.50 | $4,083.86 | $244,265.21 | $22,287.98 | $9,754.52 |
| % of Net total | 86.13% | 0.20% | 4.54% | 5.13% | 2.00% | 0.32% | 1.67% | | 9.12% | |