United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: pdfall | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| | + | Michael W. Yurkewicz, Esq., Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| sp | + | Nan Gallagher, The Nan Gallagher Law Group, 52 Elm Street, Suite 1,, Morristown, NJ 07960-8612 |
| | + | Scott A. Zuber, Esq., Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068-1640 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32822593 | | Aetna, Inc., Aaron McCollough, c/o McGuireWoods LLP, 77 West Wacker Drive, Ste. 4100, Chicago, IL 60601-1818 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32804770 | | M&T Bank, PO Box 1508, Buffalo, New York, 14120 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | May 29 2025 19:32:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | May 29 2025 19:32:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | May 29 2025 19:31:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | May 29 2025 19:32:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0416-1                        User: admin                        Page 2 of 2

Date Rcvd: May 29, 2025                Form ID: pdfall                Total Noticed: 21

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Omnia Shedid | omnia.a.shedid@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: May 29th, 2025
Signed: May 29th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Subchapter V |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | : |  |
|  | : | Case No. 25-10845 |
|  | : |  |
| Debtor. | : |  |

**CONSENT ORDER (I) GRANTING MOTION FOR APPROVAL OF STIPULATION BETWEEN DEBTOR AND OI INFUSION SERVICES, LLC, (II) ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF OI INFUSION SERVICES, LLC, PURSUANT TO 11 U.S.C. § 503(B)(9), AND (III) APPROVING TERMS OF DEBTOR'S PAYMENTS TO SATISFY SUCH ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion (the "**Motion**") of Mid-Atlantic Rheumatology, LLC,

debtor and debtor in possession (the "**Debtor**"), for approval of the *Stipulation (I) Allowing*

*Administrative Expense Claim of OI Infusion Services, LLC, Pursuant to 11 U.S.C § 503(b)(9),*

*and (II) Approving Terms of Debtor's Payments to Satisfy Such Administrative Expense Claim* (the

"**Stipulation**"), attached hereto as **Exhibit 1** (capitalized terms used but not otherwise defined

herein have the meanings ascribed to them in the Stipulation), between the Debtor and OI Infusion

Services, LLC ("**OIIS**" and, together with the Debtor, the "**Parties**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, and considering the agreement of the Parties as reflected in this Order, and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted, and the Stipulation is approved; and it is further

**ORDERED**, that Parties are authorized to enter into, perform, and consummate the transactions set forth in and contemplated under the Stipulation; and it is further

**ORDERED**, that pursuant to Section 503(b)(9) of the Bankruptcy Code, the 503(b)(9) Claim held by OISS is hereby allowed in the amount of $112,195.25, as an administrative expense in the Debtor's case, and the Debtor's payments of the 503(b)(9) Claim on the terms as set forth in the Stipulation are hereby authorized and approved; and it is further

**ORDERED**, that the 503(b)(9) Claim and the Debtor's payments on account of the 503(b)(9) Claim as specified in the Stipulation shall not be subordinated or impaired by virtue of (a) any terms, conditions or provisions contained (i) in the Financing Order, including as such may be amended, modified and/or extended, or in any manner of post-Petition Date secured, unsecured and/or other form(s) of financing as may be approved on an interim and/or final basis in the Debtor's case, and/or (ii) in any plan of reorganization filed by the Debtor and/or confirmed in the Debtor's case pursuant to Sections 1189 and 1911 of the Bankruptcy Code, or (b) the conversion of the Debtor's case to a case under Chapter 7 of the Bankruptcy Code; and furthermore, the Debtor's payments to OIIS under the Stipulation shall not be subject to avoidance and recovery

2

under the Bankruptcy Code, under any applicable State Law and/or under principals of equity, and all such payments shall not be subject to recovery from OIIS; and it further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order and/or the Stipulation; and it is further

ORDERED, that the Stipulation shall become effective immediately upon entry of this Order.

SEEN AND AGREED:

/s/ Daniel A. Staeven
Daniel A. Staeven, Esq.
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

Counsel for the Debtor

/s/ William E. Schonberg
William E. Schonberg, Esq.
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114

Counsel for OI Infusion Services, LLC

/s/ Monique D. Almy
Monique D. Almy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004

Subchapter V Trustee

3

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Counsel for ADS Specialty Healthcare, LLC ("Besse")


*/s/ Bradley J. Swallow*
Brandley J. Swallow, Esq.
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202

Counsel for M & T Bank

*/s/ Scott A. Zuber*
Scott A. Zuber, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Counsel for Cardinal Health 108, LLC


REVIEWED WITHOUT OBJECTION:

*/s/ Hugh M. Bernstein*
Hugh M. Bernstein, Esq.
Office of the US Trustee
101 W Lombard St # 2625,
Baltimore, MD 21201

Attorney for the US Trustee


   **I HEREBY CERTIFY** that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original order, and the signatures represented by the ___/s/____ on this copy reference the signatures of consenting parties to the original consent order.


                                      /s/ Daniel A. Staeven
                                      Daniel A. Staeven


4

cc:    Debtor's Counsel
       Subchapter V Trustee
       United States Trustee
       All Creditors and Parties in Interest

**END OF ORDER**