**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | |
|---|---|
| In re: | * |
| | * |
| MID-ATLANTIC RHEUMATOLOGY, LLC | *  Case No. 25-10845-DER |
| | *  Chapter 11 (Subchapter V) |
| Debtor. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST APPLICATION FOR COMPENSATION IN A CASE UNDER**
**SUBCHAPTER V OF CHAPTER 11**

Daniel Alan Staeven and Frost & Associates, LLC (the "First Applicant"), hereby requests entry of an Order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Application, the Applicant requests that the Court allow an administrative claim for fees of $37,889.50 and expenses of $138.60. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1. Date Petition was filed:    January 31, 2025

2. Date Plan confirmed:    Pending

3. The Court authorized employment of Applicant by Order entered in this case on February 20, 2025, docket no. 63.

4. Amount of fees and expenses previously approved:

    a. Fees:    $0.00

    b. Expenses: $0.00

5. Amount of fees and expenses received to date:

    a. Fees:    $0.00

    b. Expenses: $0.00

6. Timer period covered by this Application:   January 31, 2025 – June 18, 2025

7. Fees requested in this Application: $37,889.50

    a. Daniel A. Staeven: $570.00 x 62.2 hours = $33,516.50

    b. Uriel Stern: $400.00 x 7.3 hours = $2,920.00

    c. Lacrista Bagley: $235.00 x 4.6 hours = $1,081.00

    d. Amy McKay: $225.00 x 1.1 hours = $247.50

    e. Christ Hebron: $250.00 x 0.4 hours = $125.00

8. Total hours in this Application: 75.7

9. Total expenses requested in this Application: $138.60

10. Total fees and expenses requested: **$38,028.10**

11. A billing statement is attached as **Exhibit A**.

12.     Brief description of services: Counsel had conversations with the Debtor regarding bankruptcy status, documents, and hearings required. Counsel represented the Debtor at the Individual Debtor Interview and Meeting of Creditors. Counsel prepared the pre-status conference report and uploaded it to the court. Counsel attended Status Hearing based on pre-status conference report. Counsel and staff participated in several calls with the Debtor regarding overall case management, plan support, Monthly Operating Reports, and resolution to outstanding issues for confirmation. Counsel prepared a plan, liquidation analysis, and other supporting exhibits. Counsel discussed the case status with creditors and parties who participated in the case. Counsel discussed case resolution with parties in interest, including United States Trustee trial attorney, Subchapter V Trustee, debtor's principal, and other counsel. Communicated with the Court regarding the resolution of outstanding motions and hearings.

13.     Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14.     Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15.     The use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order, which was entered in this case on February 4, 2025 (Docket No. 31).

**WHEREFORE**, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Dated:  June 19, 2025

  /s/ *Daniel A. Staeven*
Daniel Alan Staeven
Bar ID: 27662
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, MD 21401
daniel.staeven@frosttaxlaw.com
(410) 497-5947

*Counsel for*
*Mid-Atlantic Rheumatology, LLC*