

# INVOICE

Invoice # 102273
Date: 06/19/2025
Due On: 07/04/2025

839 Bestgate Road, Suite 400
Annapolis, MD 21401
Phone: (410) 497-5947
Email: billing@askfrost.com
AskFrost.com

Mid-Atlantic Rheumatology, LLC
231 Najoles Rd.
Millersville, MD 21108

## 20506- Mid-Atlantic Rheumatology, LLC

## Chapter 11 Bankruptcy

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/31/2025 | CTH | Cert Mail to The Corporation Trust Incorporated and OI Infustion Services LLC | 0.50 | $250.00 | $125.00 |
| 01/31/2025 | ADM | To Office : cert serv mailing | 0.90 | $225.00 | $202.50 |
| 02/01/2025 | DAS | No Charge: Amended filings related to first day motions | 0.30 | $0.00 | $0.00 |
| 02/01/2025 | DAS | Reviewed and responded to UST emails about 341 meeting and sent follow up meeting to BL (.1) Reviewed email about wire transfer, email to Besse counsel, and replied to counsel and BL (.1) Reviewed and responded to emails about 1st day motions (.1) | 0.30 | $570.00 | $171.00 |
| 02/02/2025 | DAS | Reviewed and responded to BL email about communication (.1) Reviewed and responded to UST email about 1st day motions (.1) Filed additional documents based on court responses and financials. (.2) | 0.40 | $570.00 | $228.00 |
| 02/02/2025 | DAS | Reviewed and responded to email re: wages motion (.1) Reviewed and responded to emails about IDI and 341 meeting (.2) | 0.30 | $570.00 | $171.00 |
| 02/02/2025 | DAS | Prepared email to court about cash collateral proposed order. | 0.20 | $570.00 | $114.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| 02/02/2025 | DAS | TC w/ counsel for M&T Bank re: agreed order and changes made by MTB. | 0.30 | $570.00 | $171.00 |
|---|---|---|---|---|---|
| 02/03/2025 | DAS | Reviewed and responded to emails from UST and Sub V about IDI / 341 dates and times. | 0.20 | $570.00 | $114.00 |
| 02/03/2025 | DAS | Reviewed order from MTB counsel (.1) and TC w/ MTB counsel about changes to order (.1) Reviewed changes by Besse and MTB to order and sent for agreement (.5) Prepared email to client about hearing at 2pm tomorrow (.1) | 0.80 | $570.00 | $456.00 |
| 02/03/2025 | DAS | No Charge: Prepared invitation for meeting of creditors | 0.10 | $0.00 | $0.00 |
| 02/03/2025 | DAS | Reviewed and responded to emails re: hearing (.1) Reviewed and responded to issues with Besse ordering (.1) | 0.20 | $570.00 | $114.00 |
| 02/04/2025 | DAS | Reviewed court documents and prepared amended COS (.5) Reviewed show cause and prepared response and filed documents (.5) | 1.00 | $570.00 | $570.00 |
| 02/04/2025 | DAS | No Charge: Prepared final version of Line response to Show Cause and filed with the Court. | 0.20 | $0.00 | $0.00 |
| 02/04/2025 | DAS | Hearing preparation reviewed documents (.5) Drive to/from Bankruptcy Court for first day motions (1.1) Attendance at hearing (.6) Meeting with UST and Sub V Trustee (.4) Meeting with client's post-hearing about the IDI (.5) | 3.10 | $570.00 | $1,767.00 |
| 02/05/2025 | DAS | Reviewed emails re: IDI and UST office document requests (.1) Reviewed and responded to email re: McKesson (.1) | 0.20 | $570.00 | $114.00 |
| 02/05/2025 | DAS | No Charge: Amended final version of COS for motions filed and filed with the court. | 0.50 | $0.00 | $0.00 |
| 02/05/2025 | DAS | Reviewed and amended drafts of motions for filing in case. | 0.40 | $570.00 | $228.00 |
| 02/05/2025 | LAB | Review email from Dan regarding IDI documents and email from UST attached, download documents. | 0.20 | $235.00 | $47.00 |
| 02/05/2025 | LAB | Revise MOR documents to include debtor's name, case number and file date in preparation of sending to client. | 0.50 | $235.00 | $117.50 |
| 02/05/2025 | LAB | Email client the IDI documents requested by the Trustee along with the MOR documents that will need to be completed and returned by February 11th. | 0.20 | $235.00 | $47.00 |
| 02/06/2025 | DAS | Prepared documents for filing with the court related to cash collateral order and court instruction about financial statements. | 0.30 | $570.00 | $171.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/2025 | DAS | Drafted motion to waive patient care ombudsmen and sent to UST for approval. | 0.70 | $570.00 | $399.00 |
| 02/06/2025 | DAS | Drafted final versions of accountant and NG applications for compensation. | 0.50 | $570.00 | $285.00 |
| 02/07/2025 | DAS | Reviewed and responded to email about IDI meeting (.3) Reviewed and responded to emails about Cardinal Health (.2) | 0.50 | $570.00 | $285.00 |
| 02/07/2025 | DAS | TC w/ Marc Asher re: application to employ affidavit and status of the case. | 0.30 | $570.00 | $171.00 |
| 02/07/2025 | DAS | Reviewed and finalized application to employ accountant and filed with the court. | 0.20 | $570.00 | $114.00 |
| 02/09/2025 | DAS | Reviewed application to employ for NG. Sent NG the affidavit/ declaration. | 0.20 | $570.00 | $114.00 |
| 02/10/2025 | DAS | Prepared and responded to emails from BL about cash flow statement and prepared affidavit as to no cash flow statement. | 0.30 | $570.00 | $171.00 |
| 02/10/2025 | DAS | No Charge: Prepared follow-up email re: Patient care ombudsmen | 0.10 | $0.00 | $0.00 |
| 02/10/2025 | DAS | Zoom Meeting with Cardinal Health re: secured position and language for final order. | 0.20 | $570.00 | $114.00 |
| 02/10/2025 | DAS | Preparing draft of motion to continue using bank accounts. Filed motion with court. | 0.70 | $570.00 | $399.00 |
| 02/10/2025 | DAS | Reviewed IDI file and confer w/ LB (.1) Reviewed and responded to emails from Quarterfield 100 counsel about lease rejection/ lease damages (.3) | 0.40 | $570.00 | $228.00 |
| 02/10/2025 | LAB | Review and reply to client's email regarding when Court hearings have been scheduled. | 0.20 | $235.00 | $47.00 |
| 02/10/2025 | LAB | Copy client's 6 months of bank statements and last 2 years of tax returns to the IDI Documents folder in preparation of sending to the Trustee. | 0.30 | $235.00 | $70.50 |
| 02/10/2025 | LAB | Redact client's 2022 tax return in preparation of sending to Trustee. | 0.40 | $235.00 | $94.00 |
| 02/11/2025 | DAS | Reviewed email from BL and uploaded affidavit re: no cash flow statement to court (.1) Reviewed Besse emails about payments/ credit terms, etc (.1) | 0.20 | $570.00 | $114.00 |
| 02/11/2025 | ADM | Document Download | 0.10 | $225.00 | $22.50 |
| 02/11/2025 | DAS | Finalized draft of motion no healthcare ombudsman is not necessary and filed with the court | 0.20 | $570.00 | $114.00 |
| 02/11/2025 | LAB | Review email from client regarding Hartford Business Owner's Policy Change showing the | 0.20 | $235.00 | $47.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| | | | | | |
|---|---|---|---|---|---|
| | | UST added as an additional insured; download to electronic case file. | | | |
| 02/11/2025 | LAB | Email DS regarding has client sent the new DIP banking information and the requested previous 6 months of cancelled checks and registered needed for the IDI packet. | 0.10 | $235.00 | $23.50 |
| 02/12/2025 | LAB | Telephone conference with client regarding new DIP information and the requested 6 months of cancelled checks and check registers that need to be sent to the UST today. Client is contacting the bank to get the electronic copies of requested items. | 0.20 | $235.00 | $47.00 |
| 02/12/2025 | LAB | Review and reply to client's email regarding the Microsoft Teams information. | 0.20 | $235.00 | $47.00 |
| 02/12/2025 | LAB | Starting preparing encrypted email with the IDI documents; waiting on client to send the DIP and requested banking information. | 0.20 | $235.00 | $47.00 |
| 02/12/2025 | LAB | Review DS email to UST's office regarding IDI meeting information to be sent to clients; Review UST's reply email regarding same. | 0.20 | $235.00 | $47.00 |
| 02/12/2025 | DAS | No Charge: Confer w/ LB about DIP, check registers, etc re: IDI meeting | 0.10 | $0.00 | $0.00 |
| 02/12/2025 | DAS | TC w/ Jonathan Eddelman re: lease for Quarterfield 100 | 0.20 | $570.00 | $114.00 |
| 02/13/2025 | LAB | Review client email regarding DIP banking information attached; download to electronic case file. | 0.20 | $235.00 | $47.00 |
| 02/13/2025 | LAB | Email encrypted DIP banking information to UST's office. | 0.10 | $235.00 | $23.50 |
| 02/13/2025 | DAS | Prepared COS for for scheduling order and confer w/ AM. | 0.30 | $570.00 | $171.00 |
| 02/13/2025 | DAS | Reviewed and responded to questions about IDI meeting. | 0.10 | $570.00 | $57.00 |
| 02/13/2025 | UMS | Effectuate service of Affidavit (Dkt. 51) | 0.40 | $400.00 | $160.00 |
| 02/14/2025 | DAS | Reviewed documents sent to UST for IDI (.1) Reviewed and responded to MTB email about the payment and sent follow up to BL (.1) | 0.20 | $570.00 | $114.00 |
| 02/14/2025 | DAS | Attendance IDI meeting with clients and Sub V Trustee, UST and UST analyst. (1.0) TC w/ client about issues related to IDI meeting (.2) | 1.20 | $570.00 | $684.00 |
| 02/14/2025 | LAB | Review email from client regarding 1 year of M&T Buy & Bill account statements attached, download to electronic file. | 0.20 | $235.00 | $47.00 |

| 02/14/2025 | LAB | Email DS regarding sending the Buy & Bill account statements to the UST; Review reply regarding same. | 0.20 | $235.00 | $47.00 |
|---|---|---|---|---|---|
| 02/14/2025 | LAB | Email M&T Buy & Bill account statements to the UST. | 0.10 | $235.00 | $23.50 |
| 02/15/2025 | DAS | Amended schedules, noted liens and made notes as to additional changes. | 0.40 | $570.00 | $228.00 |
| 02/17/2025 | DAS | Further amend schedules re: Cardinal Health/ M&T add'l account issues. | 0.20 | $570.00 | $114.00 |
| 02/17/2025 | DAS | Reviewed language for cash collateral order from Cardinal and preparing draft of order for final cash collateral hearing. | 0.50 | $570.00 | $285.00 |
| 02/17/2025 | DAS | Confer w/ US re: motion to value | 0.20 | $570.00 | $114.00 |
| 02/17/2025 | DAS | Reviewed and responded to BL email re: payment to Cardinal. | 0.10 | $570.00 | $57.00 |
| 02/17/2025 | UMS | Research re motion to value; begin drafting same | 3.20 | $400.00 | $1,280.00 |
| 02/17/2025 | LAB | Email Certificate of Good Standing and Chapter 11 Debtor's Acknowledgment to UST's office. | 0.20 | $235.00 | $47.00 |
| 02/17/2025 | LAB | Review email from client regarding Sandy Springs Bank statements attached (Dec. 2024 & Jan. 2025), download attachments to electronic file; Reply to client regarding Trustee requested last 6 months, please forward July – November 2024 statements. | 0.30 | $235.00 | $70.50 |
| 02/18/2025 | DAS | Reviewed draft language from Cardinal Health. Revised and sent back for comments. | 0.20 | $570.00 | $114.00 |
| 02/18/2025 | DAS | Preparing draft of cash collateral order for all parties. | 0.70 | $570.00 | $399.00 |
| 02/18/2025 | DAS | No Charge: TC w/ Court re: COS and adapted COS for court preferences. | 0.60 | $0.00 | $0.00 |
| 02/18/2025 | DAS | Reviewed insurance coverages and sent to TP @ UST. | 0.10 | $570.00 | $57.00 |
| 02/19/2025 | DAS | Reviewed emails re: Ohio case and document filed (.1) Reviewed and responded to email from NG and amended document for filing application to employ (.1) | 0.20 | $570.00 | $114.00 |
| 02/19/2025 | DAS | Reviewed final drafts and filed Application to employ NG (.3) Reviewed and responded to UST emails about cash management system motion/ amended order and consent order (.5) | 0.80 | $570.00 | $456.00 |
| 02/19/2025 | DAS | Reviewed status of cash collateral final order and sent version 1 of the order to the parties. | 0.20 | $570.00 | $114.00 |

| 02/19/2025 | LAB | Email Sandy Springs Dec. 2024 and Jan. 2025 bank statements to UST's office. | 0.10 | $235.00 | $23.50 |
|---|---|---|---|---|---|
| 02/20/2025 | DAS | Reviewed budget and TC w/ BL about budget narrative (.1) TC w/ Sub V Trustee about the budget (.3) | 0.40 | $570.00 | $228.00 |
| 02/20/2025 | DAS | Reviewed narrative of how the plan works out and replied to email for projections/updated budget | 0.20 | $570.00 | $114.00 |
| 02/20/2025 | UMS | Finish draft of motion to value, notice and proposed order (Cardinal) | 2.10 | $400.00 | $840.00 |
| 02/21/2025 | DAS | Reviewed and responded to Cardinal Health's counsel re: changes to cash collateral order (.1) Reviewed narrative of resolution to cash flow and business plan/ reviewed 6 month budget to provide to parties (.3) | 0.40 | $570.00 | $228.00 |
| 02/21/2025 | DAS | TC w/ MTB counsel re: status of consent order. | 0.10 | $570.00 | $57.00 |
| 02/21/2025 | DAS | TC w/ Besse counsel re: cash collateral | 0.30 | $570.00 | $171.00 |
| 02/21/2025 | DAS | Reviewed and responded to text message w/ Sub V Trustee and sent documents to Sub V Trustee. | 0.10 | $570.00 | $57.00 |
| 02/24/2025 | DAS | TC w/ MTB counsel about issues related to OI Infusion | 0.10 | $570.00 | $57.00 |
| 02/24/2025 | DAS | Reviewed and responded to emails re: MOC and courtroom hearing. | 0.10 | $570.00 | $57.00 |
| 02/24/2025 | DAS | Prepared final draft of consent order for cash management system and uploaded to the court. | 0.30 | $570.00 | $171.00 |
| 02/24/2025 | DAS | Reviewed response from OI Infusion re: motion to reject contract | 0.40 | $570.00 | $228.00 |
| 02/25/2025 | DAS | TC w/ MTB counsel re: OI infusion and cash collateral (.1) Reviewed email from Besse counsel about cash collateral (.1) Reworked order for final versions and sent to parties for review and approval (.5) Reviewed and responded to Sub V Trustee text messages about approval of cash collateral (.2) Prepared consent order for parties and reviewed emails from parties (.6) | 1.50 | $570.00 | $855.00 |
| 02/25/2025 | DAS | No Charge: Reviewed OI response/exhibits and left message for OI Infusion counsel. | 0.10 | $0.00 | $0.00 |
| 02/25/2025 | DAS | Reviewed and responded to emails re: business supply purchase and responded with additional questions. | 0.10 | $570.00 | $57.00 |
| 02/25/2025 | DAS | Prepared final drafts of motion to waive health care ombudsman. | 0.40 | $570.00 | $228.00 |
| 02/25/2025 | DAS | No Charge: Reviewed orders and consent orders with attachments. Uploaded amended orders/ | 0.70 | $0.00 | $0.00 |

budget and other documents.

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/2025 | DAS | Reviewed and responded to emails re: Sub V Trustee about hearing date for OI Infusion matter. | 0.10 | $570.00 | $57.00 |
| 02/26/2025 | DAS | Hearing and Meeting of Creditors preparation (.6) Attendance at meeting of creditors (.6) | 1.20 | $570.00 | $684.00 |
| 02/26/2025 | DAS | Reviewed and responded to emails about hearing notes/order from Sub V Trustee and US Trustee. (.5) Prepared line for accountant's address and contact information (.3) Working on amended budget with BL ( .4 ) | 1.20 | $570.00 | $684.00 |
| 02/26/2025 | DAS | Meeting w/ clients prep for hearing and meeting w/ UST/Sub V Trustee. Attendance at hearing for cash collateral, ombudsman, and cash management system. | 3.30 | $570.00 | $1,881.00 |
| 02/27/2025 | DAS | Prepared document for withdrawing 2nd motion-health care ombudsman (.3) Reviewed documents and confer w/ AR about consent order (.1) | 0.40 | $570.00 | $228.00 |
| 02/27/2025 | DAS | Reviewed and amended the order about health care ombudsman. Sent to parties for review. | 0.40 | $570.00 | $228.00 |
| 02/27/2025 | DAS | Amended consent order for cash collateral and submitted to parties for approval. | 1.20 | $570.00 | $684.00 |
| 02/28/2025 | DAS | No Charge: Reviewed signed order and submitted to accountant and BL. | 0.20 | $0.00 | $0.00 |
| 03/03/2025 | DAS | Reviewed and responded to BL email about court forms (.1) Reviewed and responded to opposing counsel for OI Infusion and sent follow up to client (.5) | 0.60 | $570.00 | $342.00 |
| 03/04/2025 | DAS | Drafting status report for case and file with the Court. Worked out escrow for status report with Sub V Trustee. | 0.80 | $570.00 | $456.00 |
| 03/04/2025 | DAS | Reviewed email re: MTB payments and send email follow up to MTB counsels about payment processing issues. | 0.10 | $570.00 | $57.00 |
| 03/04/2025 | DAS | Reviewed email from opposing counsel for 503(9) claim of OI Infusion/ Research claim elements (.5) Reviewed and responded to email from client about delivered supplies (.1) | 0.60 | $570.00 | $342.00 |
| 03/05/2025 | DAS | TC w/ BL re: MOR questions and reporting issues. | 0.10 | $570.00 | $57.00 |
| 03/05/2025 | DAS | Prepared draft of consent to reject for OI Infusion | 0.20 | $570.00 | $114.00 |
| 03/06/2025 | DAS | Amended drafts of motion to value and assorted papers. Filed motion with the court. | 0.80 | $570.00 | $456.00 |

| 03/06/2025 | DAS | Preparing draft of the plan, sent appendix to BL, and began drafting liquidation analysis. | 0.60 | $570.00 | $342.00 |
|---|---|---|---|---|---|
| 03/07/2025 | DAS | Prepared amended consent order and sent back to parties for approval. | 0.30 | $570.00 | $171.00 |
| 03/07/2025 | DAS | Drafted additional plan language related to OI Infusion's administrative claim, and saved to the file. | 0.50 | $570.00 | $285.00 |
| 03/09/2025 | DAS | Reviewed and responded to email from OI counsel about contract rejection consent order. | 0.10 | $570.00 | $57.00 |
| 03/09/2025 | DAS | No Charge: Sent updated appointment for Status Conference Hearing and Zoom information. | 0.10 | $0.00 | $0.00 |
| 03/10/2025 | DAS | Continued amending draft of plan of reorganization. | 0.20 | $570.00 | $114.00 |
| 03/10/2025 | DAS | Reviewed assents from parties about consent order to reject the contract of OI Infusion Services. Uploaded the final version to the court for signature and removal of hearing. Prepared email to courtroom deputy about consent order and removal of hearing request. | 0.30 | $570.00 | $171.00 |
| 03/10/2025 | DAS | Confer w/ Sub V TT about motion to value and setting new hearing date. | 0.30 | $570.00 | $171.00 |
| 03/11/2025 | DAS | Reviewed and responded to OI Infusion counsel and client about returning OI pumps (.1) Reviewed and responded to emails/ reviewed documents about payments being sent to OI (.3) Reviewed and responded to BL MOR question (.1) | 0.50 | $570.00 | $285.00 |
| 03/12/2025 | DAS | Reviewed opposing counsel email about OI payments and email from BL about OI payments. | 0.10 | $570.00 | $57.00 |
| 03/12/2025 | LAB | Review email from client regarding February Monthly Operating Report attached, download to electronic file. | 0.30 | $235.00 | $70.50 |
| 03/13/2025 | DAS | Began review of MOR documents. | 0.20 | $570.00 | $114.00 |
| 03/17/2025 | DAS | Reviewed and responded to email about MOR and bank account. | 0.10 | $570.00 | $57.00 |
| 03/17/2025 | DAS | Reviewed documents provided for monthly operating report. (.9) Follow up email re: updates on projections/Appendix A (.1) | 1.00 | $570.00 | $570.00 |
| 03/17/2025 | DAS | Reviewed and responded to email from OI Infusion counsel about payments/reporting. Sent follow up email to clarify details with BL. | 0.20 | $570.00 | $114.00 |
| 03/17/2025 | DAS | Reviewed and amended Appendix A for the plan provided by BL. | 0.40 | $570.00 | $228.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| 03/18/2025 | DAS | Reviewed emails from Sub V Trustee and sent reply email regarding status review hearing/ OI Infusion claims/ Motion to Value. | 0.30 | $570.00 | $171.00 |
|---|---|---|---|---|---|
| 03/18/2025 | DAS | Reviewed email re: Humana. Sent follow up to client and made plan changes. | 0.20 | $570.00 | $114.00 |
| 03/18/2025 | DAS | Reviewed reporting re: Besse/AP and requested A/R reporting, if any. Reviewed MOR documents for filing. | 0.20 | $570.00 | $114.00 |
| 03/18/2025 | DAS | Reviewed email from OI Infusion counsel about 20 day claim / admin status. | 0.10 | $570.00 | $57.00 |
| 03/18/2025 | DAS | Status Review Hearing Preparation (.2) Attendance at status review (.4) | 0.60 | $570.00 | $342.00 |
| 03/19/2025 | DAS | Reviewed and responded to emails from Sub V Trustee about OI Infusion admin claims. (.3) Confer w/ US re: admin claims v. secured claims (.1) | 0.40 | $570.00 | $228.00 |
| 03/19/2025 | DAS | Reviewed and redacted final documents for the Monthly Operating Report. Filed with the court. | 0.40 | $570.00 | $228.00 |
| 03/19/2025 | UMS | Research re 503(b)(9) and motion to value | 1.30 | $400.00 | $520.00 |
| 03/19/2025 | DAS | No Charge: Reviewed court email re: continued status conference and logged on calendar. | 0.10 | $0.00 | $0.00 |
| 03/19/2025 | DAS | Prepared follow up email from BL re: cash flow and admin payment to OI Infusion. | 0.20 | $570.00 | $114.00 |
| 03/20/2025 | DAS | Reviewed and responded to email from BL about February MOR and sent employment order to NG. | 0.10 | $570.00 | $57.00 |
| 03/20/2025 | DAS | Reviewed budget projections sent by BL and began incorporating into a plan for the debtor. | 0.40 | $570.00 | $228.00 |
| 03/20/2025 | DAS | TC w/ M & T Bank counsel about notifications to Dr. Maury and status of resolving issues. | 0.10 | $570.00 | $57.00 |
| 03/25/2025 | DAS | Reviewed email from Sub V Trustee (.1) TC w/ Sub V Trustee re: issues related to case, admin claims of OI and demand, plan issues and valuation motion (.6) | 0.70 | $570.00 | $399.00 |
| 04/01/2025 | DAS | Reviewed new proofs of claim and added to spreadsheet. | 0.30 | $570.00 | $171.00 |
| 04/02/2025 | DAS | Reviewed hearing and court dates re: Motion to Value for Cardinal Health. | 0.10 | $570.00 | $57.00 |
| 04/02/2025 | DAS | Reviewed and responded to email re: hearing 4/14 for Motion to Value- Cardinal Health. | 0.20 | $570.00 | $114.00 |
| 04/03/2025 | DAS | No Charge: Reviewed motion to value case status and case docket. | 0.20 | $0.00 | $0.00 |

| 04/04/2025 | DAS | Reviewed documents and sent email to court about motion to value. | 0.10 | $570.00 | $57.00 |
| 04/07/2025 | DAS | Reviewed email from courtroom deputy re: motion to value and sent/received messages to/from Sub V Trustee | 0.20 | $570.00 | $114.00 |
| 04/08/2025 | DAS | Prepared follow up email re: motion to value and entering court order. | 0.10 | $570.00 | $57.00 |
| 04/08/2025 | DAS | Reviewed Sub V Trustee communications with OI and admin expense issues. | 0.20 | $570.00 | $114.00 |
| 04/08/2025 | DAS | Reviewed budget for conversation w/ BL and TC w/ BL re: budget. | 0.70 | $570.00 | $399.00 |
| 04/09/2025 | DAS | Reviewed and responded to email from BL about the budget. Reviewed amended budget. | 0.40 | $570.00 | $228.00 |
| 04/09/2025 | DAS | Reviewed proof of claim filing for OI Infusion. | 0.10 | $570.00 | $57.00 |
| 04/10/2025 | DAS | Reviewed and responded to court emails about hearing on 4/14/2025 re: valuation of collateral. | 0.20 | $570.00 | $114.00 |
| 04/11/2025 | ADM | POC | 0.10 | $225.00 | $22.50 |
| 04/11/2025 | DAS | No Charge: Reviewed and responded to email re: hearing on 4/14. | 0.10 | $0.00 | $0.00 |
| 04/14/2025 | DAS | TC w/ Sub V Trustee re: OI admin claim and process related thereto. | 0.40 | $570.00 | $228.00 |
| 04/14/2025 | DAS | TC w/ Sub V trustee re: OI conversation and status for admin claim. | 0.10 | $570.00 | $57.00 |
| 04/15/2025 | DAS | Reviewed MOR documents and sent reply email for additional documents. | 0.60 | $570.00 | $342.00 |
| 04/16/2025 | DAS | Reviewed and responded to Sub V Trustee re: OI and CC lenders.(.1) Began draft of email to CC lenders about admin claim for OI Infusion (.1) | 0.20 | $570.00 | $114.00 |
| 04/17/2025 | DAS | Reviewed documents sent and added to MOR process. TC w/ BL about MOR documents. Filed MOR in the court. | 0.70 | $570.00 | $399.00 |
| 04/18/2025 | DAS | Reviewed UST email and sent follow up to client about March MOR. | 0.10 | $570.00 | $57.00 |
| 04/21/2025 | DAS | Reviewed stipulation re: OI admin claim. (.3) Reviewed email and sent follow up email to UST about income/taxes (.1) | 0.40 | $570.00 | $228.00 |
| 04/21/2025 | DAS | Reviewed POC for AETNA for overpayments. | 0.10 | $570.00 | $57.00 |
| 04/22/2025 | DAS | Reviewed Sub V Trustee email about status of OI admin claims on approach to Secured Parties. | 0.10 | $570.00 | $57.00 |
| 04/25/2025 | DAS | Reviewed and responded to email from Sub V Trustee about status of OI. | 0.10 | $570.00 | $57.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| 04/29/2025 | DAS | Reviewed emails re: OI admin claim and stipulations (.2) TC w/ Sub V Trustee re: OI admin claim (.1) | 0.30 | $570.00 | $171.00 |
|---|---|---|---|---|---|
| 04/30/2025 | DAS | Reviewed motion to approve stipulation and documents attached thereto. | 0.40 | $570.00 | $228.00 |
| 05/01/2025 | DAS | Prepared final draft of plan and filed with the court. | 1.10 | $570.00 | $627.00 |
| 05/01/2025 | DAS | Reviewed and responded to email from Sub V Trustee about issues related to plan filing and OI stipulation/motion. | 0.10 | $570.00 | $57.00 |
| 05/02/2025 | DAS | Reviewed Sub V Trustee email about plan filing dates/ OI motion and stipulation. (.1) TC w/ OI counsel re: admin claim (.2) | 0.30 | $570.00 | $171.00 |
| 05/05/2025 | DAS | TC w/ Trustee re: status of case and OI issues. | 0.20 | $570.00 | $114.00 |
| 05/06/2025 | DAS | Reviewed final drafts of OI stipulation and motion and submit to cash collateral parties for final approval. | 0.40 | $570.00 | $228.00 |
| 05/07/2025 | DAS | Sent follow up email to Besse counsel about OI stipulation and motion. | 0.10 | $570.00 | $57.00 |
| 05/07/2025 | DAS | Reviewed and filed documents related to Motion to approve stipulation with OI. | 0.80 | $570.00 | $456.00 |
| 05/09/2025 | UMS | t/cs w/ court re order on dkt 98; confer w/ DS re same | 0.30 | $400.00 | $120.00 |
| 05/09/2025 | DAS | Prepared amended draft of consent order with rules language about consents. | 0.20 | $570.00 | $114.00 |
| 05/12/2025 | DAS | Reviewed and responded to email from Sub V Trustee re: confirmation dates. | 0.10 | $570.00 | $57.00 |
| 05/12/2025 | DAS | Reviewed and responded to BL for hearing on 5/20 (.1) Reviewed/Responded to email from BL about OI statements and sent email to OI counsel (.1) | 0.20 | $570.00 | $114.00 |
| 05/13/2025 | DAS | Reviewed and responded emails re: OI statements and hearing dates | 0.30 | $570.00 | $171.00 |
| 05/13/2025 | DAS | Reviewed scheduling order for service of plan and confer w/ AM about service of plan. | 0.30 | $570.00 | $171.00 |
| 05/14/2025 | DAS | Reviewed and drafted amended COS and amended consent order based on court suggestions for OI consent motion.(.3) Amended certificate of service for plan service (.2) | 0.50 | $570.00 | $285.00 |
| 05/15/2025 | DAS | Reviewed and responded to email from Cardinal counsel about plan and votes. | 0.10 | $570.00 | $57.00 |
| 05/15/2025 | DAS | Reviewed court hearing scheduled for 5/20 and | 0.10 | $570.00 | $57.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| | | | | | |
|---|---|---|---|---|---|
| | | sent email to the court. | | | |
| 05/16/2025 | DAS | Reviewed and responded to email re: confirmation hearing/status hearing (.1) Reviewed documents submitted for April MOR (.3) | 0.40 | $570.00 | $228.00 |
| 05/19/2025 | DAS | Preparing documents for Monthly Operating Report and emailed client about additional document. | 0.50 | $570.00 | $285.00 |
| 05/19/2025 | DAS | Prepared final documents for filing monthly operating report (.3) Reviewed and responded to email from client about MOR and distributions under the plan (.3) | 0.60 | $570.00 | $342.00 |
| 05/19/2025 | DAS | Reviewed and responded to email from client about OI plan and payments. | 0.10 | $570.00 | $57.00 |
| 05/20/2025 | DAS | Reviewed OI response re: statements and sent follow up to BL. | 0.10 | $570.00 | $57.00 |
| 05/23/2025 | DAS | Reviewed email and documents from rejected lease landord's attorney and sent documents (.2) Reviewed and responded to BL email about old creditor and sent follow up email to old creditor (.1) | 0.30 | $570.00 | $171.00 |
| 05/29/2025 | DAS | Reviewed court communication re: OI Infusion Stip and prepared documents. | 0.20 | $570.00 | $114.00 |
| 05/30/2025 | DAS | Reviewed updated insurance certificate and sent to UST. | 0.10 | $570.00 | $57.00 |
| 06/03/2025 | DAS | Reviewed ballot for secured portion for Cardinal and sent follow up emails about unsecured ballot. Received unsecured ballot and saved to the file. | 0.30 | $570.00 | $171.00 |
| 06/03/2025 | DAS | Reviewed code for confirmation and case resolution | 0.10 | $570.00 | $57.00 |
| 06/04/2025 | DAS | TC w/ Brad Swallow re: M & T Bank (.1) Reviewed Marjorie email and sent follow up to BL about M & T Bank loan (.2) Reviewed response email from BL re: M & T Bank loan and sent reply to M&T Bank counsels (.3) | 0.60 | $570.00 | $342.00 |
| 06/11/2025 | DAS | Reviewed and responded to emails re: OI Infusion payment (.2) Prepared email to BL re: payment to OI (.2) | 0.40 | $570.00 | $228.00 |
| 06/15/2025 | DAS | Reviewed proposed confirmation order language re: MTB (.1) Reviewed and responded to BL email about practice status (.1) | 0.20 | $570.00 | $114.00 |
| 06/16/2025 | DAS | Reviewed case status and TC w/ BL about MOR and business income issues. | 0.50 | $570.00 | $285.00 |
| 06/16/2025 | DAS | TC w/ Subchapter V Trustee re: status of case | 0.40 | $570.00 | $228.00 |

Invoice # 102273 - 20506- Mid-Atlantic Rheumatology, LLC - 06/19/2025

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/16/2025 | DAS | Reviewed ballot from MTB and saved to votes file. | 0.10 | $570.00 | $57.00 |
| 06/16/2025 | DAS | TC w/ BL and Subchapter V Trustee regarding case status and case resolution. (.7) Prepared email to OI counsel re: status of payment (.1) | 0.80 | $570.00 | $456.00 |
| 06/17/2025 | DAS | Reviewed data provided by BL for monthly reporting and prepared monthly reporting. | 0.50 | $570.00 | $285.00 |
| 06/17/2025 | DAS | TC w/ BL re: status of OI payment | 0.10 | $570.00 | $57.00 |
| | | | **Quantity Subtotal** | | **75.7** |
| | | | **Services Subtotal** | | **$37,889.50** |

### Expenses

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/31/2025 | CTH | Certified Mail: Cert Mail to The Corporation Trust Incorporated and OI Infustion Services LLC | 2.00 | $10.99 | $21.98 |
| 02/04/2025 | AEB | Parking: DS-Parking | 1.00 | $33.00 | $33.00 |
| 02/26/2025 | AEB | Parking: DS- Parking Baltimore | 1.00 | $37.00 | $37.00 |
| 05/13/2025 | ADM | Mail: Mailing of Second Sched Order / Plan | 18.00 | $2.59 | $46.62 |
| | | | **Expenses Subtotal** | | **$138.60** |
| | | | **Quantity Total** | | **75.7** |
| | | | **Subtotal** | | **$38,028.10** |
| | | | **Total** | | **$38,028.10** |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $0.00 | + $38,028.10 ) - ( | $0.00 ) = | **$38,028.10** |

*Please note that your outstanding balance listed under the above Statement of Account may include an outstanding prior Trust replenishment request in the total amount due. If your engagement agreement requires a retainer replenishment, you will receive a separate notification setting forth the replenishment amount due in the future.* If you have any questions please contact billing@frosttaxlaw.com or call 410-497-5947.

Please make all amounts payable to: Frost Law

To pay online, go to AskFrost.com/pay