**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, | * | Case No. 25-10845-DER |
| LLC | * | Chapter 11 (Subchapter V) |
|     Debtor. | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING FIRST APPLICATION FOR COMPENSATION IN CASE**
**UNDER SUBCHAPTER V OF CHAPTER 11**

NOTICE IS HEREBY GIVEN that the Debtor-in-Possession has submitted to the Court a First Application for Compensation of Daniel A. Staeven, Esq. and Frost & Associates, LLC, in a case under Subchapter V of Chapter 11.

Any objection to the Application for Compensation shall be filed in writing with the Clerk of the Court on or before twenty-one (21) days from the date of this notice. Copies of the objection must be served on the Trustee, the US Trustee, the Debtor, and the Attorneys for the Debtor.

DATED: June 19, 2025

*/s/ Daniel A. Staeven,*
Daniel A. Staeven
Fed. Bar No.: 27662
Frost & Associates, LLC
839 Bestgate Road Suite 400
Tel.: (410) 497-5964
Email: daniel.staeven@frosttaxlaw.com

*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 19 June 2025, the foregoing Notice was served via:

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Omnia Shedid omnia.a.shedid@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**25-10845 Notice will not be electronically mailed to:**

Debtor(s): Mid-Atlantic Rheumatology, LLC
Marc Asher
Asher & Associates, LLC
9515 Deereco Road
Suite 710
Timonium, MD 21093

Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1,
Morristown, NJ 07960

William E. Schonberg, Esq. on behalf of Creditor OI Infusion Services, LLC
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square
Suite 4900
Cleveland, OH 44114

/s/ Daniel A. Staeven
Daniel A. Staeven