**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re:                                    *

                                          *

MID-ATLANTIC RHEUMATOLOGY,   *        Case No. 25-10845-DER
LLC                                       *        Chapter 11 (Subchapter V)

    Debtor.                            *

                                          *

                *

                                          *

*    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER GRANTING FIRST APPLICATION FOR COMPENSATION**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**
**THE PERIOD JANUARY 31, 2025, THROUGH JUNE 18, 2025**

Upon consideration of the Application of Frost & Associates, LLC for Allowance of

Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for

the Debtor under Subchapter V of Chapter 11 for the Period from January 31, 2025, through

June 18, 2025 (the "First Application"); it appearing to the Court that sufficient and proper notice

of the Application was given, that the compensation requested in the Application is reasonable;

and other good cause having been shown for approving the Application; it is, by the United

States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Application is hereby **GRANTED**; and it is further

**ORDERED**, that Frost & Associates, LLC is hereby granted and allowed compensation on an interim basis, pursuant to 11 U.S.C. § 331, in the amount of $37,889.50 for services rendered and reimbursement of expenses of $138.60 incurred as counsel for the Debtor during the period from January 31, 2025, through June 18, 2025, and it is further

**ORDERED,** that the Debtors are hereby authorized and directed to pay to Frost & Associates, LLC the allowed fees and expenses due to Frost & Associates, LLC under the Application; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

cc:
Debtor's Counsel
Subchapter V Trustee
United States Trustee
Debtor's Co-Counsel
All Creditors

**END OF ORDER**