**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 05/01/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | $362.87 |
| 05/01/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461800866 | Fee-for-service | 125.78 |
| 05/01/2025 | CIGNA HCCLAIMPMT            1891131918 | Fee-for-service | 112.74 |
| 05/02/2025 | AETNA AS01 HCCLAIMPMT       1891131918 | Fee-for-service | 143.35 |
| 05/02/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 11,084.16 |
| 05/02/2025 | UCBcopaysavprog ACH PAYMTS  C258031-031125 | Co-Pay card | 35.00 |
| 05/05/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461804107 | Fee-for-service | 1,896.75 |
| 05/05/2025 | CAREFIRST MDFEP HCCLAIMPMT  2760612870 | Fee-for-service | 31.46 |
| 05/05/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650051644 | Fee-for-service | 94.53 |
| 05/05/2025 | CFMI FEP Non-Pos HCCLAIMPMT 8750034441 | Fee-for-service | 1,016.47 |
| 05/05/2025 | CIGNA HCCLAIMPMT            1891131918 | Fee-for-service | 175.80 |
| 05/05/2025 | Mid Atlantic Rheumtology | Transfer from Checking 9513 to buy and bill | 15000.00 |
| 05/06/2025 | AETNA A04 HCCLAIMPMT        1891131918 | Fee-for-service | 147.14 |
| 05/06/2025 | AETNA AS01 HCCLAIMPMT       1891131918 | Fee-for-service | 1,713.87 |
| 05/06/2025 | AETNA AS01 HCCLAIMPMT       1891131918 | Fee-for-service | 479.31 |
| 05/06/2025 | CAREFIRST OF MD HCCLAIMPMT  2260784982 | Fee-for-service | 26.49 |
| 05/06/2025 | CAREFIRSTMEDGAP HCCLAIMPMT  2860374308 | Fee-for-service | 26.49 |
| 05/06/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 6,833.89 |
| 05/07/2025 | AETNA AS01 HCCLAIMPMT       1891131918 | Fee-for-service | 165.85 |
| 05/07/2025 | CFBC HCCLAIMPMT             742271328 | Fee-for-service | 82.89 |
| 05/07/2025 | CIGNA HCCLAIMPMT            1891131918 | Fee-for-service | 326.77 |
| 05/07/2025 | GHMSI HCCLAIMPMT            742275501 | Fee-for-service | 7,057.53 |
| 05/07/2025 | GHMSI HCCLAIMPMT            742275502 | Fee-for-service | 20.73 |
| 05/07/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 3,084.36 |
| 05/07/2025 | UCBcopaysavprog ACH PAYMTS  C260667-041725 | Co-Pay card | 171.64 |
| 05/08/2025 | CAREFIRST BLUECH HCCLAIMPMT 3650640455 | Fee-for-service | 234.13 |
| 05/08/2025 | CAREFIRSTMEDGAP HCCLAIMPMT  2860375017 | Fee-for-service | 37.13 |
| 05/08/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 1,769.09 |
| 05/08/2025 | PALMETTO GBA HCCLAIMPMT     1891131918 | Fee-for-service | 103.86 |
| 05/09/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461810143 | Fee-for-service | 411.98 |
| 05/09/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461812643 | Fee-for-service | 2,406.85 |
| 05/09/2025 | CAREFIRST OF MD HCCLAIMPMT  2260786904 | Fee-for-service | 124.53 |
| 05/09/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650054684 | Fee-for-service | 551.02 |
| 05/09/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 4,660.57 |
| 05/09/2025 | PALMETTO GBA HCCLAIMPMT     1891131918 | Fee-for-service | 1,294.94 |
| 05/12/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461813123 | Fee-for-service | 385.76 |
| 05/12/2025 | CFMI FEP Non-Pos HCCLAIMPMT 8750036723 | Fee-for-service | 591.17 |
| 05/12/2025 | CFMI FEP Postal HCCLAIMPMT  8850012332 | Fee-for-service | 14.28 |
| 05/12/2025 | CIGNA HCCLAIMPMT            1891131918 | Fee-for-service | 115.68 |
| 05/12/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 3,316.65 |
| 05/12/2025 | UCBcopaysavprog ACH PAYMTS  C262366-040925 | Co-Pay card | 342.00 |
| 05/12/2025 | UCBcopaysavprog ACH PAYMTS  C262418-040925 | Co-Pay card | 15.52 |
| 05/13/2025 | AETNA A04 HCCLAIMPMT        1891131918 | Fee-for-service | 139.41 |
| 05/13/2025 | AETNA AS01 HCCLAIMPMT       1891131918 | Fee-for-service | 512.60 |
| 05/13/2025 | CAREFIRST OF MD HCCLAIMPMT  2260789733 | Fee-for-service | 1,718.69 |
| 05/13/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650056345 | Fee-for-service | 109.53 |
| 05/13/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 353.29 |
| 05/14/2025 | AETNA A04 HCCLAIMPMT        1891131918 | Fee-for-service | 47.43 |
| 05/14/2025 | CIGNA EDGE TRANS HCCLAIMPMT 602400739003 | Fee-for-service | 158.57 |
| 05/14/2025 | GHMSI HCCLAIMPMT            742332604 | Fee-for-service | 4,390.34 |
| 05/14/2025 | NOVITAS HCCLAIMPMT          1891131918 | Fee-for-service | 3,801.59 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 05/15/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 148.98 |
| 05/15/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461817145 | Fee-for-service | 20.90 |
| 05/15/2025 | CAREFIRST OF MD HCCLAIMPMT  2260791081 | Fee-for-service | 69.90 |
| 05/15/2025 | CAREFIRSTMEDGAP HCCLAIMPMT  2860377088 | Fee-for-service | 78.26 |
| 05/15/2025 | DEPOSIT | Fee-for-service | 15,000.00 |
| 05/15/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 2,228.48 |
| 05/15/2025 | PALMETTO GBA HCCLAIMPMT    1891131918 | Fee-for-service | 145.57 |
| 05/16/2025 | CIGNA HCCLAIMPMT        1891131918 | Fee-for-service | 170.79 |
| 05/16/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 6,978.54 |
| 05/16/2025 | Wellpoint MD5C HCCLAIMPMT  3272041915 | Fee-for-service | 133.26 |
| 05/19/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 1,686.00 |
| 05/19/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461821313 | Fee-for-service | 293.20 |
| 05/19/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461822774 | Fee-for-service | 1,899.44 |
| 05/19/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650059197 | Fee-for-service | 60.83 |
| 05/19/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650059335 | Fee-for-service | 94.53 |
| 05/19/2025 | CFMI FEP Non-Pos HCCLAIMPMT 8750038984 | Fee-for-service | 2,242.50 |
| 05/19/2025 | CIGNA HCCLAIMPMT        1891131918 | Fee-for-service | 97.74 |
| 05/20/2025 | AETNA A04 HCCLAIMPMT       1891131918 | Fee-for-service | 1,687.00 |
| 05/20/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 129.38 |
| 05/20/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 941.23 |
| 05/21/2025 | CAREFIRST ADVANT HCCLAIMPMT 5940075077 | Fee-for-service | 181.95 |
| 05/21/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461825376 | Fee-for-service | 324.18 |
| 05/21/2025 | CIGNA EDGE TRANS HCCLAIMPMT 600200707012 | Fee-for-service | 210.99 |
| 05/21/2025 | CIGNA HCCLAIMPMT        1891131918 | Fee-for-service | 147.68 |
| 05/21/2025 | GHMSI HCCLAIMPMT        742391256 | Fee-for-service | 7,725.59 |
| 05/21/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 2,518.06 |
| 05/21/2025 | Wellpoint MD5C HCCLAIMPMT  3272427698 | Fee-for-service | 187.59 |
| 05/22/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461827215 | Fee-for-service | 300.38 |
| 05/22/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461827356 | Fee-for-service | 43.94 |
| 05/22/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 10,441.84 |
| 05/23/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461830213 | Fee-for-service | 2,097.10 |
| 05/23/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650062595 | Fee-for-service | 1,688.69 |
| 05/23/2025 | CIGNA EDGE TRANS HCCLAIMPMT 600701130478 | Fee-for-service | 140.68 |
| 05/23/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 2,230.57 |
| 05/27/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 100.85 |
| 05/27/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461830912 | Fee-for-service | 1,881.77 |
| 05/27/2025 | CAREFIRSTMEDGAP HCCLAIMPMT  2860380272 | Fee-for-service | 41.13 |
| 05/27/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650063759 | Fee-for-service | 94.53 |
| 05/27/2025 | CFMI FEP Non-Pos HCCLAIMPMT 8750041650 | Fee-for-service | 1,261.68 |
| 05/27/2025 | CIGNA HCCLAIMPMT        1891131918 | Fee-for-service | 222.72 |
| 05/27/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 3,273.75 |
| 05/28/2025 | AETNA A04 HCCLAIMPMT       1891131918 | Fee-for-service | 71.70 |
| 05/28/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 772.32 |
| 05/28/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 459.86 |
| 05/28/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461834336 | Fee-for-service | 84.53 |
| 05/28/2025 | CAREFIRST OF MD HCCLAIMPMT  2260797408 | Fee-for-service | 153.13 |
| 05/28/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650064269 | Fee-for-service | 1,688.69 |
| 05/28/2025 | CIGNA EDGE TRANS HCCLAIMPMT 603001098294 | Fee-for-service | 1,654.06 |
| 05/28/2025 | GHMSI HCCLAIMPMT        742450366 | Fee-for-service | 6,483.47 |
| 05/28/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 11,196.50 |
| 05/29/2025 | AETNA AS01 HCCLAIMPMT      1891131918 | Fee-for-service | 168.58 |
| 05/29/2025 | NOVITAS HCCLAIMPMT       1891131918 | Fee-for-service | 5,415.64 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**                                    Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 05/29/2025 | Wellpoint MD5C HCCLAIMPMT   3273055476 | Fee-for-service | 221.80 |
| 05/30/2025 | CAREFIRST BLUECH HCCLAIMPMT 2461837606 | Fee-for-service | 167.42 |
| 05/30/2025 | CAREFIRST OF MD HCCLAIMPMT  2260798343 | Fee-for-service | 73.31 |
| 05/30/2025 | CFBC FEP Non-Pos HCCLAIMPMT 8650065337 | Fee-for-service | 94.53 |
| 05/30/2025 | NOVITAS HCCLAIMPMT        1891131918 | Fee-for-service | 647.27 |
| 05/30/2025 | UCBcopaysavprog ACH PAYMTS  C266030-041725 | Co-Pay card | 340.54 |
| 05/30/2025 | UCBcopaysavprog ACH PAYMTS  C266046-052025 | Co-Pay card | 50.00 |
| 5/1/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 634.21 |
| 5/1/2025 | UMR HC | UMR HCCLAIMPMT CK689231070935451138293356*1391995276*0000 UMR01\ | 41.53 |
| 5/2/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1312.25 |
| 5/2/2025 | PAY PLUS HC | Fee-For-Service | 944.51 |
| 5/2/2025 | PAY PLUS HC | Fee-For-Service | 36.35 |
| 5/5/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1231.12 |
| 5/5/2025 | PNC-ECHO HC | Fee-For-Service | 1091.32 |
| 5/5/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 507.33 |
| 5/5/2025 | UNITEDHEALTHCARE HC | UNITEDHEALTHCARE HCCLAIMPMT W321556091*1411289245*000087726\ | 158.01 |
| 5/5/2025 | PAY PLUS HC | Fee-For-Service | 20.75 |
| 5/6/2025 | PNC-ECHO HC | Fee-For-Service | 725.70 |
| 5/6/2025 | UnitedHealthcare HC | UnitedHealthcare HCCLAIMPMT T2319433*1411289245*000087726\ | 95.64 |
| 5/6/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 53.42 |
| 5/6/2025 | PAY PLUS HC | Fee-For-Service | 36.35 |
| 5/7/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 673.10 |
| 5/7/2025 | PAY PLUS HC | Fee-For-Service | 183.65 |
| 5/7/2025 | Maryland Physici HC | Fee-For-Service | 159.81 |
| 5/7/2025 | PNC-ECHO HC | Fee-For-Service | 137.96 |
| 5/7/2025 | PNC-ECHO HC | Fee-For-Service | 132.46 |
| 5/7/2025 | PAY PLUS HC | Fee-For-Service | 18.45 |
| 5/7/2025 | PAY PLUS HC | Fee-For-Service | 15.01 |
| 5/8/2025 | PAY PLUS HC | Fee-For-Service | 1646.07 |
| 5/8/2025 | UnitedHealthcare HC | UnitedHealthcare HCCLAIMPMT T2479879*1411289245*000087726\ | 1517.12 |
| 5/8/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 908.73 |
| 5/8/2025 | UMR HC | UMR HCCLAIMPMT CK689301549878151208418872*1391995276*0000 UMR01\ | 50.00 |
| 5/8/2025 | PAY PLUS HC | Fee-For-Service | 41.95 |
| 5/9/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 412.47 |
| 5/9/2025 | UHC OF THE MIDAT HC | UHC OF THE MIDAT HCCLAIMPMT 25127B1000611925*1521130183*000004567\ | 274.15 |
| 5/12/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 994.08 |
| 5/12/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 644.00 |
| 5/12/2025 | PAY PLUS HC | Fee-For-Service | 365.92 |
| 5/12/2025 | Maryland Physici HC | Maryland Physici HCCLAIMPMT 36618241*1223476498~ | 18.22 |
| 5/13/2025 | | DEPOSIT | 3086.02 |
| 5/13/2025 | PNC-ECHO HC | Fee-For-Service | 746.00 |
| 5/13/2025 | PAY PLUS HC | Fee-For-Service | 84.83 |
| 5/13/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 42.50 |
| 5/14/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 689.86 |
| 5/14/2025 | PAY PLUS HC | Fee-For-Service | 365.92 |
| 5/14/2025 | PAY PLUS HC | Fee-For-Service | 183.65 |
| 5/14/2025 | PAY PLUS HC | Fee-For-Service | 36.35 |
| 5/14/2025 | PNC-ECHO HC | Fee-For-Service | 15.00 |
| 5/15/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 908.77 |
| 5/15/2025 | PNC-ECHO HC | Fee-For-Service | 247.40 |
| 5/15/2025 | Maryland Physici HC | Maryland Physici HCCLAIMPMT 36698970*1223476498~ | 174.41 |
| 5/15/2025 | PAY PLUS HC | Fee-For-Service | 36.35 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Apr-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*                          Account No:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 5/15/2025 | PAY PLUS HC | Fee-For-Service | 16.77 |
| 5/16/2025 | PNC-ECHO HC | Fee-For-Service | 582.88 |
| 5/16/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 404.99 |
| 5/16/2025 | PAY PLUS HC | Fee-For-Service | 59.42 |
| 5/19/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1423.14 |
| 5/19/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 493.80 |
| 5/19/2025 | PNC-ECHO HC | Fee-For-Service | 472.75 |
| 5/19/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 20.00 |
| 5/21/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1486.40 |
| 5/21/2025 | PNC-ECHO HC | Fee-For-Service | 678.54 |
| 5/21/2025 | PAY PLUS HC | Fee-For-Service | 311.29 |
| 5/22/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1365.15 |
| 5/23/2025 | | Fee-For-Service | 3805.07 |
| 5/23/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 403.71 |
| 5/23/2025 | PAY PLUS HC | Fee-For-Service | 363.06 |
| 5/23/2025 | UnitedHealthcare HC | UnitedHealthcare HCCLAIMPMT 25141B1000696233*1362739571*000004567\ | 145.56 |
| 5/23/2025 | PAY PLUS HC | Fee-For-Service | 137.73 |
| 5/27/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 691.00 |
| 5/27/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 506.62 |
| 5/27/2025 | Maryland Physici HC | Maryland Physici HCCLAIMPMT 36889205*1223476498~ | 391.26 |
| 5/27/2025 | UNITEDHEALTHCARE HC | UNITEDHEALTHCARE HCCLAIMPMT W323768284*1411289245*000087726\ | 243.02 |
| 5/27/2025 | PAY PLUS HC | Fee-For-Service | 69.04 |
| 5/27/2025 | PAY PLUS HC | Fee-For-Service | 25.93 |
| 5/27/2025 | PNC-ECHO HC | Fee-For-Service | 21.66 |
| 5/27/2025 | HUMANA GOVERNMEN HC | HUMANA GOVERNMEN HCCLAIMPMT PRENOTIFPCER5*1571132733*000000000~ | 0.00 |
| 5/28/2025 | PAY PLUS HC | Fee-For-Service | 98.57 |
| 5/28/2025 | PAY PLUS HC | Fee-For-Service | 69.96 |
| 5/28/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 25.50 |
| 5/29/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 1335.15 |
| 5/29/2025 | PAY PLUS HC | Fee-For-Service | 567.02 |
| 5/29/2025 | PNC-ECHO HC | Fee-For-Service | 275.70 |
| 5/29/2025 | Maryland Physici HC | Maryland Physici HCCLAIMPMT 36947518*1223476498~ | 263.65 |
| 5/29/2025 | UHC OF THE MIDAT HC | UHC OF THE MIDAT HCCLAIMPMT 25145B1000189302*1521130183*000004567\ | 259.94 |
| 5/29/2025 | UnitedHealthcare HC | UnitedHealthcare HCCLAIMPMT 40023059*1411289245*000087726\ | 36.71 |
| 5/30/2025 | PAY PLUS HC | Fee-For-Service | 428.47 |
| 5/30/2025 | TSYS/TRANSFIRST CR | Fee-For-Service | 407.50 |
| 5/30/2025 | PNC-ECHO HC | Fee-For-Service | 282.67 |
| 5/30/2025 | PNC-ECHO HC | Fee-For-Service | 263.65 |
| 5/30/2025 | UNITEDHEALTHCARE HC | UNITEDHEALTHCARE HCCLAIMPMT W324362303*1411289245*000087726\ | 66.64 |
| 5/30/2025 | PAY PLUS HC | Fee-For-Service | 42.70 |

$217,029.35

BTOR:  Mid-Atlantic Rheumatology                                CASE NO:               25-10845-DER

**Form 2-H-2**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Account No:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 05/01/2025 | | MID-ATLANTIC | Payroll | $730.63 |
| 05/01/2025 | | MID-ATLANTIC | Payroll | $49,177.06 |
| 05/02/2025 | | Valley 3604 BILLING | Payroll Service Charge | $66.95 |
| 05/02/2025 | | JOHN HANCOCK | 401K | $3,026.71 |
| 05/02/2025 | | PEAKE TECHNOLOGY | It & Phone | $3,118.16 |
| 05/02/2025 | | Valley TAX | Payroll Tax | $29,731.66 |
| 05/05/2025 | | INTUIT * QBooks Onl | Bookkeeping system | $65.00 |
| 05/05/2025 | | CHESAPEAKE PAPER SALE | Paper Shreding | $105.00 |
| 05/05/2025 | | CARDINAL HEALTH | BK payment | $1,000.00 |
| 05/05/2025 | | NextGen Health | Electronic Health Records | $6,305.00 |
| | | Amerisource Berg PA | BK Payment Besse | $15,000.00 |
| 05/08/2025 | | SERVICE CHARGE FOR ACCOUNT | Service Charge | $264.95 |
| 05/12/2025 | | Mid-Atlantic | Marketing | $100.00 |
| 05/13/2025 | | KLIKSOLUTIONS | Web Hosting | $150.00 |
| 05/15/2025 | | MID-ATLANTIC | Payroll | $730.63 |
| 05/15/2025 | | MID-ATLANTIC | Payroll | $38,985.93 |
| 05/16/2025 | | Valley 3604 BILLING | Payroll Service Charge | $119.80 |
| 05/16/2025 | | JOHN HANCOCK | 401K | $2,852.54 |
| 05/16/2025 | | Valley TAX | Payroll Tax | $21,052.20 |
| 05/19/2025 | | NextGen Health | Electronic Health Records | $3,357.00 |
| 05/27/2025 | | Shred-it USA LLC Collection | Paper Shreding | $236.68 |
| 05/27/2025 | | SBA EIDL LOAN PAYMENT | BK payment | $731.00 |
| 05/27/2025 | | Kelly & Associat | Employee Benefits | $8,720.87 |
| 05/28/2025 | | CHESAPEAKE PAPER SALE | Paper Shreding | $105.00 |
| 05/29/2025 | | MID-ATLANTIC | Payroll | $418.40 |
| 05/29/2025 | | WEB PMT M&T | BK payment | $2,000.00 |
| 05/29/2025 | | MID-ATLANTIC | Payroll | $38,117.46 |
| 05/30/2025 | | Valley 3604 BILLING | Payroll Service Charge | $69.30 |
| 05/30/2025 | | JOHN HANCOCK | 401K | $2,852.82 |
| 05/30/2025 | | Valley TAX | Payroll Tax | $20,351.02 |
| 5/1/2025 | | LinkedInPre *73584424 | LinkedIn Subscription | $74.19 |
| 5/1/2025 | | LinkedInPreB *73590034 | LinkedIn Subscription | $251.81 |
| 5/1/2025 | 137 | Check | ## Transfer to M&T Checking | $40,000.00 |
| 5/1/2025 | | Amerisource Berg PA | Besse | $42,249.13 |
| 5/5/2025 | | USPS PO 2361380308 | Postage | $18.34 |
| 5/5/2025 | | StJohnProperties WE | StJohnProperties WEB PAY 250505 SJPI | $14,245.70 |
| 5/6/2025 | | AMAZON.COM*NB56S0BC1 | Office Supplies | $30.00 |
| 5/6/2025 | | | MAINTENANCE FEE | $35.00 |
| 5/6/2025 | | AMAZON.COM*NI3JS9BH2 | Office Supplies | $49.63 |
| 5/6/2025 | | AMAZON.COM*NB4V736V1 | Office Supplies | $193.34 |
| 5/6/2025 | 106 | Check | ## Transfer to M&T checking | $15,000.00 |
| 5/7/2025 | | SP PEETS COFFEE | Office Supplies | $56.55 |

| Invoice Date | Creditor | Purpose of Debt | Due Date | Open Amt |
|---|---|---|---|---|
| 5/27/2025 | Besse | Infusion/Injection | 6/26/2025 | 19,298.06 |
| 4/13/2025 | Besse | Infusion/Injection | 6/13/2025 | 21,164.33 |
| 5/1/2025 | Besse | Infusion/Injection | 5/31/2025 | 78,835.67 |
| | | | | 119,298.06 |

|  | Sum of 0-30 | Sum of 31-60 | Sum of 61-90 | Sum of 91-120 | Sum of 121-15 | Sum of 151-18 | Sum of 181-up | Sum of Bal Amt | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Gross | $130,879.03 | $12,950.32 | $9,571.28 | $3,971.51 | $3,723.75 | $1,180.80 | $8,180.99 | $170,457.68 | $13,085.54 |
| Net | $71,983.47 | $11,007.77 | $7,178.46 | $2,382.91 | $2,234.25 | $767.52 | $3,272.40 | $98,826.77 | $6,274.17 |