# EXHIBIT A

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC
EBill Vendor:
Ebill Invoice: N

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Bill Cycle: Upon Conclusion
Matter Open Date: Feb 7, 2025
Client Reference Number:
Proforma Group # :
Time Increment: Tenths of an hour
Proforma Generation Date: 6/23/2025 6:20:44 AM

**Billing Instructions: Client Level: Almy, M = $800; else 2023 Standard Rates (103)**

| | | | |
|---|---|---|---|
| Total Fees (discount added in) | $10,960.00 | Trust Retainer Portion: | $0.00 |
| Total Other Services and Expenses | $66.22 | Full Trust Balance: | $0.00 |
| Total Charges | $0.00 | Unallocated Balance: | ($16,000.00) |
| Subtotal | $11,026.22 | | |
| | | YTD Fees Billed | $0.00 |
| Unallocated Amount Applied | $0.00 | YTD Disb Billed | $0.00 |
| Retainer / Trust Amount Applied | $0.00 | | |
| Billed on Account | $0.00 | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed: | $0.00 |
| TOTAL THIS PROFORMA | $11,026.22 | | |
| | | AR Balance This Matter | ($16,000.00) |

Address:     Monique D. Almy, Subchapter V Trustee
             1001 Pennsylvania Avenue, N.W.
             Washington, DC 20004

**736969**

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

**Professional Services Detail**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 18908552 | 02/04/25 | Almy, Monique | Travel from/to First Day Hearing (half time recorded). Washington D.C. | 0.50 | 400.00 |
| 18908553 | 02/04/25 | Almy, Monique | Meet with Debtor's counsel and UST Washington D.C. | 0.30 | 240.00 |
| 18908554 | 02/04/25 | Almy, Monique | Attend First Day Hearings. Washington D.C. | 0.40 | 320.00 |
| 18954606 | 02/14/25 | Almy, Monique | Attend IDI. Washington D.C. | 0.80 | 640.00 |
| 18987890 | 02/20/25 | Almy, Monique | Call from Debtor's counsel re continued use of cash collateral. Washington D.C. | 0.20 | 160.00 |
| 18987916 | 02/20/25 | Almy, Monique | Review 3 month budget for use of cash collateral and email exchange with various lenders. Washington D.C. | 0.30 | 240.00 |
| 18995985 | 02/21/25 | Almy, Monique | Discuss cash collateral issues with Debtor's attorney. Washington D.C. | 0.10 | 80.00 |
| 18995988 | 02/21/25 | Almy, Monique | Review extended projections provided to secured lender in advance of cash collateral hearing. Washington D.C. | 0.30 | 240.00 |

**736969**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19024056 | 02/25/25 | Almy, Monique | Review proposed consent order on use of cash collateral; discuss edits with Debtor's counsel. | 0.30 | 240.00 |
| | | | Washington D.C. | | |
| 19024057 | 02/25/25 | Almy, Monique | Call with Debtor's counsel re ombudsman motion and upcoming hearing. | 0.20 | 160.00 |
| | | | Washington D.C. | | |
| 19024172 | 02/26/25 | Almy, Monique | Attend 341 meeting. | 0.80 | 640.00 |
| | | | Washington D.C. | | |
| 19024174 | 02/26/25 | Almy, Monique | Discuss cash collateral and related issues with Debtor's counsel in advance of hearing. | 0.40 | 320.00 |
| | | | Washington D.C. | | |
| 19024177 | 02/26/25 | Almy, Monique | Update Ms. Levin in advance of cash collateral hearing. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19024181 | 02/26/25 | Almy, Monique | Meet with Debtor's counsel and Ms. Levin in advance of hearing on use of cash collateral, ombudsman, cash management. | 0.40 | 320.00 |
| | | | Washington D.C. | | |
| 19024184 | 02/26/25 | Almy, Monique | Attend hearing on use of cash collateral, ombudsman, cash management. | 1.30 | 1,040.00 |
| | | | Washington D.C. | | |
| 19024195 | 02/26/25 | Almy, Monique | Travel to/from cash collateral and other motions hearing (only half time recorded). | 0.60 | 480.00 |
| | | | Washington D.C. | | |

**736969**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| 19024160 | 02/27/25 | Almy, Monique | Review updated proposed order for use of cash collateral. Washington D.C. | 0.10 | 80.00 |
| 19024163 | 02/27/25 | Almy, Monique | Review updated proposed order for Ombudsman. Washington D.C. | 0.10 | 80.00 |
| 19070370 | 03/04/25 | Almy, Monique | Review OI Infusion's claim to 20 day claim. Washington D.C. | 0.10 | 80.00 |
| 19070388 | 03/05/25 | Almy, Monique | Review Status Report and provide feedback to Debtor's counsel. Washington D.C. | 0.20 | 160.00 |
| 19114212 | 03/17/25 | Almy, Monique | Review OI response on payments and collections. Washington D.C. | 0.10 | 80.00 |
| 19119854 | 03/18/25 | Almy, Monique | Attend status hearing. Washington D.C. | 0.50 | 400.00 |
| 19119853 | 03/18/25 | Almy, Monique | Discuss OI claim and plan strategy with Debtor's counsel. Washington D.C. | 0.10 | 80.00 |
| 19119852 | 03/18/25 | Almy, Monique | Discuss status hearing with Debtor's counsel. Washington D.C. | 0.10 | 80.00 |
| 19123020 | 03/19/25 | Almy, Monique | Call with OI's counsel re 20 day claim. Washington D.C. | 0.60 | 480.00 |
| 19123019 | 03/19/25 | Almy, Monique | Discuss OI issues with Debtor's counsel. Washington D.C. | 0.10 | 80.00 |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19165081 | 03/24/25 | Almy, Monique | Discuss with OI's counsel a framework for resolution of their administrative claim. Washington D.C. | 0.40 | 320.00 |
| 19256117 | 04/07/25 | Almy, Monique | Discuss strategy with Debtor's attorney. Washington D.C. | 0.10 | 80.00 |
| 19271601 | 04/10/25 | Almy, Monique | Review and discuss pending motion with Debtor's attorney. Washington D.C. | 0.40 | 320.00 |
| 19289980 | 04/14/25 | Almy, Monique | Discuss OI terms with Debtor's attorney. Washington D.C. | 0.20 | 160.00 |
| 19289999 | 04/14/25 | Almy, Monique | Discuss Debtor's proposal to pay OI claim with OI's attorney. Washington D.C. | 0.40 | 320.00 |
| 19300270 | 04/18/25 | Almy, Monique | Review MOR. Washington D.C. | 0.10 | 80.00 |
| 19300275 | 04/20/25 | Almy, Monique | Review proposed OI agreement draft. Washington D.C. | 0.20 | 160.00 |
| 19310211 | 04/21/25 | Almy, Monique | Discuss proposed OI agreement with Debtor's attorney. Washington D.C. | 0.10 | 80.00 |
| 19340220 | 04/28/25 | Almy, Monique | Follow up with cash collateral lenders on approval of OI 20-day agreement. Washington D.C. | 0.10 | 80.00 |

**736969**

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy                 Fees, Disbursements and Charges Through: 05/31/25
Client: 118688/ Monique D. Almy, Subchapter V Trustee     Last Date Billed 06/10/25 (Through 05/31/25)
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC      Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19340221 | 04/28/25 | Almy, Monique | Follow up on question raised by M&T on OI agreement with Debtor representative.<br><br>Washington D.C. | 0.30 | 240.00 |
| 19340222 | 04/28/25 | Almy, Monique | Call with Brad Swallow to answer M&T question and obtain consent of M&T to OI agreement.<br><br>Washington D.C. | 0.20 | 160.00 |
| 19348302 | 04/29/25 | Almy, Monique | Email with UST about OI stipulation and Motion and to get authority to add to signature block as reviewed.<br><br>Washington D.C. | 0.10 | 80.00 |
| 19348314 | 04/29/25 | Almy, Monique | Discuss OI Stipulation and draft Motion with Debtor's attorney.<br><br>Washington D.C. | 0.20 | 160.00 |
| 19348316 | 04/29/25 | Almy, Monique | Email with OI's attorney with edits to Motion to make it consensual.<br><br>Washington D.C. | 0.10 | 80.00 |
| 19379356 | 05/01/25 | Almy, Monique | Discuss logistics with Debtor's counsel for confirmation and approval of OI stipulation.<br><br>Washington D.C. | 0.10 | 80.00 |
| 19379366 | 05/01/25 | Almy, Monique | Discuss timing for confirmation hearing with Debtor's counsel.<br><br>Washington D.C. | 0.10 | 80.00 |
| 19408185 | 05/05/25 | Almy, Monique | Call with Debtor's counsel to discuss strategy for confirmation.<br><br>Washington D.C. | 0.20 | 160.00 |

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19432060 | 05/16/25 | Almy, Monique | Call with LL's counsel re settlement and follow up with settlement proposal after discussing with Debtor's counsel. | 1.20 | 960.00 |
| | | | Washington D.C. | | |
| 19432061 | 05/16/25 | Almy, Monique | Review email from LL's counsel declining settlement proposal. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19448393 | 05/20/25 | Almy, Monique | Review MOR | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| | | | **Professional Services Total** | **13.70** | **10,960.00** |

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001830 | Partner | Almy, Monique | 800.00 | 13.70 | $10,960.00 |
| | | | **Fees Value** | **13.70** | **$10,960.00** |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Reumatology, LLC

Fees, Disbursements and Charges Through: 05/31/25
Last Date Billed 06/10/25 (Through 05/31/25)
Proforma Group # :

### Disbursements Detail

| Index | Date | AP Check | Code | TK ID | Timekeeper Name | Disbursements Detail | Worked Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| 4232602 | 02/26/25 | 427089 | 0008 | 001830 | Monique D. Almy | Mileage: Almy, Monique D.: Travel to Baltimore, Attend Cash Collateral hearing; Crownsville/Baltimore | 31.22 | 31.22 |
| 4232601 | 02/26/25 | 427089 | 0008 | 001830 | Monique D. Almy | Parking; Almy, Monique D.; 0008; Travel to Baltimore, Attend Cash Collateral hearing; - ; | 35.00 | 35.00 |
| | | | | | | **Total Disbursements** | **$66.22** | **$66.22** |

### Disbursements Summary

| Code | Description | Worked Amount | Billed Amount |
|---|---|---|---|
| 0008 | Local Transportation | 66.22 | 66.22 |
| | **Total Disbursements** | **$66.22** | **$66.22** |