**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | * | Case No. 25-10845 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF TRUSTEE'S INTERIM APPLICATION FOR COMPENSATION**
**UNDER SUBCHAPTER V OF CHAPTER 11**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Monique D. Almy, Trustee ("Applicant") has filed in this case her Interim Application for Compensation in a Case under Subchapter V of Chapter 11 (the "Application") for the period from February 4, 2025 through May 20, 2025 (the "Application Period").  The Application may be inspected by an interested party at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD  21201, during normal business hours.

The Applicant seeks approval of her fees and expenses totaling $11,026.22 which may be paid by the Debtor for the fees incurred in connection with her service as the Trustee in the Debtor's bankruptcy case. The Applicant is holding an escrow of $16,000 which will be used in part to pay the fees and expenses if approved. The balance will be retained for future fees.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON THE UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST.  ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Dated:  June 23, 2025

  /S/ Monique D. Almy
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
SubChapter V Trustee

DCACTIVE-80612826.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of June, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of filing of Interim Application for Compensation in a Case under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Katie Lane Chaverri    kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- Omnia Shedid    omnia.a.shedid@usdoj.gov
- Daniel Alan Staeven    daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com; 21029@notices.nextchapterbk.com;                     margaret.johnson@frosttaxlaw.com; amy.mckay@frosttaxlaw.com;UStern@jubileebk.net
- Bradley J. Swallow    bswallow@fblaw.com, bswallow@fblaw.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

And all parties on the Court's mailing matrix for this case.


   _/S/ Monique D. Almy_____
   Monique D. Almy

DCACTIVE-80612826.1