ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401-3474

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

M&T Bank
c/o Bradley J. Swallow, Esquire
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Manufacturers and Traders Trust Company,
c/o Bradley J. Swallow, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Marc Asher
Asher & Associates, LLC
9515 Deereco Road, Suite 710
Timonium, MD 21093-2172

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1,
Morristown, NJ 07960-8612

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201-2668

William E. Schonberg, Esq.
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square, Suite 4900
Cleveland, OH 44114