# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

## CHAPTER 11 CONFIRMATION HEARING – TALLY OF BALLOTS

IN RE:  MID-ATLANTIC RHEUMATOLOGY, LLC (Debtor)

Case No. 25-10845 DER

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is impaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | $0.00 | 0 | 0% | $0.00 | 0% | 0 | 0% | $0.00 | 0% | No |
| 2 | 0 | $0.00 | 0 | 0% | $0.00 | 0% | 0 | 0% | $0.00 | 0% | No |
| 3 | 0 | $0.00 | 0 | 0% | $0.00 | 0% | 0 | 0% | $0.00 | 0% | No |
| 4-Secured Claims | 1 | $188,968.39 | 1 | 100% | $188,968.39 | 100% | 0 | 0% | $0.00 | 0% | No |
| 5-Secured Claim-Cardinal | 1 | $34,424.20 | 1 | 100% | $34,424.20 | 100% | 0 | 0% | $0.00 | 0% | Yes |
| 6 Unsecured | 1 | $1,245,048.37 | 1 | 100% | $1,245,048.37 | 100% | 0 | 0% | $0.00 | 0% | Yes |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |