## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 23, 2025, a copy of the foregoing Tally of Ballots was sent via CM/ECF to the following parties:

25-10845 Notice will be electronically mailed to:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Omnia Shedid omnia.a.shedid@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

25-10845 Notice will not be electronically mailed to:

Marc Asher
Asher & Associates, LLC
9515 Deereco Road
Suite 710
Timonium, MD 21093

Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1,
Morristown, NJ 07960

William E. Schonberg, Esq. on behalf of Creditor OI Infusion Services, LLC
Benesch Friedlander Coplan & Aronoff,LLP
127 Public Square
Suite 4900
Cleveland, OH 44114

                                      */s/ Daniel A. Staeven*
                                      Daniel A. Staeven