Entered: July 22nd, 2025
Signed: July 21st, 2025

The certificate of service attached to the Application has conflicting service methods listed and appears to be a copy of a portion of a CM/ECF receipt. It also does not include service on all creditors. Accordingly, if Movant does not serve the Application and an Amended Notice on all creditors and file a proper certificate of service (not simply a copy from CM/ECF) by no later than August 31, 2025, the Application may be denied without further notice or hearing.



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, | * | Case No. 25-10845-DER |
| LLC | * | Chapter 11 (Subchapter V) |
|    Debtor. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING FIRST APPLICATION FOR COMPENSATION**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**
**THE PERIOD JANUARY 31, 2025, THROUGH JUNE 18, 2025**

Upon consideration of the Application of Frost & Associates, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Debtor under Subchapter V of Chapter 11 for the Period from January 31, 2025, through June 18, 2025 (the "First Application"); it appearing to the Court that sufficient and proper notice of the Application was given, that the compensation requested in the Application is reasonable; and other good cause having been shown for approving the Application; it is, by the United

States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Application is hereby **GRANTED**; and it is further

**ORDERED**, that Frost & Associates, LLC is hereby granted and allowed compensation on an interim basis, pursuant to 11 U.S.C. § 331, in the amount of $37,889.50 for services rendered and reimbursement of expenses of $138.60 incurred as counsel for the Debtor during the period from January 31, 2025, through June 18, 2025, and it is further

**ORDERED,** that the Debtors are hereby authorized and directed to pay to Frost & Associates, LLC the allowed fees and expenses due to Frost & Associates, LLC under the Application; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

cc:
Debtor's Counsel
Subchapter V Trustee
United States Trustee
Debtor's Co-Counsel
All Creditors

**END OF ORDER**