**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Jun-25

**CASH RECEIPTS DETAIL**    Account No:
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 06/02/2025 | CAREFIRST | Fee For Service Revenue | $364.84 |
| 06/02/2025 | CAREFIRST | Fee For Service Revenue | $2,124.92 |
| 06/02/2025 | Medicare | Fee For Service Revenue | $3,620.43 |
| 06/02/2025 | PAY PLUS | Fee For Service Revenue | $356.04 |
| 06/02/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $746.41 |
| 06/02/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $2,075.01 |
| 06/02/2025 | UHC | Fee For Service Revenue | $126.64 |
| 06/03/2025 | AETNA | Fee For Service Revenue | $1,844.29 |
| 06/03/2025 | AETNA | Fee For Service Revenue | $1,608.84 |
| 06/03/2025 | AETNA | Fee For Service Revenue | $1,686.00 |
| 06/03/2025 | Medicare | Fee For Service Revenue | $3,475.97 |
| 06/03/2025 | PAY PLUS | Fee For Service Revenue | $56.53 |
| 06/03/2025 | PAY PLUS | Fee For Service Revenue | $76.84 |
| 06/03/2025 | UCBcopaysavprog | Fee For Service Revenue | $174.84 |
| 06/04/2025 | AETNA | Fee For Service Revenue | $39.63 |
| 06/04/2025 | AETNA | Fee For Service Revenue | $203.23 |
| 06/04/2025 | CIGNA | Fee For Service Revenue | $80.52 |
| 06/04/2025 | CIGNA | Fee For Service Revenue | $80.68 |
| 06/04/2025 | GHMSI | Fee For Service Revenue | $7,990.64 |
| 06/04/2025 | HUMANA | Fee For Service Revenue | $99.35 |
| 06/04/2025 | Medicare | Fee For Service Revenue | $1,268.14 |
| 06/04/2025 | PAY PLUS | Fee For Service Revenue | $183.65 |
| 06/04/2025 | PNC-ECHO | Fee For Service Revenue | $494.58 |
| 06/04/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $1,150.10 |
| 06/04/2025 | UHC | Fee For Service Revenue | $229.44 |
| 06/04/2025 | Wellpoint | Fee For Service Revenue | $221.80 |
| 06/05/2025 | AETNA | Fee For Service Revenue | $370.94 |
| 06/05/2025 | CAREFIRST | Fee For Service Revenue | $2,131.25 |
| 06/05/2025 | CAREFIRST | Fee For Service Revenue | $1,771.58 |
| 06/05/2025 | CAREFIRST | Fee For Service Revenue | $52.89 |
| 06/05/2025 | CAREFIRST | Fee For Service Revenue | $94.53 |
| 06/05/2025 | HUMANA | Fee For Service Revenue | $99.35 |
| 06/05/2025 | Medicare | Fee For Service Revenue | $4,364.20 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $21.90 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $25.93 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $25.93 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $75.99 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $388.15 |
| 06/05/2025 | PAY PLUS | Fee For Service Revenue | $1,780.86 |
| 06/05/2025 | PNC-ECHO | Fee For Service Revenue | $266.52 |
| 06/05/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $423.61 |
| 06/05/2025 | UHC | Fee For Service Revenue | $70.68 |
| 06/06/2025 | CAREFIRST | Fee For Service Revenue | $182.67 |
| 06/06/2025 | CAREFIRST | Fee For Service Revenue | $94.53 |
| 06/06/2025 | CIGNA | Fee For Service Revenue | $102.74 |
| 06/06/2025 | CIGNA | Fee For Service Revenue | $226.06 |
| 06/06/2025 | PAY PLUS | Fee For Service Revenue | $153.14 |
| 06/06/2025 | PNC-ECHO | Fee For Service Revenue | $137.85 |
| 06/06/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $878.36 |
| 06/06/2025 | UHC | Fee For Service Revenue | $92.61 |
| 06/06/2025 | Deposit | Fee For Service Revenue | $7,630.49 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Jun-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 06/09/2025 | CAREFIRST | Fee For Service Revenue | $860.60 |
| 06/09/2025 | HUMANA | Fee For Service Revenue | $148.53 |
| 06/09/2025 | HUMANA | Fee For Service Revenue | $238.60 |
| 06/09/2025 | Medicare | Fee For Service Revenue | $1,674.57 |
| 06/09/2025 | PAY PLUS | Fee For Service Revenue | $36.35 |
| 06/09/2025 | PAY PLUS | Fee For Service Revenue | $651.28 |
| 06/09/2025 | PNC-ECHO | Fee For Service Revenue | $612.88 |
| 06/09/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $656.77 |
| 06/09/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $807.66 |
| 06/09/2025 | UMR | Fee For Service Revenue | $101.64 |
| 06/09/2025 | UHC | Fee For Service Revenue | $12.04 |
| 06/10/2025 | AETNA | Fee For Service Revenue | $116.98 |
| 06/10/2025 | AETNA | Fee For Service Revenue | $412.08 |
| 06/10/2025 | AETNA | Fee For Service Revenue | $437.15 |
| 06/10/2025 | PAY PLUS | Fee For Service Revenue | $30.90 |
| 06/10/2025 | PAY PLUS | Fee For Service Revenue | $311.29 |
| 06/10/2025 | UHC | Fee For Service Revenue | $133.26 |
| 06/11/2025 | AETNA | Fee For Service Revenue | $81.25 |
| 06/11/2025 | AETNA | Fee For Service Revenue | $178.97 |
| 06/11/2025 | CAREFIRST | Fee For Service Revenue | $379.79 |
| 06/11/2025 | CIGNA | Fee For Service Revenue | $105.68 |
| 06/11/2025 | DEPOSIT | Fee For Service Revenue | $35,000.00 |
| 06/11/2025 | GHMSI | Fee For Service Revenue | $3,754.29 |
| 06/11/2025 | GHMSI | Fee For Service Revenue | $42.85 |
| 06/11/2025 | HUMANA | Fee For Service Revenue | $165.62 |
| 06/11/2025 | Medicare | Fee For Service Revenue | $78.00 |
| 06/11/2025 | PAY PLUS | Fee For Service Revenue | $419.45 |
| 06/11/2025 | PAY PLUS | Fee For Service Revenue | $438.47 |
| 06/11/2025 | PNC-ECHO | Fee For Service Revenue | $333.32 |
| 06/11/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $1,404.99 |
| 06/11/2025 | UHC | Fee For Service Revenue | $172.15 |
| 06/12/2025 | AETNA | Fee For Service Revenue | $269.43 |
| 06/12/2025 | GEHA | Fee For Service Revenue | $91.64 |
| 06/12/2025 | HUMANA | Fee For Service Revenue | $139.25 |
| 06/12/2025 | Medicare | Fee For Service Revenue | $5,250.84 |
| 06/12/2025 | PAY PLUS | Fee For Service Revenue | $26.53 |
| 06/12/2025 | PAY PLUS | Fee For Service Revenue | $67.25 |
| 06/12/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $335.79 |
| 06/12/2025 | UMR | Fee For Service Revenue | $49.68 |
| 06/13/2025 | CAREFIRST | Fee For Service Revenue | $225.58 |
| 06/13/2025 | CAREFIRST | Fee For Service Revenue | $63.62 |
| 06/13/2025 | Medicare | Fee For Service Revenue | $4,854.09 |
| 06/13/2025 | PNC-ECHO | Fee For Service Revenue | $584.50 |
| 06/13/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $429.39 |
| 06/13/2025 | UCBcopaysavprog ACH PAYMTS  C269183-042225 | Fee For Service Revenue | $50.00 |
| 06/13/2025 | UMR | Fee For Service Revenue | $112.37 |
| 06/13/2025 | Wellpoint | Fee For Service Revenue | $68.42 |
| 06/16/2025 | CAREFIRST | Fee For Service Revenue | $1,778.29 |
| 06/16/2025 | CIGNA | Fee For Service Revenue | $30.75 |
| 06/16/2025 | CIGNA | Fee For Service Revenue | $39.09 |
| 06/16/2025 | Maryland Physician care | Fee For Service Revenue | $187.59 |
| 06/16/2025 | Medicare | Fee For Service Revenue | $3,418.74 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Jun-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 06/16/2025 | PAY PLUS | Fee For Service Revenue | $148.94 |
| 06/16/2025 | PNC-ECHO | Fee For Service Revenue | $508.44 |
| 06/16/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $1,132.54 |
| 06/16/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $1,842.39 |
| 06/16/2025 | UHC | Fee For Service Revenue | $82.90 |
| 06/16/2025 | Deposit | Fee For Service Revenue | $5,104.66 |
| 06/17/2025 | AETNA | Fee For Service Revenue | $1,804.06 |
| 06/17/2025 | AETNA | Fee For Service Revenue | $212.48 |
| 06/17/2025 | HUMANA | Fee For Service Revenue | $203.30 |
| 06/17/2025 | Medicare | Fee For Service Revenue | $1,216.21 |
| 06/17/2025 | PAY PLUS | Fee For Service Revenue | $153.14 |
| 06/17/2025 | PAY PLUS | Fee For Service Revenue | $311.29 |
| 06/17/2025 | UHC | Fee For Service Revenue | $187.59 |
| 06/17/2025 | UHC | Fee For Service Revenue | $34.42 |
| 06/18/2025 | AETNA | Fee For Service Revenue | $100.86 |
| 06/18/2025 | CAREFIRST | Fee For Service Revenue | $82.89 |
| 06/18/2025 | CIGNA | Fee For Service Revenue | $296.20 |
| 06/18/2025 | CIGNA | Fee For Service Revenue | $343.44 |
| 06/18/2025 | GHMSI | Fee For Service Revenue | $5,391.28 |
| 06/18/2025 | GHMSI | Fee For Service Revenue | $38.85 |
| 06/18/2025 | Medicare | Fee For Service Revenue | $3,479.14 |
| 06/18/2025 | PAY PLUS | Fee For Service Revenue | $44.75 |
| 06/18/2025 | PAY PLUS | Fee For Service Revenue | $314.11 |
| 06/18/2025 | PNC-ECHO | Fee For Service Revenue | $242.12 |
| 06/18/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $482.00 |
| 06/18/2025 | CIGNA | Fee For Service Revenue | $145.57 |
| 06/20/2025 | AETNA | Fee For Service Revenue | $134.87 |
| 06/20/2025 | CAREFIRST | Fee For Service Revenue | $124.53 |
| 06/20/2025 | CAREFIRST | Fee For Service Revenue | $109.53 |
| 06/20/2025 | HUMANA | Fee For Service Revenue | $99.35 |
| 06/20/2025 | HUMANA | Fee For Service Revenue | $139.25 |
| 06/20/2025 | HUMANA | Fee For Service Revenue | $185.66 |
| 06/20/2025 | Medicare | Fee For Service Revenue | $4,542.73 |
| 06/20/2025 | PAY PLUS | Fee For Service Revenue | $25.93 |
| 06/20/2025 | PAY PLUS | Fee For Service Revenue | $25.93 |
| 06/20/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $386.04 |
| 06/20/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $965.60 |
| 06/20/2025 | WEB XFER FROM CHK 00009874377071 | Transfer | $7,000.00 |
| 06/20/2025 | Deposit | Fee For Service Revenue | $578.82 |
| 06/23/2025 | CIGNA | Fee For Service Revenue | $1.49 |
| 06/23/2025 | HUMANA | Fee For Service Revenue | $105.97 |
| 06/23/2025 | Medicare | Fee For Service Revenue | $5,806.41 |
| 06/23/2025 | PAY PLUS | Fee For Service Revenue | $339.99 |
| 06/23/2025 | PNC-ECHO | Fee For Service Revenue | $512.94 |
| 06/23/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $536.07 |
| 06/23/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $783.76 |
| 06/23/2025 | UHC | Fee For Service Revenue | $86.64 |
| 06/24/2025 | AETNA | Fee For Service Revenue | $102.43 |
| 06/24/2025 | AETNA | Fee For Service Revenue | $100.85 |
| 06/24/2025 | AETNA | Fee For Service Revenue | $2,058.89 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $257.13 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $4.97 |

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: Jun-25

**CASH RECEIPTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $40.38 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $19.24 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $1,688.69 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $2,133.60 |
| 06/24/2025 | CAREFIRST | Fee For Service Revenue | $112.13 |
| 06/24/2025 | HUMANA | Fee For Service Revenue | $118.36 |
| 06/24/2025 | Maryland Physician care | Fee For Service Revenue | $187.59 |
| 06/24/2025 | Medicare | Fee For Service Revenue | $4,372.77 |
| 06/24/2025 | PAY PLUS | Fee For Service Revenue | $30.90 |
| 06/24/2025 | PAY PLUS | Fee For Service Revenue | $69.04 |
| 06/24/2025 | UHC | Fee For Service Revenue | $187.59 |
| 06/24/2025 | UHC | Fee For Service Revenue | $222.38 |
| 06/25/2025 | AETNA | Fee For Service Revenue | $39.63 |
| 06/25/2025 | AETNA | Fee For Service Revenue | $92.19 |
| 06/25/2025 | AETNA | Fee For Service Revenue | $133.50 |
| 06/25/2025 | CAREFIRST | Fee For Service Revenue | $52.89 |
| 06/25/2025 | CIGNA | Fee For Service Revenue | $297.06 |
| 06/25/2025 | CIGNA | Fee For Service Revenue | $143.54 |
| 06/25/2025 | GHMSI | Fee For Service Revenue | $4,789.88 |
| 06/25/2025 | HUMANA | Fee For Service Revenue | $228.55 |
| 06/25/2025 | Medicare | Fee For Service Revenue | $4,625.93 |
| 06/25/2025 | PAY PLUS | Fee For Service Revenue | $36.35 |
| 06/25/2025 | PAY PLUS | Fee For Service Revenue | $314.11 |
| 06/25/2025 | PAY PLUS | Fee For Service Revenue | $404.21 |
| 06/25/2025 | PNC-ECHO | Fee For Service Revenue | $928.42 |
| 06/25/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $1,113.47 |
| 06/25/2025 | Wellpoint | Fee For Service Revenue | $469.80 |
| 06/26/2025 | CAREFIRST | Fee For Service Revenue | $1,056.93 |
| 06/26/2025 | CAREFIRST | Fee For Service Revenue | $132.13 |
| 06/26/2025 | CAREFIRST | Fee For Service Revenue | $73.38 |
| 06/26/2025 | HUMANA | Fee For Service Revenue | $132.46 |
| 06/26/2025 | Medicare | Fee For Service Revenue | $760.17 |
| 06/26/2025 | PAY PLUS | Fee For Service Revenue | $40.27 |
| 06/26/2025 | PNC-ECHO | Fee For Service Revenue | $584.50 |
| 06/26/2025 | STUDENT RESOURCE  HC | Fee For Service Revenue | $146.51 |
| 06/26/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $462.54 |
| 06/26/2025 | UCBcopaysavprog ACH PAYMTS  C271967-050725 | Fee For Service Revenue | $332.49 |
| 06/26/2025 | UHC | Fee For Service Revenue | $112.86 |
| 06/27/2025 | CAREFIRST | Fee For Service Revenue | $137.85 |
| 06/27/2025 | CAREFIRST | Fee For Service Revenue | $1,688.69 |
| 06/27/2025 | CIGNA | Fee For Service Revenue | $110.68 |
| 06/27/2025 | HUMANA | Fee For Service Revenue | $182.84 |
| 06/27/2025 | HUMANA | Fee For Service Revenue | $361.20 |
| 06/27/2025 | Maryland Physician care | Fee For Service Revenue | $467.85 |
| 06/27/2025 | Medicare | Fee For Service Revenue | $3,692.25 |
| 06/27/2025 | PAY PLUS | Fee For Service Revenue | $489.73 |
| 06/27/2025 | TSYS/TRANSFIRST | Fee For Service Revenue | $444.06 |
| 06/27/2025 | CIGNA | Fee For Service Revenue | $104.98 |

| BTOR: | Mid-Atlantic Rheumatology | | CASE NO: | 25-10845-DER |
|---|---|---|---|---|

**Form 2-H-2**

**DISBURSEMENTS STATEMENT (See Note A)**

Account No:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 06/26/2025 | | JOHN HANCOCK | 401K | 2,682.61 |
| 06/13/2025 | | JOHN HANCOCK | 401K | 2,672.52 |
| 06/03/2025 | | INTUIT | Application | 65.00 |
| 06/20/2025 | | UPDOX | Application | 143.05 |
| 06/20/2025 | | Sandy Spring Bank | Bad Check Service Charge | 50.00 |
| 06/13/2025 | | Colonial Life   Pa | Employee Benefits | 781.68 |
| 06/25/2025 | | Kelly & Associat | Employee Benefits | 10,285.20 |
| 06/17/2025 | | AMERISOURCE BERG | Infusion/Injection Drugs | 4,681.06 |
| 06/09/2025 | | MEDICAL MUTUAL | Insurance | 2,533.54 |
| 06/26/2025 | | VERIZON | Internet | 280.50 |
| 06/18/2025 | | GO DADDY.COM | IT | 317.62 |
| 06/30/2025 | | GODADDY.COM | IT | 457.03 |
| 06/30/2025 | | GODADDY.COM | IT | 546.07 |
| 06/30/2025 | | GODADDY.COM | IT | 546.07 |
| 06/13/2025 | | KLIKSOLUTIONS | IT | 1,650.00 |
| 06/02/2025 | | NextGen Health | IT | $266.23 |
| 06/05/2025 | | NextGen Health | IT | 6,305.00 |
| 06/20/2025 | | NextGen Health | IT | 3,357.00 |
| 06/03/2025 | | PEAKE TECHNOLOGY | IT | 3,122.16 |
| 06/30/2025 | | LinkedIn | Marketing | 540.04 |
| 06/25/2025 | | Shred-it USA LLC | Medical Waste Destruction | 253.25 |
| 06/10/2025 | | TSYS/TRANSFIRST  ME | Merchant Fees | 2,174.52 |
| 06/09/2025 | | DEX IMAGING, LLC | Office Equipment | 283.63 |
| 06/16/2025 | | AMAZON.COM | Office Supplies | 50.07 |
| 06/06/2025 | | AMAZON.COM | Office Supplies | 449.19 |
| 06/13/2025 | | AMAZON.COM | Office Supplies | 32.46 |
| 06/05/2025 | | SP PEETS COFFEE | Office Supplies | 56.55 |
| 06/05/2025 | | SP PEETS COFFEE | Office Supplies | 71.80 |
| 06/06/2025 | | SQ *MILLERSVILLE | Office supplies | 19.19 |
| 06/20/2025 | | Staples Inc | Office Supplies | 123.99 |
| 06/30/2025 | | CHESAPEAKE PAPER SALE | Paper destruction | 105.00 |
| 06/12/2025 | | MID-ATLANTIC PAYROLL | Payroll | 34,200.60 |
| 06/12/2025 | | MID-ATLANTIC RHE PAYROLL | Payroll | 418.40 |
| 06/13/2025 | | Valley 3604 BILLING | Payroll fees | 119.80 |
| 06/13/2025 | | Valley  TAX | Payroll Tax | 17,046.79 |
| 06/04/2025 | | ATT | Phone | 444.64 |
| 06/03/2025 | | CARDINAL HEALTH | Secure Creditor Payment | 1,000.00 |
| 06/30/2025 | | M&T Bank | Secure Creditor Payment | 2,000.00 |
| 06/20/2025 | Wire | OI INFUSION | Secure Creditor payment | 37,000.00 |
| 06/20/2025 | Wire | OI INFUSION | Secure Creditor Payment | 23,000.00 |
| 06/26/2025 | | SBA EIDL LOAN PAYMENT | Secure Creditor Payment | 731.00 |
| 06/30/2025 | | CARDINAL HEALTH | Secure Creditor Payment | 1,000.00 |

| Invoice # | Creditor | Payment Terms | Due Date | Open Amt |
|---|---|---|---|---|
| 3216156827 | Besse | Infusion/Injection Drug | 06/26/202 | 14,298.06 |
| 3216955534 | Besse | Infusion/Injection Drug | 07/04/202 | 3,968.46 |
| 3217135614 | Besse | Infusion/Injection Drug | 07/05/202 | 10,943.55 |
| 3217814979 | Besse | Infusion/Injection Drug | 07/12/202 | 4,970.67 |
| 3218120142 | Besse | Infusion/Injection Drug | 07/16/202 | 2,929.60 |
| 3218338611 | Besse | Infusion/Injection Drug | 07/18/202 | 16,725.72 |
| 3219135656 | Besse | Infusion/Injection Drug | 07/26/202 | 8,902.48 |
| | | | | 62,738.54 |

Net AR

| Sum of 0-30 | Sum of 31-60 | Sum of 61-90 | Sum of 91-120 | Sum of 121-150 | Sum of 151-180 | Sum of 181-up | Sum of Bal Amt |
|---|---|---|---|---|---|---|---|
| $52,275.11 | $17,214.32 | $5,287.38 | $5,471.42 | $1,892.76 | $2,129.55 | $4,679.45 | $88,949.97 |