**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, LLC | * | Case No. 25-10845-DER |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED NOTICE OF FILING FIRST APPLICATION**
**FOR COMPENSATION IN CASE**
**UNDER SUBCHAPTER V OF CHAPTER 11**

NOTICE IS HEREBY GIVEN that the Debtor-in-Possession has submitted to the Court a First Application for Compensation of Daniel A. Staeven, Esq. and Frost & Associates, LLC, in a case under Subchapter V of Chapter 11.

Any objection to the Application for Compensation shall be filed in writing with the Clerk of the Court on or before twenty-one (21) days from the date of this notice. Copies of the objection must be served on the Trustee, the US Trustee, the Debtor, and the Attorneys for the Debtor.

DATED: July 22, 2025

*/s/ Daniel A. Staeven,*
Daniel A. Staeven
Fed. Bar No.: 27662
Frost & Associates, LLC
839 Bestgate Road Suite 400
Tel.: (410) 497-5964
Email: daniel.staeven@frosttaxlaw.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Notice was served electronically by the Court's CM/ECF system on the following:

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Omnia Shedid omnia.a.shedid@usdoj.gov

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

I HEREBY CERTIFY that on July 22, 2025, A copy of the Amended Notice was served via first class mail, postage prepaid to the creditors attached on the Court's mailing matrix:

Date:   July 22, 2025

/s/ *Daniel A. Staeven*
Daniel A. Staeven