Label Matrix for local noticing
0416-1
Case 25-10845
District of Maryland
Baltimore
Tue Jul 22 09:08:12 EDT 2025

Manufacturers and Traders Trust Company, a/k
c/o Bradley J. Swallow, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Mid-Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108-2649

ADS Specialty Healthcare LLC
d/b/a Besse Medical
345 International Blvd 400A
Brooks, KY 40109-5291

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Jeffrey K. Garfinkle
18400 Von Karman Avenue 800
Irvine, CA 92612-0514

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
c/o Bradley J. Swallow, Esquire
FUNK & BOLTON, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

McKesson Medical-Surgical Inc.
9954 Maryland Drive 4000
Henrico, VA 23233

OI Infusion Services, LLC
Rebecca Greenbaum
1111B S. Governors Avenue 3887
Dover, DE 19904-6903

OI Infusion Services, LLC
Rebecca Greenbaum
1111b S Governors Ave # 3887
Dover, DE 19904-6903

Quarterfield 100, LP
2410 Evergreen Road 104
Gambrills, MD 21054-1979

St. Johns Properties
2560 Lord Baltimore Dr.
Windsor Mill, MD 21244-2677

████████████████████████
██████  ███████
████████████████████
████████████████████

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401-3474

Marc Asher
Asher & Associates, LLC
9515 Deereco Road
Suite 710
Timonium, MD 21093-2172

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Nan Gallagher
The Nan Gallagher Law Group
52 Elm Street, Suite 1,
Morristown, NJ 07960-8612

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T BANK
1 FOUNTAIN PLZ FL 4
BUFFALO, NY 14203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OI Infusion Services, LLC

(u)M&T Bank
INVALID ADDRESS PROVIDED

(d)US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

**End of Label Matrix**
**Mailable recipients**      20
**Bypassed recipients**       3
**Total**                    23