United States Bankruptcy Court
District of Maryland

In re:                                                                      Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                              Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                       User: admin                            Page 1 of 2

Date Rcvd: Jul 21, 2025                    Form ID: pdfparty                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

**Recip ID              Recipient Name and Address**
db                  +  Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 21 2025 19:20:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025                         Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net,margaret.johnson@frosttaxlaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |

District/off: 0416-1                                User: admin                                Page 2 of 2
Date Rcvd: Jul 21, 2025                             Form ID: pdfparty                          Total Noticed: 2

Katie Lane Chaverri
                          kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Monique Desiree Almy
                          malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Omnia Shedid
                          omnia.a.shedid@usdoj.gov

US Trustee - Baltimore
                          USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 7

Entered: July 21st, 2025
Signed: July 18th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | * | Case No. 25-10845 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING INTERIM APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Interim Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees and expenses as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Interim Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $11,026.22 for Trustee's fees.

3. The Applicant is permitted to apply funds held in escrow to pay this allowed amount, retaining the balance against future fees and expenses.

4. That the Court shall retain jurisdiction over all matters related to this Order.

cc:    Monique D. Almy, Esq, Subchapter V Trustee
       Office of the United States Trustee
       Daniel Alan Staeven, Esq., Debtor's Counsel
       Debtor

END OF ORDER

DCACTIVE-80612831.1