Entered: July 24th, 2025
Signed: July 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore)

In Re:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

Debtor.

Case No. 25-10845-DER

Chapter 11 (Subchapter V)

## ORDER CONFIRMING PLAN CONSENSUALLY UNDER 11 U.S.C. §1191(A)

Mid-Atlantic Rheumatology, LLC, the above-captioned debtor and debtor-in-possession, filed the Chapter 11 Subchapter V Plan (the "Plan") on May 1, 2025.  [ECF No. 97].  The Court conducted a confirmation hearing on July 23, 2025.

Having taken testimony and considered evidence at the confirmation hearing and having made findings of fact and conclusions of law, the Court determines that the applicable requirements for confirmation set forth in 11 U.S.C. §§ 1129(a), 1129(b), and 1191(a) have been satisfied.  Accordingly,

IT IS ORDERED that:

1.  The Plan is confirmed as a consensual plan under § 1191(a);

2.  The Debtor is hereby discharged pursuant to §§ 1191(a) and 1141(d)(1);

3.  The Debtor and M&T Bank agree to the following amended note language:

**The BALOC Note with M&T Bank ("M&T") shall be modified in the following manner:  M&T shall have an allowed secured claim under the BALOC Note in an amount, as of the Effective Date, of $189,683.64.  The BALOC Note shall be amortized over a period of 60 months, accruing interest at the variable rate of WSJ Prime +1% (the "Applicable Rate") commencing on the Effective Date.  Variations in the Applicable Rate shall take effect on the first (1st) day of the first full month following each date on which an adjustment to the WSJ Prime occurs.  During the term of the Plan, Debtor shall make monthly payments to M&T in the approximate sum of $4,880 (subject to fluctuations in the Applicable Rate as described herein), beginning on the fourteenth (14th) day of the first full month following the Effective Date.  The first such payment shall consist of principal in the amount of $3,161.40 plus interest accrued from the Effective Date until the date of such first payment.  Each subsequent monthly payment shall consist of principal in a fixed amount of $3,161.40 plus interest accrued at the Applicable Rate from the date of the immediately preceding payment.  On or before the last day of the sixtieth (60th) full month following the Effective Date, the Debtor shall pay to M&T Bank an amount equal to the entire remaining unpaid balance due and payable on account of the BALOC Note.  M&T shall retain its liens to the same extent and priority as such liens existed on the Petition Date until such time as the BALOC Note is paid in full.  The Debtor's failure to make any payment to M&T Bank as and when due pursuant to the terms of this Plan shall constitute a material default under the Plan;  and**

4. This Order shall be immediately effective upon entry. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and the Plan.

cc:    Debtor
       Debtor's Counsel – Daniel Alan Staeven
       Subchapter V Trustee – Monique Almy
       United States Trustee
       All Creditors

**END OF ORDER**