Entered: July 24th, 2025
Signed: July 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**Mid-Atlantic Rheumatology, LLC**<br><br>    *Debtor.* | Bankr. No. 25-10845 DER<br><br>Chapter 11 (Subchapter V) |

**Mid-Atlantic Rheumatology, LLC**

    *Movant,*

*vs.*

**Cardinal Health 108, LLC**
7000 Cardinal Place
Dublin, OH 43017

    **Serve**: Corporation Trust Company
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE 19801

    **Serve:** Jason Hollar, CEO
          7000 Cardinal Place
          Dublin, OH 43017

    *Respondent.*

## ORDER GRANTING MOTION TO
## VALUE COLLATERAL AND DETERMINE SECURED STATUS

Having considered the Debtor's Motion to Value Collateral and Determine Secured Status, and any response filed thereto,  it appearing that proper notice has been given, and a hearing was held on July 23, 2025, pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the secured portion of the debt owed to Cardinal Health 108, LLC described in the Motion shall be valued at **$34,424.20**; and it is further,

**ORDERED**, that if Respondent has filed a proof of claim, the claim of **$34,424.20** shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance; and it is further,

**ORDERED**, that if Respondent has not filed a proof of claim, the claim of Respondent shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed  the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by the Court, or (ii) twenty-eight (28) days after entry of this Order; and it is further

**ORDERED**, that allowance of the claim of Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

cc:    United States Trustee
        Subchapter V Trustee
        Debtor's Attorney
        Respondents
        All Creditors

**End of Order**