United States Bankruptcy Court
District of Maryland

In re:                                                                            Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                    Chapter 11
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                              Page 1 of 2

Date Rcvd: Jul 24, 2025                       Form ID: pdfall                          Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| sp | + | Nan Gallagher, The Nan Gallagher Law Group, 52 Elm Street, Suite 1,, Morristown, NJ 07960-8612 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32822593 | | Aetna, Inc., Aaron McCollough, c/o McGuireWoods LLP, 77 West Wacker Drive, Ste. 4100, Chicago, IL 60601-1818 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |
| 32902179 | + | U.S. Department of Health & Human Services, CMS, OGC-HHS, Reg. III, 801 Market St., Suite 9700, Philadelphia, PA 19107-3126 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jul 24 2025 19:31:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Jul 24 2025 19:31:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Jul 24 2025 19:30:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 24 2025 19:31:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32804770 | | M&T Bank, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0416-1                      User: admin                                    Page 2 of 2
Date Rcvd: Jul 24, 2025                   Form ID: pdfall                               Total Noticed: 19

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net,margaret.johnson@frosttaxlaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Omnia Shedid | omnia.a.shedid@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: July 24th, 2025
Signed: July 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore)

In Re:

**MID-ATLANTIC RHEUMATOLOGY, LLC**

Debtor.

Case No. 25-10845-DER

Chapter 11 (Subchapter V)

### ORDER CONFIRMING PLAN CONSENSUALLY UNDER 11 U.S.C. §1191(A)

Mid-Atlantic Rheumatology, LLC, the above-captioned debtor and debtor-in-possession, filed the Chapter 11 Subchapter V Plan (the "Plan") on May 1, 2025. [ECF No. 97]. The Court conducted a confirmation hearing on July 23, 2025.

Having taken testimony and considered evidence at the confirmation hearing and having made findings of fact and conclusions of law, the Court determines that the applicable requirements for confirmation set forth in 11 U.S.C. §§ 1129(a), 1129(b), and 1191(a) have been satisfied. Accordingly,

IT IS ORDERED that:

1. The Plan is confirmed as a consensual plan under § 1191(a);

2. The Debtor is hereby discharged pursuant to §§ 1191(a) and 1141(d)(1);

3. The Debtor and M&T Bank agree to the following amended note language:

**The BALOC Note with M&T Bank ("M&T") shall be modified in the following manner:  M&T shall have an allowed secured claim under the BALOC Note in an amount, as of the Effective Date, of $189,683.64.  The BALOC Note shall be amortized over a period of 60 months, accruing interest at the variable rate of WSJ Prime +1% (the "Applicable Rate") commencing on the Effective Date.  Variations in the Applicable Rate shall take effect on the first (1st) day of the first full month following each date on which an adjustment to the WSJ Prime occurs.  During the term of the Plan, Debtor shall make monthly payments to M&T in the approximate sum of $4,880 (subject to fluctuations in the Applicable Rate as described herein), beginning on the fourteenth (14th) day of the first full month following the Effective Date.  The first such payment shall consist of principal in the amount of $3,161.40 plus interest accrued from the Effective Date until the date of such first payment.  Each subsequent monthly payment shall consist of principal in a fixed amount of $3,161.40 plus interest accrued at the Applicable Rate from the date of the immediately preceding payment.  On or before the last day of the sixtieth (60th) full month following the Effective Date, the Debtor shall pay to M&T Bank an amount equal to the entire remaining unpaid balance due and payable on account of the BALOC Note.  M&T shall retain its liens to the same extent and priority as such liens existed on the Petition Date until such time as the BALOC Note is paid in full.  The Debtor's failure to make any payment to M&T Bank as and when due pursuant to the terms of this Plan shall constitute a material default under the Plan;  and**

4. This Order shall be immediately effective upon entry. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and the Plan.

cc:    Debtor
Debtor's Counsel – Daniel Alan Staeven
Subchapter V Trustee – Monique Almy
United States Trustee
All Creditors

**END OF ORDER**