United States Bankruptcy Court

District of Maryland

In re:                                                                                                          Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                      Page 1 of 2

Date Rcvd: Jul 24, 2025                   Form ID: pdfall                              Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| sp | + | Nan Gallagher, The Nan Gallagher Law Group, 52 Elm Street, Suite 1,, Morristown, NJ 07960-8612 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32822593 | | Aetna, Inc., Aaron McCollough, c/o McGuireWoods LLP, 77 West Wacker Drive, Ste. 4100, Chicago, IL 60601-1818 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |
| 32902179 | + | U.S. Department of Health & Human Services, CMS, OGC-HHS, Reg. III, 801 Market St., Suite 9700, Philadelphia, PA 19107-3126 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jul 24 2025 19:31:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Jul 24 2025 19:31:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Jul 24 2025 19:30:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 24 2025 19:31:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32804770 | | M&T Bank, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 24, 2025 | Form ID: pdfall | Total Noticed: 19

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net,margaret.johnson@frosttaxlaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Omnia Shedid | omnia.a.shedid@usdoj.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: July 24th, 2025
Signed: July 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | Bankr. No. 25-10845 DER |
| **Mid-Atlantic Rheumatology, LLC** | Chapter 11 (Subchapter V) |
| *Debtor.* | |
| **Mid-Atlantic Rheumatology, LLC** | |
| *Movant,* | |
| *vs.* | |
| **Cardinal Health 108, LLC**<br>7000 Cardinal Place<br>Dublin, OH 43017 | |
|     **Serve**: Corporation Trust Company<br>           Corporation Trust Center<br>           1209 Orange Street<br>           Wilmington, DE 19801 | |
|     **Serve:** Jason Hollar, CEO<br>           7000 Cardinal Place<br>           Dublin, OH 43017 | |
| *Respondent.* | |

### ORDER GRANTING MOTION TO
### VALUE COLLATERAL AND DETERMINE SECURED STATUS

Having considered the Debtor's Motion to Value Collateral and Determine Secured Status, and any response filed thereto, it appearing that proper notice has been given, and a hearing was held on July 23, 2025, pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the secured portion of the debt owed to Cardinal Health 108, LLC described in the Motion shall be valued at **$34,424.20**; and it is further,

**ORDERED**, that if Respondent has filed a proof of claim, the claim of **$34,424.20** shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance; and it is further,

**ORDERED**, that if Respondent has not filed a proof of claim, the claim of Respondent shall be and hereby is allowed for purposes of distributions under the Plan as a secured claim in an amount not to exceed the value of Respondent's collateral as stated herein and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by the Court, or (ii) twenty-eight (28) days after entry of this Order; and it is further

**ORDERED**, that allowance of the claim of Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

cc:     United States Trustee
        Subchapter V Trustee
        Debtor's Attorney
        Respondents
        All Creditors

**End of Order**