**753112**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Rheumatology, LLC

Fees, Disbursements and Charges Through: 07/31/25
Last Date Billed 07/22/25 (Through 07/31/25)
Proforma Group # :

**Billing Instructions: Client Level: Almy, M = $800; else 2023 Standard Rates (103)**

| | | | |
|---|---|---|---|
| Total Fees (discount added in) | $2,480.00 | Trust Retainer Portion: | $0.00 |
| Total Other Services and Expenses | $62.22 | Full Trust Balance: | $0.00 |
| Total Charges | $0.00 | Unallocated Balance: | ($4,973.78) |
| Subtotal | $2,542.22 | | |
| | | YTD Fees Billed | $10,960.00 |
| Unallocated Amount Applied | $0.00 | YTD Disb Billed | $66.22 |
| Retainer / Trust Amount Applied | $0.00 | | |
| Billed on Account | $0.00 | LTD Fees Billed | $10,960.00 |
| | | LTD Disb Billed: | $66.22 |
| TOTAL THIS PROFORMA | $2,542.22 | | |
| | | AR Balance This Matter | ($4,973.78) |

Address:    Monique D. Almy, Subchapter V Trustee
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

**753112**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Rheumatology, LLC

Fees, Disbursements and Charges Through: 07/31/25
Last Date Billed 07/22/25 (Through 07/31/25)
Proforma Group # :

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19591509 | 06/16/25 | Almy, Monique | Call with Debtor's counsel on cash flow.<br>Washington D.C. | 0.20 | 160.00 |
| 19591510 | 06/16/25 | Almy, Monique | Call with Debtor's counsel and Debtor CFO.<br>Washington D.C. | 0.40 | 320.00 |
| 19623445 | 06/23/25 | Almy, Monique | Review update on OI payment.<br>Washington D.C. | 0.10 | 80.00 |
| 19743163 | 07/17/25 | Almy, Monique | Discuss upcoming confirmation with Debtor's counsel.<br>Washington D.C. | 0.10 | 80.00 |
| 19758038 | 07/18/25 | Almy, Monique | Discuss confirmation issues and OI payment with Debtor's attorney.<br>Washington D.C. | 0.10 | 80.00 |
| 19758039 | 07/18/25 | Almy, Monique | Review confirmation issues.<br>Washington D.C. | 0.30 | 240.00 |
| 19758029 | 07/21/25 | Almy, Monique | Discuss OI payment with Debtor's counsel.<br>Washington D.C. | 0.10 | 80.00 |
| 19767814 | 07/23/25 | Almy, Monique | Review MOR.<br>Washington D.C. | 0.10 | 80.00 |
| 19767815 | 07/23/25 | Almy, Monique | Travel to/from Confirmation (half time recorded).<br>Washington D.C. | 0.60 | 480.00 |

**753112**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000051/ Mid-Atlantic Rheumatology, LLC

Fees, Disbursements and Charges Through: 07/31/25
Last Date Billed 07/22/25 (Through 07/31/25)
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19767816 | 07/23/25 | Almy, Monique | Meet with Debtor's counsel and Debtor rep in advance of confirmation. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 19767817 | 07/23/25 | Almy, Monique | Attend Confirmation Hearing. | 0.60 | 480.00 |
| | | | Washington D.C. | | |
| | | | **Professional Services Total** | **3.10** | **$2,480.00** |

**753112**

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy                    Fees, Disbursements and Charges Through: 07/31/25
Client: 118688/ Monique D. Almy, Subchapter V Trustee         Last Date Billed 07/22/25 (Through 07/31/25)
Matter: 118688.0000051/ Mid-Atlantic Rheumatology, LLC        Proforma Group # :

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001830 | Partner | Almy, Monique | 800.00 | 3.10 | $2,480.00 |
| | | **Fees Value** | | **3.10** | **$2,480.00** |

### Disbursements Detail

| Date | TK ID | Timekeeper Name | Disbursements Detail | Worked Amount | Billed Amount |
|---|---|---|---|---|---|
| 07/23/25 | 001830 | Monique D. Almy | Mileage: Almy, Monique D.: Travel to Baltimore, Attend Confirmation hearing; Crownsville/Baltimore | 31.22 | 31.22 |
| 07/23/25 | 001830 | Monique D. Almy | Parking; Almy, Monique D.; 0008; Travel to Baltimore, Attend Confirmation hearing; - ; | 31.00 | 31.00 |

### Disbursements Summary

| Code | Description | Worked Amount | Billed Amount |
|---|---|---|---|
| 0008 | Local Transportation | 62.22 | 62.22 |
| | **Total Disbursements** | **$62.22** | **$62.22** |