**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | * | Case No. 25-10845 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| *    *    *    *    *    *    * | * | *    *    *    *    * |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

Upon consideration of the Final Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees and expenses as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Final Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $2,542.22 for Trustee's fees.

3. The Applicant is permitted to apply funds held in escrow to pay this allowed amount, refunding the balance to the Debtor.

4. That the Court shall retain jurisdiction over all matters related to this Order.

cc:   Monique D. Almy, Esq, Subchapter V Trustee
      Office of the United States Trustee
      Daniel Alan Staeven, Esq., Debtor's Counsel
      Debtor

END OF ORDER

DCACTIVE-80938005.1