United States Bankruptcy Court

District of Maryland

In re:                                                                              Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                      Chapter 11

    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

**Recip ID                  Recipient Name and Address**
db                    +   Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 28 2025 19:45:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025                      Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

**Name                    Email Address**

Bradley J. Swallow
                        bswallow@fblaw.com  bswallow@fblaw.com

Daniel Alan Staeven
                        daniel.staeven@frosttaxlaw.com
                        daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,amy.mckay@frosttaxlaw
                        .com,UStern@jubileebk.net,margaret.johnson@frosttaxlaw.com

Hugh M. (UST) Bernstein
                        hugh.m.bernstein@usdoj.gov

District/off: 0416-1                      User: admin                                Page 2 of 2
Date Rcvd: Aug 28, 2025                   Form ID: pdfparty                          Total Noticed: 2

Katie Lane Chaverri
                    kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Monique Desiree Almy
                    malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 6

Entered: August 28th, 2025
Signed: August 27th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:                                            *

                                      *

MID-ATLANTIC RHEUMATOLOGY, LLC,    *    Case No. 25-10845

                                      *    Chapter 11 (Subchapter V)

                 Debtor.    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Final Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees and expenses as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1.     That the Final Application be and hereby is GRANTED.

2.      The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $2,542.22 for Trustee's fees.

3.     The Applicant is permitted to apply funds held in escrow to pay this allowed amount, refunding the balance to the Debtor.

4.     That the Court shall retain jurisdiction over all matters related to this Order.

cc:     Monique D. Almy, Esq, Subchapter V Trustee
Office of the United States Trustee
Daniel Alan Staeven, Esq., Debtor's Counsel
Debtor

END OF ORDER

DCACTIVE-80938005.1