JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California  91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
NEXTGEN HEALTHCARE, INC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| MID-ATLANTIC RHEUMATOLOGY, LLC, | CASE NO. 25-10845 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

TO CLERK OF THIS COURT, DEBTORS, DEBTORS' ATTORNEYS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.  Said notices shall be sent as follows:

Jessica Mickelsen Simon, Esq.
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor

REQUEST FOR SPECIAL NOTICE

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA  91436
(818) 501-3800

Encino, California 91436-2829
Tel. No. (818) 501-3800
Fax No. (818) 501-2985
Email: jsimon@hrhlaw.com

The undersigned represents NEXTGEN HEALTHCARE, INC. a creditor and party in interest as to the above estate.

Dated: September 24, 2025

HEMAR, ROUSSO & HEALD, LLP

/s/ *Jessica Mickelsen Simon*

BY: _____
JESSICA M. SIMON
Attorneys for Creditor,
NEXTGEN HEALTHCARE, INC.

REQUEST FOR SPECIAL NOTICE

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800