**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**MID-ATLANTIC RHEUMATOLOGY, LLC**<br><br>    *Debtor.* | Bankruptcy No. 25-10845-DER<br><br>Chapter 11 (SBRA) |

**WHEREAS** the Debtor filed a voluntary petition under title 11, Chapter 11, Subchapter V in the United States Bankruptcy Court for the District of Maryland on January 31, 2025; and

**WHEREAS** a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on July 24, 2025; and

**WHEREAS** Debtor has reported to this Court that the Plan of Reorganization has been substantially consummated; and

**WHEREAS** Federal Rule of Bankruptcy Procedure Rule 3022 provides for the entry of a Final Decree; it is therefore

**ORDERED** that the Final Report of the Debtor is approved, the Motion for Final Decree is **GRANTED**, and the case is closed, subject to reopening without costs upon completion of payments.

cc:    Debtor
       Counsel for Debtor
       U.S. Trustee
       All creditors and parties in interest

**END OF ORDER**