**Frost & Associates, LLC**
Daniel Staeven, 27662
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401

daniel.staeven@askfrost.com
Counsel to the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| In re: | Case No. 25-10845 |
|---|---|
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | |
| | Chapter 11 (SBRA) |
| *Debtor.* | |
| **CHAPTER 11 FINAL REPORT** | |

 **THE FOLLOWING** is a report of payments made pursuant to the Plan, confirmed by this Court on          July 24, 2025

**TOTAL DISTRIBUTIONS UNDER THE PLAN:**                          $          149,517.50

PERCENTAGE OF CLAIMS PAID OR PROPOSED TO BE PAID
TO THE GENERAL CLASS OF UNSECURED CREDITORS

WITHIN THE PLAN: 3.00%

A. Gross Cash Receipts (through December 31, 2025):* $ 2,431,563.86

| | | Paid | Proposed | Total |
|---|---|---|---|---|
| B. | Priority payments of expenses of administration other than operating expenses: | | | |
| | 1. Trustee's commission (if any) | $0.00 | $0.00 | $0.00 |
| | 2. Fees and expenses, Trustee's counsel | $0.00 | $0.00 | $0.00 |
| C. | Other professional fees and expenses: | | | |
| | 1. Fees and expenses, accountants | $0.00 | $0.00 | $0.00 |
| | 2. Fees and expenses, auctioneers/appraisers | $0.00 | $0.00 | $0.00 |
| | 3. Fees and expenses, Debtor's attorneys | $0.00 | $0.00 | $0.00 |
| | 4. Other professional fees (specify) | $0.00 | $0.00 | $0.00 |
| | 5. Taxes, fines, penalties, etc. | $0.00 | $0.00 | $0.00 |
| | 6. Other expenses of administration (must be itemized: includes bond premiums, settlement costs, etc.); OI Infusion | $30,000.00 | $30,000.00 | $30,000.00 |
| | 7. Total | $30,000.00 | $30,000.00 | $30,000.00 |
| D. | Payments to creditors (totals under each | | | |

category sufficient):

|  |  |  |  |
|---|---|---|---|
| 1.  Paymentrs to secured creditors | $106,506.00 | $106,506.00 | $106,506.00 |
| 2.  Payments to priority creditors | $0.00 | $0.00 | $0.00 |
| 3.  Payments to unsecured creditors | $13,011.50 | $13,011.50 | $13,011.50 |
| 4.  Payments to equity security holders | $0.00 | $0.00 | $0.00 |
| E.  Other payments (including surplus payments to debtor): | $0.00 | $0.00 | $0.00 |

F. **AMOUNT TO BE PAID UNDER PLAN**                                    $149,517.50

The Plan Administrator hereby avers that all provisions of the Plan have been substantially consummated, and the Debtor has received its discharge under its consensual Plan.

_____/s/_____
Debtor  Erinn Maury, MD

Date:          January 5, 2026                    Respectfully Submitted,

                                        _____/s/ Daniel A. Staeven_____
                                        Daniel A. Staeven