**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on January 5, 2026, a copy of the foregoing Motion was sent

via CM/ECF to the notice parties below:

**25-10845 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Katie Lane Chaverri kchaverri@tlclawfirm.com,
dtayman@tlclawfirm.com

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
21029@notices.nextchapterbk.com,
margaret.johnson@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net,
margaret.johnson@frosttaxlaw.com

Bradley J. Swallow bswallow@fblaw.com,
bswallow@fblaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**I HEREBY CERTIFY** that on January 5, 2026, A copy of the Motion was served via first
class mail, postage prepaid to the creditors attached on the Court's mailing matrix:

 */s/ Daniel A. Staeven*
Daniel A. Staeven