UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

BALTIMORE Division

| | | |
|---|---|---|
| In Re | \| | |
| MID-ATLANTIC RHEUMATOLOGY, LLC | \| | Case No. 25-10845 |
| | \| | |
| | \| | |
| Debtor(s) | \| | |
| | \| | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Monique Desiree Almy, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A plan was confirmed on July 24, 2025.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated.  Pursuant to 11 U.S.C. § 330(a), on July 21, 2025, the Court ordered interim compensation in the amount of $11,026.22.  On August 28, 2025, the Court ordered additional compensation of $2,542.22 be awarded to the trustee as final compensation.  These funds were paid by the debtor to the trustee.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Date: 02/03/2026                                  By: MONIQUE DESIREE ALMY

                                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**

DCACTIVE-86023475.1