UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                           *

MID-ATLANTIC RHEUMATOLOGY, LLC,          *        Case No. 25-15997
                                                  Chapter 11

                              Debtor.      *

*     *     *     *     *     *     *     *     *     *     *     *     *

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

cc:    Monique D. Almy, Esq., SubChapter V Trustee
       Office of the United States Trustee
       Daniel Alan Staeven, Esq., Debtor's Counsel
       Debtor

END OF ORDER

DCACTIVE-86023497.1