Entered: February 10th, 2026
Signed: February 10th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                                                    *

MID-ATLANTIC RHEUMATOLOGY, LLC,        *        Case No. 25-10845
Chapter 11

Debtor.        *

*        *        *        *        *        *        *        *        *        *        *        *        *

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

cc:     Monique D. Almy, Esq., SubChapter V Trustee
Office of the United States Trustee
Daniel Alan Staeven, Esq., Debtor's Counsel
Debtor

END OF ORDER

DCACTIVE-86023497.1