Entered: February 10th, 2026
Signed: February 9th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| In re: | Bankruptcy No. 25-10845-DER |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | Chapter 11 (SBRA) |
| *Debtor.* |  |

**WHEREAS** the Debtor filed a voluntary petition under title 11, Chapter 11, Subchapter V in the United States Bankruptcy Court for the District of Maryland on January 31, 2025; and

**WHEREAS** a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on July 24, 2025; and

**WHEREAS** Debtor has reported to this Court that the Plan of Reorganization has been substantially consummated; and

**WHEREAS** Federal Rule of Bankruptcy Procedure Rule 3022 provides for the entry of a Final Decree; it is therefore

**ORDERED** that the Final Report of the Debtor is approved, the Motion for Final Decree is **GRANTED**, and the case is closed.


cc:   Debtor
      Counsel for Debtor
      U.S. Trustee
      All creditors and parties in interest

**END OF ORDER**