Entered: February 10, 2026
Signed:  February 10, 2026

## SO ORDERED



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   25–10845 – DER      Chapter:   11**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Mid–Atlantic Rheumatology, LLC
231 Najoles Road
Millersville, MD 21108

Social Security No.:

Employer's Tax I.D. No.:   46–2759284

# FINAL DECREE

Petition for Relief under Chapter 11 of Title 11, U.S. Code was filed by or against the above–named debtor on 1/31/25.

The estate of the above–named debtor has been fully administered.

ORDERED, that Monique Desiree Almy is discharged as trustee of the estate of the above–named debtor; and the Chapter 11 case of the above named debtor is closed.

**End of Order**

**fnldec – *LisaLAAlexander***