United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdfall | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649 |
| aty | + | William E. Schonberg, Esq., Benesch Friedlander Coplan & Aronoff,LLP, 127 Public Square, Suite 4900, Cleveland, OH 44114-2378 |
| cr | + | Manufacturers and Traders Trust Company, a/k/a M&T, c/o Bradley J. Swallow, Esquire, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| acc | + | Marc Asher, Asher & Associates, LLC, 9515 Deereco Road, Suite 710, Timonium, MD 21093-2172 |
| sp | + | Nan Gallagher, The Nan Gallagher Law Group, 52 Elm Street, Suite 1,, Morristown, NJ 07960-8612 |
| cr | + | NextGen Healthcare, Inc., c/o Jessica M. Simon, 15910 Ventura Blvd., 12th Floor, Hemar, Rousso & Heald, LLP, Encino, CA 91436-2829 |
| 32766824 | + | ADS Specialty Healthcare LLC, d/b/a Besse Medical, 345 International Blvd 400A, Brooks, KY 40109-5291 |
| 32822593 | | Aetna, Inc., Aaron McCollough, c/o McGuireWoods LLP, 77 West Wacker Drive, Ste. 4100, Chicago, IL 60601-1818 |
| 32766826 | | Jeffrey K. Garfinkle, 18400 Von Karman Avenue 800, Irvine, CA 92612-0514 |
| 32778538 | + | M&T Bank, c/o Bradley J. Swallow, Esquire, FUNK & BOLTON, P.A., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 32766828 | | McKesson Medical-Surgical Inc., 9954 Maryland Drive 4000, Henrico, VA 23233 |
| 32766830 | + | OI Infusion Services, LLC, Rebecca Greenbaum, 1111B S. Governors Avenue 3887, Dover, DE 19904-6903 |
| 32766829 | | OI Infusion Services, LLC, Rebecca Greenbaum, 1111b S Governors Ave # 3887, Dover, DE 19904-6903 |
| 32766831 | + | Quarterfield 100, LP, 2410 Evergreen Road 104, Gambrills, MD 21054-1979 |
| 32766832 | + | St. Johns Properties, 2560 Lord Baltimore Dr., Windsor Mill, MD 21244-2677 |
| 32902179 | + | U.S. Department of Health & Human Services, CMS, OGC-HHS, Reg. III, 801 Market St., Suite 9700, Philadelphia, PA 19107-3126 |
| 32918145 | | US Small Business Administration, 100 S Charles Street, Suite 1201, 721 19th Street, Suite 301, Baltimore, MD 20201 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 10 2026 19:33:00 | US Trustee, 101 W Lombard Street; Suite 2625, Baltimore, MD 21201-2668 |
| 32766825 | + | Email/Text: erin.gapinski@cardinalhealth.com | Feb 10 2026 19:33:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 32766827 | | Email/Text: camanagement@mtb.com | Feb 10 2026 19:33:00 | M & T BANK, 1 FOUNTAIN PLZ FL 4, BUFFALO, NY 14203 |
| 32968885 | + | Email/Text: jcrastz@hrhlaw.com | Feb 10 2026 19:33:00 | NextGen Healthcare, Inc., c/o HEMAR, ROUSSO & HEALD, LLP, 15910 Ventura Blvd., 12th Floor, Encino, California 91436-2802 |
| 32766833 | | Email/Text: bankruptcynotices@sba.gov | Feb 10 2026 19:33:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 32778539 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 10 2026 19:33:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0416-1          User: admin          Page 2 of 2

Date Rcvd: Feb 10, 2026          Form ID: pdfall          Total Noticed: 23

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32804770 | | M&T Bank, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,alicia.rispoli@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net,kayla.madden@frosttaxlaw.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Katie Lane Chaverri | kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 6

Entered: February 10th, 2026
Signed: February 9th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Bankruptcy No. 25-10845-DER |
| **MID-ATLANTIC RHEUMATOLOGY, LLC** | Chapter 11 (SBRA) |
| *Debtor.* | |

**WHEREAS** the Debtor filed a voluntary petition under title 11, Chapter 11, Subchapter V in the United States Bankruptcy Court for the District of Maryland on January 31, 2025; and

**WHEREAS** a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on July 24, 2025; and

**WHEREAS** Debtor has reported to this Court that the Plan of Reorganization has been substantially consummated; and

**WHEREAS** Federal Rule of Bankruptcy Procedure Rule 3022 provides for the entry of a Final Decree; it is therefore

**ORDERED** that the Final Report of the Debtor is approved, the Motion for Final Decree is **GRANTED**, and the case is closed.

cc:   Debtor
      Counsel for Debtor
      U.S. Trustee
      All creditors and parties in interest

**END OF ORDER**