United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 25-10845-DER

Mid-Atlantic Rheumatology, LLC                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID**            **Recipient Name and Address**
db                  +   Mid-Atlantic Rheumatology, LLC, 231 Najoles Road, Millersville, MD 21108-2649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 10 2026 19:33:00 | US Trustee, 101 W Lombard Street; Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Bradley J. Swallow
                            bswallow@fblaw.com  bswallow@fblaw.com

Daniel Alan Staeven
                            daniel.staeven@frosttaxlaw.com
                            daniel.staeven@frosttaxlaw.com,alicia.rispoli@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net,kayla.madden@frosttaxlaw.com

Hugh M. (UST) Bernstein
                            hugh.m.bernstein@usdoj.gov

District/off: 0416-1                           User: admin                                Page 2 of 2
Date Rcvd: Feb 10, 2026                        Form ID: pdfparty                          Total Noticed: 2

Katie Lane Chaverri
                        kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Monique Desiree Almy
                        malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

US Trustee - Baltimore
                        USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 6

Entered: February 10th, 2026
Signed: February 10th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                              *

MID-ATLANTIC RHEUMATOLOGY, LLC,     *        Case No. 25-10845
                                                 Chapter 11

                          Debtor.     *

*     *     *     *     *     *     *     *     *     *     *     *     *

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

cc:     Monique D. Almy, Esq., SubChapter V Trustee
        Office of the United States Trustee
        Daniel Alan Staeven, Esq., Debtor's Counsel
        Debtor

END OF ORDER

DCACTIVE-86023497.1